# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re: Robert L. Rice, | Case: 25-30870 |
| Debtor. | Chapter 13 |
| ----- | ------- |
| Christopher Mutts, | Case: |
| Plaintiff | |
| | 2025-10-17 |
| v. | |
| Robert L. Rice, | |
| Defendant | |

## Motion for Examination of Robert L. Rice

Now comes Creditor / Plaintiff Christopher Mutts, by and through undersigned counsel, and respectfully moves this Court to permit an examination of the debtor on the following topics:

Under rule 2004(b)(1):

(A) the debtor's acts, conduct, or property;

(B) the debtor's liabilities and financial condition;

(C) any matter that may affect the administration of the debtor's estate; or

(D) the debtor's right to a discharge.

Under rule 2004(b)(2):

(A) the operation of any business and the desirability of its continuing;

(B) the source of any money or property the debtor acquired or will acquire for the purpose of consummating a plan and the consideration given or offered; and

(C) any other matter relevant to the case or to formulating a plan.

More particularly, Plaintiff respectfully moves the Court to order examination of the debtor for not more than 7 hours at the following time and place:

Tuesday, November 11 2025 at 9 am.

185 Broad Street

Suite A

Milford, CT 06460.

Plaintiff further respectfully moves the Court to order production by the debtor, at or before the examination and in electronic form as pdf files, of all documents accessible by the debtor that relate to the following topics:

1. Q River Grill
2. income of Q River Grill
3. operation of Q River Grill
4. expenses of Q River Grill
5. equipment used in the operation of Q River Grill
6. payments for said equipment
7. payroll of Q River Grill
8. leases held by Q River Grill

9. sale of Q River Grill, or its assets
10. Q-4 Team LLC
11. members of Q-4 Team LLC
12. operating agreements of Q-4 Team LLC
13. investments by members in Q-4 Team LLC
14. loans made to Q-4 Team LLC
15. loans made by Q-4 Team LLC
16. distributions made by Q-4 Team LLC
17. money taken from Q-4 Team LLC by the debtor
18. money given to Q-4 Team LLC by the debtor
19. sale of Q-4 Team LLC, or its assets

Respectfully,

s/Alan Harrison

Alan Harrison (ctd 29464)

alan@sandollar-law.net

203.212.9996

Sandollar PLLC

185 Broad Street

Milford, CT 06460