# United States Bankruptcy Court

## District of Connecticut



Filed and Entered
On Docket
October 20, 2025

In re:

Robert L. Rice
Debtor*

Case Number: 25–30870
Chapter: 13

### DEFICIENCY NOTICE REGARDING MOTIONS/APPLICATIONS

    On October 17, 2025, a creditor, Christopher Mutts, filed a motion seeking to examine the debtor, Robert L. Rice, pursuant to Federal Rule of Bankruptcy Procedure 2004(a) (the "Motion"), ECF No. 14, not in compliance with the Local Rules of Bankruptcy Procedure for the U.S. Bankruptcy Court for the District of Connecticut.

    A motion seeking an examination under Federal Rule of Bankruptcy Procedure 2004(a) shall be accompanied by a proposed order, a notice that includes an objection deadline of seven (7) days, and a copy of any subpoena for the production of documents to be sered pursuant to Federal Rule of Bankruptcy Procedure 2004(c). See, Local Bankruptcy Rule 2004-1(c). Here, the Motion does not include a proposed order, a notice, and a copy of any subpoena as required by Local Bankruptcy Rule 2004-1.

    An amended motion may be filed to cure these deficiencies within five (5) business days from the date of this notice. The failure to cure the deficiencies may result in no action taken on your motion. Please note, any amended motion should include a certificate of service indicating service of the amended motion on the parties as required by Local Bankruptcy Rule 2004-1.

A copy of the Local Rules of Bankruptcy Procedure for the U.S. Bankruptcy Court for the District of Connecticut are available on the Court's website at: www.ctb.uscourts.gov

Dated: October 20, 2025

Pietro Cicolini
Clerk of Court

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard

Tel. (203) 579–5808
VCIS* (866) 222–8029
* Voice Case Information System

*For the purposes of this notice, "Debtor" means "Debtors" where applicable.

Bridgeport, CT 06604

http://www.ctb.uscourts.gov
Form 160 –