# Notice Recipients

District/Off: 0205−3            User: admin                    Date Created: 10/22/2025
Case: 25−30870                  Form ID: pdfdoc2               Total: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr          Christopher Mutts
                                                                                    TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Robert L. Rice     113 Daniel Road     Hamden, CT 06517
                                                                                    TOTAL: 1