United States Bankruptcy Court
District of Connecticut

In re:  
Robert L. Rice  
    Debtor

Case No. 25-30870-amn  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0205-3     User: admin    Page 1 of 2  
Date Rcvd: Oct 22, 2025    Form ID: pdfdoc2    Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 24, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert L. Rice, 113 Daniel Road, Hamden, CT 06517-2210 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Christopher Mutts |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 24, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 22, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alan Harrison | on behalf of Creditor Christopher Mutts alan@sandollar-law.net |
| Audra Buckland | on behalf of Debtor Robert L. Rice audra@neilcranelaw.com neilcranecourt@neilcranelaw.com;lawofficesofneilcranellc@jubileebk.net |
| Roberta Napolitano | notices@ch13rn.com rnapolitano13@ecf.epiqsystems.com;trusteeCTBRN@ecf.epiqsystems.com |
| U. S. Trustee | USTPRegion02.NH.ECF@USDOJ.GOV |

District/off: 0205-3 User: admin Page 2 of 2
Date Rcvd: Oct 22, 2025 Form ID: pdfdoc2 Total Noticed: 1
TOTAL: 4

# United States Bankruptcy Court

## District of Connecticut



Filed and Entered
On Docket
October 20, 2025

In re:
    Robert L. Rice
    Debtor*

Case Number: 25−30870
Chapter: 13

**DEFICIENCY NOTICE REGARDING MOTIONS/APPLICATIONS**

    On October 17, 2025, a creditor, Christopher Mutts, filed a motion seeking to examine the debtor, Robert L. Rice, pursuant to Federal Rule of Bankruptcy Procedure 2004(a) (the "Motion"), ECF No. 14, not in compliance with the Local Rules of Bankruptcy Procedure for the U.S. Bankruptcy Court for the District of Connecticut.

    A motion seeking an examination under Federal Rule of Bankruptcy Procedure 2004(a) shall be accompanied by a proposed order, a notice that includes an objection deadline of seven (7) days, and a copy of any subpoena for the production of documents to be sered pursuant to Federal Rule of Bankruptcy Procedure 2004(c). See, Local Bankruptcy Rule 2004-1(c). Here, the Motion does not include a proposed order, a notice, and a copy of any subpoena as required by Local Bankruptcy Rule 2004-1.

    An amended motion may be filed to cure these deficiencies within five (5) business days from the date of this notice. The failure to cure the deficiencies may result in no action taken on your motion. Please note, any amended motion should include a certificate of service indicating service of the amended motion on the parties as required by Local Bankruptcy Rule 2004-1.

A copy of the Local Rules of Bankruptcy Procedure for the U.S. Bankruptcy Court for the District of Connecticut are available on the Court's website at: www.ctb.uscourts.gov

Dated: October 20, 2025

Pietro Cicolini
Clerk of Court

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard

Tel. (203) 579−5808
VCIS* (866) 222−8029
* Voice Case Information System

*For the purposes of this notice, "Debtor" means "Debtors" where applicable.

Bridgeport, CT 06604      http://www.ctb.uscourts.gov
Form 160 –