## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| IN RE: | CASE NO. 25-30870 (AMN) |
| Robert L. Rice | CHAPTER 13 |
| *Debtor,* | October 30, 2025 |

## NOTICE OF APPEARANCE OF COUNSEL
## AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the undersigned appears for the State of Connecticut Department of Revenue Services ("**DRS**"), a creditor in the above-captioned case. Pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure, the undersigned demands that all notices given or required to be given in the above-captioned case be served upon the undersigned at the address set forth below.

**PLEASE TAKE FURTHER NOTICE** that this demand includes not only notices and papers referred to in the Bankruptcy Rules specified above but also includes, without limitation, every order, application, motion, petition, plan, request, demand, complaint or other pleading, which affects the Debtor or the Debtor's property and/or the estate, and/or DRS (and any and all notices of hearings pertaining to the foregoing), whether formal or informal, whether written or oral, and whether transmitted or conveyed by hand delivery, mail delivery, telephone, telegraph, telex or otherwise.

> WILLIAM TONG
> ATTORNEY GENERAL
>
> BY: /s/ *Maria A. Santos*
> Maria A. Santos (Fed. Bar No. ct24575)
> Assistant Attorney General
> 165 Capitol Avenue
> Hartford, CT 06106
> Tel: (860) 808-5150
> Fax: (860) 808-5389
> E-Mail: Maria.Santos@ct.gov

**CERTIFICATION OF SERVICE**

I hereby certify that on this 30th day of October 2025, a copy of the foregoing was filed electronically and served to all parties by operation of the Court's electronic filing system or by mail postage prepaid to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

I further certify that on this 30th day of October 2025, the copy of foregoing was served via

First Class Mail on the following:

**Debtor**
Robert L. Rice
113 Daniel Rd.
Hamden, CT 06517

        BY: /s/ *Maria A. Santos*
           Maria A. Santos
           Assistant Attorney General