# United States Bankruptcy Court

## District of Connecticut



In re:  Robert L. Rice

Debtor*

Case Number: 25-30870

Chapter: 13

## ORDER AUTHORIZING RULE 2004 EXAMINATION

Upon consideration of the Motion seeking an order authorizing a Federal Rule of Bankruptcy Procedure 2004 examination of Robert L. Rice, (the "Motion", ECF No. 16), filed by Christopher Mutts, Creditor (the "Movant"), after notice and a hearing, see 11 U.S.C. § 102(1), and in compliance with the Court's Contested Matter Procedure, it appearing that cause exists to grant the requested relief as conditioned hereafter; it is hereby

**ORDERED:** The Movant may examine Robert L. Rice pursuant to Fed. R. Bankr. P. 2004(a) and within the scope of Fed. R. Bankr. P. 2004(b); and it is further

**ORDERED:** The attendance of any witness(es) and the production of documents shall be by agreement or compelled in the manner provided in Fed. R. Bankr P. 9016, see also Fed R. Bankr. P. 2004(c); and it is further

**ORDERED:** The examination shall not occur until a date that is at least fourteen (14) days after the service of a Fed. R. Bankr. P. 2004 subpoena, unless otherwise agreed upon by the parties.

Dated:  November 4, 2025

BY THE COURT

*Ann M. Nevins*
Chief United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
157 Church Street, 18th Floor
New Haven, CT  06510

* For the purposes of this order, "Debtor" means "Debtors" where applicable.