United States Bankruptcy Court
District of Connecticut

In re:                                                                      Case No. 25-30870-amn

Robert L. Rice                                                              Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0205-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Nov 04, 2025 | Form ID: pdfdoc2 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol       Definition**

+                  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 06, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Robert L. Rice, 113 Daniel Road, Hamden, CT 06517-2210 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| | + Email/Text: ustpregion02.nh.ecf@usdoj.gov | Nov 04 2025 18:36:00 | U.S. Trustee, Office of the U.S. Trustee, Giaimo Federal Building, 150 Court Street, Room 302, New Haven, CT 06510-2022 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 06, 2025                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 4, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alan Harrison | |
| | on behalf of Creditor Christopher Mutts alan@sandollar-law.net  alan.sandollar.law.net@recap.email |
| Audra Buckland | |
| | on behalf of Debtor Robert L. Rice audra@neilcranelaw.com neilcranecourt@neilcranelaw.com;lawofficesofneilcranellc@jubileebk.net |
| Maria A. Santos | |
| | on behalf of Creditor State of Connecticut  Department of Revenue Services maria.santos@ct.gov |

District/off: 0205-3

Date Rcvd: Nov 04, 2025

User: admin

Form ID: pdfdoc2

Page 2 of 2

Total Noticed: 2

Roberta Napolitano

notices@ch13rn.com  rnapolitano13@ecf.epiqsystems.com;trusteeCTBRN@ecf.epiqsystems.com

U. S. Trustee

USTPRegion02.NH.ECF@USDOJ.GOV

TOTAL: 5

# United States Bankruptcy Court

## District of Connecticut

In re:

    Robert L. Rice

Case Number: 25-30870

Chapter: 13

    Debtor*

## ORDER AUTHORIZING RULE 2004 EXAMINATION

    Upon consideration of the Motion seeking an order authorizing a Federal Rule of Bankruptcy Procedure 2004 examination of Robert L. Rice, (the "Motion", ECF No. 16), filed by Christopher Mutts, Creditor (the "Movant"), after notice and a hearing, see 11 U.S.C. § 102(1), and in compliance with the Court's Contested Matter Procedure, it appearing that cause exists to grant the requested relief as conditioned hereafter; it is hereby

    **ORDERED:** The Movant may examine Robert L. Rice pursuant to Fed. R. Bankr. P. 2004(a) and within the scope of Fed. R. Bankr. P. 2004(b); and it is further

    **ORDERED:** The attendance of any witness(es) and the production of documents shall be by agreement or compelled in the manner provided in Fed. R. Bankr P. 9016, see also Fed R. Bankr. P. 2004(c); and it is further

    **ORDERED:** The examination shall not occur until a date that is at least fourteen (14) days after the service of a Fed. R. Bankr. P. 2004 subpoena, unless otherwise agreed upon by the parties.

Dated:    November 4, 2025

BY THE COURT

*Ann M. Nevins*
Chief United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
157 Church Street, 18th Floor
New Haven, CT  06510
* For the purposes of this order, "Debtor" means "Debtors" where applicable.