UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| ROBERT L. RICE | : | CASE NO. 25-30870-AMN |
| | : | |
| Debtor | : | November 24, 2025 |

OBJECTION TO CONFIRMATION

Roberta Napolitano, Chapter 13 Standing Trustee, ("Trustee") objects to the confirmation of the Chapter 13 Plan (ECF No. 10, "Plan") of the above-captioned Debtor(s) ("Debtor") for the following reason(s):

1. <u>The Debtor has failed to provide the Trustee with the documents necessary for her to determine if the Plan is feasible or represents the Debtor's best efforts.</u> Sections 521(a)(3) and 521(a)(4) of the Bankruptcy Code require the Debtor to cooperate with the Trustee so that she may perform her duties under the Code, and to turn over all recorded information relating to property of the estate. The Debtor has not provided:
   a. Copies of paystubs the non-filing spouse received in March 2025;
   b. 2024 tax returns;
   c. Documentation of the Debtor's social security number; and
   d. Date of filing bank statements.

2. <u>The first meeting of creditors pursuant to Section 341 of the Bankruptcy Code has not been</u> concluded because of the Debtor's failure to provide the documents listed above.

3. <u>The Plan does not conform to the claims filed</u>.

   a. The Plan states unsecured non-priority claims total $42,000.00. The Trustee calculates filed unsecured non-priority claims at $49,370.78.
   b. The Plan proposes curing the default in the loan payable to KeyBank, N.A. by paying $37,000.00; according to Proof of Claim No. 4, the arrearage is $40,856.80.
   c. The Plan proposes satisfying the matured auto loan payable to Wells Fargo Auto by paying $1,500.00 with interest of 8 percent a year; according to Proof of Claim No. 3, the remaining balance is $1,651.54 and the prime rate is currently 7 percent.
   d. The Plan fails to propose curing the deficiency in the auto loan payable to Capital One Auto Finance, asserted to be $499.11 in Proof of Claim No. 3.

    e. The Plan states there are no priority claims although the Internal Revenue Service of the United States of America alleges a priority claim of $32,964.17, based in part on estimates of income taxes for 2024, in Proof of Claim No. 2, and the Connecticut Department of Revenue Services alleges a priority claim of $53,877.47, based in part on estimates of sale and use taxes for March and April 2025, in Proof of Claim No. 6.

4. <u>The Plan fails to pay priority claims in full as required by 11 U.S.C. § 1322(a)(2).</u>

5. <u>The Debtor has not filed all applicable Federal, State, and local tax returns as required by Section 1308 of the Bankruptcy Code</u>. The Plan may not be confirmed under Section 1325(a)(9) of the Bankruptcy Code. The Trustee believes that confirmation should be withheld until all tax returns have been filed and the taxing authorities have had an opportunity to file claims based entirely on actual liabilities.

6. <u>The Plan is not feasible under Section 1325(a)(6) of the Bankruptcy Code.</u> The Debtor's excess income over expenses, according to Schedules I and J, is $810.31. A plan curing the mortgage and auto arrearages, satisfying the matured auto lien, and paying all priority debt would require a monthly payment of at least $2,448.60 over a period of 60 months.

Wherefore, the Trustee requests that Confirmation of the Plan be denied.

                              */s/ Roberta Napolitano, Trustee*
                              Roberta Napolitano, Trustee
                              Chapter 13 Standing Trustee
                              10 Columbus Blvd., 6th Floor
                              Hartford, CT 06106
                              Tel: (860) 278-9410
                              Email: rnapolitano@ch13rn.com
                              Federal Bar No.: tr08378

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
New Haven Division

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| ROBERT L. RICE | : CASE NO. 25-30870-AMN |
| | : |
| Debtor. | : November 24, 2025 |

CERTIFICATE OF SERVICE

In accordance with the applicable provisions of the Federal Rules of Bankruptcy Procedure, 2002 and 7004, the undersigned certifies that on the date set forth above, the following documents were served on the U.S. Trustee and all appearing parties via the court's electronic filing system, or by first class mail on the parties listed in section 2 below:

1. **Documents Served:** Objection to Confirmation

2. **Parties Served Via First Class Mail:**
   Debtor(s):
   ROBERT L. RICE
   113 DANIEL ROAD
   HAMDEN, CT 06517

3. **Parties Served Electronically Include:**
   Debtor's Attorney: AUDRA BUCKLAND, ESQ.
   Email: audra@neilcranelaw.com
   Office of the United States Trustee:
   Kim McCabe, Assistant United States Trustee
   ustpregion02.nh.ecf@usdoj.gov
   Alan Harrison     alan@sandollar-law.net, alan.sandollar.law.net@recap.email
   Maria A. Santos     maria.santos@ct.gov

   　　　　　　　　　　*/s/ Roberta Napolitano*
   　　　　　　　　　　Roberta Napolitano
   　　　　　　　　　　Chapter 13 Standing Trustee
   　　　　　　　　　　10 Columbus Blvd., 6th Floor
   　　　　　　　　　　Hartford, CT 06106
   　　　　　　　　　　Tel: (860) 278-9410
   　　　　　　　　　　Email: rnapolitano@ch13rn.com
   　　　　　　　　　　Federal Bar No.: tr08378