**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 PROCEEDINGS |
| | : | |
| ROBERT L. RICE, | : | |
| | : | CASE NO. 25-30870 (AMN) |
| DEBTOR | : | |
| | : | JANUARY 14, 2026 |

**OBJECTION TO CONFIRMATION OF DEBTOR'S**
**CHAPTER 13 PLAN FILED SEPTEMBER 26, 2025**

**TO THE HONORABLE ANN M. NEVINS, CHIEF UNITED STATES BANKRUPTCY JUDGE FOR THE DISTRICT OF CONNECTICUT:**

The State of Connecticut Department of Revenue Services (hereinafter "**DRS**"), a tax creditor holding priority and general unsecured claims against the debtor in the above entitled proceeding, respectfully objects to confirmation of the debtor's Chapter 13 Plan filed September 26, 2025 (ECF #10) (hereinafter the "**Plan**"), on the grounds that the Plan does not provide for payment in full of the DRS' priority claim as required by 11 U.S.C. §1322(a)(2); the debtor has failed to file sales and use tax return as required by 11 U.S.C. §§ 1325(a)(9) and 1308(a); and the Plan does not comply with 11 U.S.C. §§ 1325(a)(1). In support hereof, DRS represents as follows:

**1.**    The debtor filed his petition under Chapter 13 of the Bankruptcy Code on September 12, 2025.

**2.**    On October 30, 2025, DRS filed its *estimated* proof of claim No. 6 on the Claims Register against the debtor in the amount of $60,146.22, of which:

    a. $53,877.47 is entitled to priority under 11 U.S.C. §507(a)(8), although the amount is *estimated* due to the debtor's failure to file his sales and use tax returns for the reporting periods of 3/31/25 and 4/30/25.

    b. $6,268.75 comprises a non-priority unsecured claim.

3. The DRS objects to confirmation of the debtor's Plan on the grounds that it does not provide for full payment of the DRS' priority claim; in fact, the Plan does not provide for DRS at all. *See* Plan ¶ IV §4.5, page 7. The Plan fails to comply with the mandatory provision of § 1322(a)(2) of the Bankruptcy Code, which requires that a plan must provide for the *full* payment, in deferred cash payments, of all claims entitled to priority under 11 U.S.C. § 507. Without such provision, the Plan cannot be confirmed. 11 U.S.C. § 1325(a)(1); *In re Ferguson*, 27 B.R. 672 (Bankr. S.D. Ohio E.D., 1982).

4. The DRS also objects to confirmation on the grounds that the debtor must file said sales and use tax returns so that DRS can ascertain actual liability. Without those returns it is impossible to determine with certainty whether the priority claim is higher or lower than DRS estimated, and what the Plan must provide to the DRS to comply with §1322(a)(2) of the Bankruptcy Code. Furthermore, 11 U.S.C. § 1308(a) provides, in pertinent part, that "the debtor shall file with appropriate tax authorities all tax returns for all taxable periods ending during the 4-year period ending on the date of the filing of the petition." In addition, 11 U.S.C. § 1325(a)(9) provides, in pertinent part, that "the court shall confirm a plan if…the debtor has filed all applicable Federal, State, and local tax returns as required by section 1308." Thus, confirmation should be withheld until the debtor has filed said sales and use tax returns and DRS has an opportunity to amend its claim to reflect actual liability.

**WHEREFORE**, for the above-described reasons, the DRS respectfully requests that confirmation of the debtor's Plan, as filed, be denied.

                                        CREDITOR,
                                        STATE OF CONNECTICUT
                                        DEPARTMENT OF REVENUE SERVICES

                                        WILLIAM TONG
                                        ATTORNEY GENERAL

BY:   */s/ Maria A. Santos*
        Maria A. Santos (Fed. Bar # CT24575)
        Assistant Attorney General
        165 Capitol Ave.
        Hartford, Connecticut 06106
        Tel: (860) 808-5150
        Fax: (860) 808-5389
        Email:  Maria.Santos@ct.gov

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 PROCEEDINGS |
| ROBERT L. RICE, | : | |
| | : | CASE NO. 25-30870 (AMN) |
| DEBTOR | : | |
| | : | JANUARY 14, 2026 |

**CERTIFICATION OF SERVICE**

I hereby certify that on January 14th, 2026, a copy of the foregoing *Objection to Confirmation of Debtor's Chapter 13 Plan* was filed electronically and served on all parties by operation of the Court's electronic filing system or by U.S. Mail postage prepaid to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing, including the debtor at the address indicated below. Parties may access this filing through the Court's CM/ECF System.

Mr. Robert L. Rice
113 Daniel Road
Hamden, CT 06517

　　　　　　　　　　　　　　　　　　　　　　　　/s/ *Maria A. Santos*
　　　　　　　　　　　　　　　　　　　　　　　　Maria A. Santos (Fed. Bar # CT24575)
　　　　　　　　　　　　　　　　　　　　　　　　Assistant Attorney General