# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| In Re: | : | CHAPTER 13 |
| | : | |
| Robert L. Rice | : | Case No. 25-30870 |
| Debtor | : | |
| | : | January 15, 2026 |

## NOTICE OF APPEARANCE AND
## REQUEST FOR ALL NOTICES AND PAPERS

      Please take notice that Jennifer Tremesani, Esquire, Law Offices of Neil Crane, LLC, 2679 Whitney Avenue, Hamden, CT 06518 represents the Debtor in the above-referenced Bankruptcy Case. The aforesaid attorney enters her appearance pursuant to Bankruptcy Rule 9010(b) and requests copies of all notices and pleadings pursuant to Bankruptcy Rules 2002(a), (b) and (f). All such notices should be addressed as follows:

Jennifer Tremesani, Esquire
Law Offices of Neil Crane, LLC
2679 Whitney Avenue
Hamden, CT 06518

      PLEASE TAKE FURTHER NOTICE that pursuant to Section 1009(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleadings or requests, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegram, telegraph, telex, or otherwise filed with regard to the above-referenced bankruptcy proceeding.

Dated: 01/15/2026
                                                                    BY: /s/ Jennifer Tremesani
                                                                     Jennifer Tremesani, Esquire
                                                                     Law Offices of Neil Crane, LLC
                                                                     2679 Whitney Avenue
                                                                     Hamden, CT 06518
                                                                     (203) 230-2233
                                                                     Fed Bar #ct29824

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| In Re: | : | CHAPTER 13 |
| | : | |
| Robert L. Rice | : | Case No. 25-30870 |
| Debtor | : | |
| | : | January 15, 2026 |

**CERTIFICATION OF SERVICE**

The undersigned hereby certifies that on the 15th day of January 2026, in accordance with the applicable Bankruptcy Rules, I served via the Court's CM/ECF system on all parties qualified to receive electronic notice, or sent by First Class mail, postage prepaid, as indicated, a copy of the foregoing Notice of Appearance and Request for all Notices and Papers, upon the following:

Office of the U.S. Trustee
Giaimo Federal Building
150 Court Street, Rm. 302
New Haven, CT  06510-7017
VIA ECF

Roberta Napolitano
Chapter 13 Trustee
10 Columbus Boulevard Ste 6th Floor
Hartford, CT 06106
VIA ECF

Robert L. Rice
113 Daniel Road
Hamden, CT 06517

                                                                              BY:  /s/ Jennifer Tremesani
                                                                              Jennifer Tremesani, Esquire
                                                                              Law Offices of Neil Crane, LLC
                                                                              2679 Whitney Avenue
                                                                              Hamden, CT 06518
                                                                              (203) 230-2233
                                                                              Fed Bar #ct29824