**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**NEW HAVEN DIVISION**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| | : | |
| Robert L. Rice | : | Case No. 25-30870 |
|    Debtor | : | |
| | : | January 15, 2026 |

**MOTION FOR CONTINUANCE OF THE CONFIRMATION HEARING WITH CONSENT FROM THE CHAPTER 13 TRUSTEE AND MOTION FOR NOTICE OF CONFIRMATION HEARING TO ENTER**

The Debtor, through his counsel, THE LAW OFFICES OF NEIL CRANE, LLC, hereby respectfully requests that this Court continue the scheduled confirmation hearing of January 22, 2026, to February 26, 2026 on the following grounds:

1. The Debtor filed a voluntary petition for relief under Chapter 13 of the United States Bankruptcy Code on September 12, 2025.

2. To date the Debtor has paid a total of $2,100.00 to the Chapter 13 Trustee and is due for his January payment, which became due on January 12, 2026. The Debtor indicates that a payment will be made by the end of the week to bring him current with the Trustee.

3. The Debtor's 341 Meeting of Creditors has not yet been deemed completed, but the Debtor has submitted all the requested documents to the Trustee and believes that the Meeting of Creditors can now be deemed completed.

4. It appears that certain creditors – Wells Fargo Bank N.A., d/b/a Wells Fargo Auto and Jefferson Capital Systems, LLC - did not receive service of the Chapter 13 plan or the confirmation hearing notice for the confirmation hearing of January 22, 2026.

5. Debtor's counsel requests that the Court issue a new Notice of Hearing should this request for continuance be granted so that proper service can be made of continued hearing to all creditors.

6. The Internal Revenue Service (Proof of Claim No. 2) and the Connecticut Department of Revenue Services (Proof of Claim No. 6) have filed claims with estimates for income tax for tax year 2024 and sales & use tax for March and April 2025, respectively. The Debtor provided the IRS with an executed copy of his 2024 federal returns and is currently working with his accountant to complete the outstanding sales & use tax returns for the State of Connecticut. The Debtor anticipates that the outstanding sales & use tax returns will be completed this week.

7. The Debtor will file a First Amended Chapter 13 Plan to adjust the plan payment and match filed claims. The proposed First Amended Chapter 13 Plan needs to be reviewed with the Debtor for feasibility.

8. Debtor's counsel believes that confirmation can proceed at the hearing on February 26, 2026.

9. The Chapter 13 Trustee consents to the continuance of the confirmation hearing.

WHEREFORE, the Debtor respectfully requests that this Court continue the confirmation hearing scheduled for January 22, 2026 to February 26, 2026, enter a Notice of Confirmation Notice that can be served on the Debtor and all creditors and allow such other and further relief as the Court deems just and proper.

Dated at Hamden, Connecticut on this 15th day of January 2026

        THE DEBTOR:
        Robert L. Rice

        BY: /s/ Jennifer Tremesani

        Jennifer Tremesani, Esquire
        Law Offices of Neil Crane, LLC
        2679 Whitney Avenue
        Hamden, CT 06518
        (203) 230-2233
        Fed Bar #ct29824

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**NEW HAVEN DIVISION**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| | : | |
| Robert L. Rice | : | Case No. 25-30870 |
| Debtor | : | |
| | : | |

## ORDER ON MOTION FOR CONTINUANCE OF THE CONFIRMATION HEARING WITH CONSENT FROM THE CHAPTER 13 TRUSTEE AND MOTION FOR NOTICE OF CONFIRMATION HEARING TO ENTER

The Debtor by and through his attorney, The Law Offices of Neil Crane, LLC, having filed a *Motion for Continuance of the Confirmation Hearing with Consent from the Chapter 13 Trustee*, and good cause existing for the granting thereof, it is hereby

ORDERED that the confirmation hearing will be continued to _____ at _____ a.m/p/m and notice of the hearing be given via the Court's CM/ECF electronic service on all parties qualified to receive electronic notice, or sent by First Class Mail postage prepaid on or before _____ upon the Office of the United States Trustee, the Chapter 13 Trustee and the creditors.

