## File an Order:

### 25-30870 Robert L. Rice

Type: bk     Chapter: 13 v     Office: 3 (New Haven)
Assets: y     Judge: amn     Case Flag: DebtEd

U.S. Bankruptcy Court

District of Connecticut

Notice of Electronic Filing

The following transaction was received from sms entered on 1/15/2026 at 2:58 PM EST and filed on 1/15/2026
**Case Name:**     Robert L. Rice
**Case Number:**     25-30870
**Document Number:** 26

**Docket Text:**

**ORDER GRANTING MOTION FOR CONTINUANCE:** The Motion for Continuance and Motion for Notice of Confirmation Hearing, ECF No. 25 filed by Robert L. Rice, debtor, is GRANTED. The hearing on the Chapter 13 Plan, ECF No. 10, currently set for January 22, 2026, is continued to February 26, 2026, at 11:00 a.m., at United States Bankruptcy Court, 157 Church Street, 18th Floor Courtroom, New Haven, CT. As requested, a new Notice of Confirmation Hearing will be issued separately. Signed by Chief Judge Ann M. Nevins on January 15, 2026. (RE: [10] Chapter 13 Plan filed by Debtor Robert L. Rice) (sms)

The following document(s) are associated with this transaction:

**25-30870 Notice will be electronically mailed to:**

Audra Buckland on behalf of Debtor Robert L. Rice
audra@neilcranelaw.com, neilcranecourt@neilcranelaw.com;lawofficesofneilcranellc@jubileebk.net

Alan Harrison on behalf of Creditor Christopher Mutts
alan@sandollar-law.net, alan.sandollar.law.net@recap.email

Roberta Napolitano
notices@ch13rn.com, rnapolitano13@ecf.epiqsystems.com;trusteeCTBRN@ecf.epiqsystems.com

Maria A. Santos on behalf of Creditor State of Connecticut, Department of Revenue Services
maria.santos@ct.gov

Jennifer Tremesani on behalf of Debtor Robert L. Rice
Jennifer@neilcranelaw.com, neilcranecourt@neilcranelaw.com;lawofficesofneilcranellc@jubileebk.net

U. S. Trustee
USTPRegion02.NH.ECF@USDOJ.GOV

**25-30870 Notice will not be electronically mailed to:**