United States Bankruptcy Court
District of Connecticut

| | |
|---|---|
| In re:<br>Robert L. Rice<br>    Debtor | Case No. 25-30870-amn<br>Chapter 13 |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0205-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 15, 2026 | Form ID: pdfdoc2 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 17, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Robert L. Rice, 113 Daniel Road, Hamden, CT 06517-2210 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Jan 17, 2026 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 15, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alan Harrison | on behalf of Creditor Christopher Mutts alan@sandollar-law.net  alan.sandollar.law.net@recap.email |
| Audra Buckland | on behalf of Debtor Robert L. Rice audra@neilcranelaw.com<br>neilcranecourt@neilcranelaw.com;lawofficesofneilcranellc@jubileebk.net |
| Jennifer Tremesani | on behalf of Debtor Robert L. Rice Jennifer@neilcranelaw.com<br>neilcranecourt@neilcranelaw.com;lawofficesofneilcranellc@jubileebk.net |
| Maria A. Santos | on behalf of Creditor State of Connecticut  Department of Revenue Services maria.santos@ct.gov |
| Roberta Napolitano | notices@ch13rn.com  rnapolitano13@ecf.epiqsystems.com;trusteeCTBRN@ecf.epiqsystems.com |

District/off: 0205-3 User: admin Page 2 of 2
Date Rcvd: Jan 15, 2026 Form ID: pdfdoc2 Total Noticed: 1

U. S. Trustee
                USTPRegion02.NH.ECF@USDOJ.GOV

TOTAL: 6

**File an Order:**

[25-30870 Robert L. Rice](#)

| | | |
|---|---|---|
| Type: bk | Chapter: 13 v | Office: 3 (New Haven) |
| Assets: y | Judge: amn | Case Flag: DebtEd |

## U.S. Bankruptcy Court

## District of Connecticut

Notice of Electronic Filing

The following transaction was received from sms entered on 1/15/2026 at 2:58 PM EST and filed on 1/15/2026

**Case Name:** Robert L. Rice
**Case Number:** [25-30870](#)
**Document Number:** 26

**Docket Text:**

**ORDER GRANTING MOTION FOR CONTINUANCE:** The Motion for Continuance and Motion for Notice of Confirmation Hearing, ECF No. 25 filed by Robert L. Rice, debtor, is GRANTED. The hearing on the Chapter 13 Plan, ECF No. 10, currently set for January 22, 2026, is continued to February 26, 2026, at 11:00 a.m., at United States Bankruptcy Court, 157 Church Street, 18th Floor Courtroom, New Haven, CT. As requested, a new Notice of Confirmation Hearing will be issued separately. Signed by Chief Judge Ann M. Nevins on January 15, 2026. (RE: [10] Chapter 13 Plan filed by Debtor Robert L. Rice) (sms)

The following document(s) are associated with this transaction:

**25-30870 Notice will be electronically mailed to:**

Audra Buckland on behalf of Debtor Robert L. Rice
audra@neilcranelaw.com, neilcranecourt@neilcranelaw.com;lawofficesofneilcranellc@jubileebk.net

Alan Harrison on behalf of Creditor Christopher Mutts
alan@sandollar-law.net, alan.sandollar.law.net@recap.email

Roberta Napolitano
notices@ch13rn.com, rnapolitano13@ecf.epiqsystems.com;trusteeCTBRN@ecf.epiqsystems.com

Maria A. Santos on behalf of Creditor State of Connecticut, Department of Revenue Services
maria.santos@ct.gov

Jennifer Tremesani on behalf of Debtor Robert L. Rice
Jennifer@neilcranelaw.com, neilcranecourt@neilcranelaw.com;lawofficesofneilcranellc@jubileebk.net

U. S. Trustee
USTPRegion02.NH.ECF@USDOJ.GOV

**25-30870 Notice will not be electronically mailed to:**