BY THE COURT

Dated:  _____
The Honorable Ann M. Nevins
Chief U.S. Bankruptcy Court Judge

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**NEW HAVEN DIVISION**

| | |
|---|---|
| IN RE: : | Chapter 13 |
| : | |
| Robert L. Rice : | Case No. 25-30870 |
| Debtor : | |
| : | January 15, 2026 |

**CERTIFICATION OF SERVICE**

The undersigned hereby certifies that on the 15th day of January 2026 I served via the Court's CM/ECF electronic service on all parties qualified to receive electronic notice, or sent by First Class mail, postage prepaid, as indicated, a copy of the Debtor's *Motion for Continuance of the Confirmation Hearing with Consent from the Chapter 13 Trustee,* all as attached hereto upon the following:

**Via ECF Service**

U.S. Trustee
Office of the U.S. Trustee
Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510

Roberta Napolitano, Esquire
Chapter 13 Trustee
10 Columbus Blvd., 6th Floor
Hartford, CT 06103

**Via 1st Class Mail**

Robert L. Rice
113 Daniel Road
Hamden, CT 06517

Wells Fargo Bank N.A., d/b/a Wells Fargo Auto
Attn: President / Manager
PO Box 169005
Irving, TX 75016

Alan T. Harrison, Esquire
Attn: President / Manager
6 West River Street #112
Milford, CT 06460

Attorney General of the United States
Attn: President / Manager
c/o US Department of Justice
950 Pennsylvania Avenue
Washington, DC 20530-0001

CACH, LLC
Attn: President / Manager
55 Beattie Pl, Ste. 110
Greenville, SC 29601-5115

Capital One Auto Finance
Attn: President / Manager
PO Box 260848
Plano, TX 75026-0848

Capital One Auto Finance, a div. of Capital One
Attn: President / Manager / Dept. APS
4515 N. Santa Fe Ave.
Oklahoma City, OK 73118

Christopher Mutts
c/o Alan Harrison
185 Broad Street
Milford ,CT 06460

Civil Process Clerk
Attn: President / Manager
United States Attorney's Office
157 Church Street, 25th Floor
New Haven, CT 06510

Clover Financial
Attn: President / Manager
255 Fiserv Drive
Brookfield, WI 53045

Connecticut Department of Revenue Services
Attn: Litigation Division
450 Columbus Blvd
Hartford, CT 06103

Connecticut Housing Finance Authority
Attn: President / Manager
4910 Tiedeman Rd.
Brooklyn, OH 44144

CT Housing Finance Authority
Attn: President / Manager
999 West Street
Rocky Hill, CT 06067

Enterprise Auto Finance c/o Chase
Attn: President / Manager
PO Box 78232
Phoenix, AZ 85062-8232

First National Bank of Omaha
Attn: President / Manager
PO Box 2557
Omaha, NE 68103-2557

Hamden Corporation Counsel
Attn: President / Manager
430 Westwoods Road
Hamden, CT 06518

Holiday Inn Club Vacations
Attn: President / Manager
PO Box 9205
Coral Springs, FL 33075-9205

Internal Revenue Service
Attn: President / Manager
PO Box 7346
Philadelphia, PA 19101-7346

Jefferson Capital Systems, LLC
Attn: President / Manager
PO BOX 7999
SAINT CLOUD, MN 56302-9617

KeyBank NA
Attn: President / Manager
PO Box 89438
Cleveland, OH 44101

Kimya M. Rice
Attn: President / Manager
113 Daniel Road
Hamden, CT 06517

Law Offices of Howard Lee Schiff, P.C.
Attn: President / Manager
P O Box 147
East Hampton, CT 06424-0147

Law Offices of Martin Philpot Jr., LLC
Attn: President / Manager
409 Orange Street
New Haven, CT 06511-6000

Marinosci Law Group, PC
Attn: President / Manager
275 West Natick Road, Ste. 500
Warwick, RI 02886

Secretary Housing & Urban Dev.
Attn: President / Manager
451 Seventh Street, SW
Washington, DC 20410

SPG Advance
Attn: President / Manager
1221 McDonald Avenue
Brooklyn, NY 11230

T-Mobile Wireless
Attn: President / Manager
PO Box 742596
Cincinnati, OH 45274

The Edge Fitness
Attn: President / Manager
2300 Dixwell Avenue
Hamden, CT 06514

| | |
|---|---|
| Town of Hamden Community Development<br>Attn: President / Manager<br>11 Pine Street<br>Hamden, CT 06514 | United States Attorney<br>District of Connecticut<br>Attn: President / Manager<br>157 Church Street, 25th Floor<br>New Haven, CT 06510 |

THE DEBTOR:
Robert L. Rice

BY: /s/ Jennifer Tremesani

Jennifer Tremesani, Esquire
Law Offices of Neil Crane, LLC
2679 Whitney Avenue
Hamden, CT 06518
(203) 230-2233
Fed Bar #ct29824