**File an order :**

25-30870 Robert L. Rice

Type: bk  Chapter: 13 v  Office: 3 (New Haven)
Assets: y  Judge: amn  Case Flag: DebtEd

## U.S. Bankruptcy Court

## District of Connecticut

Notice of Electronic Filing

The following transaction was received from rs entered on 1/20/2026 at 3:03 PM EST and filed on 1/20/2026
**Case Name:**            Robert L. Rice
**Case Number:**       25-30870
**Document Number:** 30

**Docket Text:**
**ORDER TO SHOW CAUSE WHY CHAPTER 13 CASE SHOULD NOT BE DISMISSED:** Since the petition date in this Chapter 13 case, the Debtor has enjoyed the benefit of the automatic stay provided in 11 U.S.C. § 362(a) and 11 U.S.C. § 1301(a). The Debtor sought and received a continuance of the initial hearing to consider confirmation of the Chapter 13 Plan, and so the Chapter 13 Trustee is not yet authorized to distribute Chapter 13 Plan payments to creditors. The delay in confirming a Chapter 13 Plan may constitute an unreasonable delay by the debtor that is prejudicial to creditors. See 11 U.S.C. § 1307(c)(1). Accordingly, it is hereby

**ORDERED:** On or before February 19, 2026, the Debtor may file a statement detailing the reasons this case should not be dismissed, including any response to any filed objection to confirmation of the Chapter 13 Plan; and it is further

**ORDERED:** On February 26, 2026, at 11:00 a.m., a hearing will be held at 157 Church Street, 18th Floor Courtroom, New Haven, Connecticut, to consider whether this Chapter 13 case should be dismissed, and the court may enter an order dismissing the case at that time. Signed by Chief Judge Ann M Nevins on January 20, 2026. (rs)

The following document(s) are associated with this transaction:


**25-30870 Notice will be electronically mailed to:**

Audra Buckland on behalf of Debtor Robert L. Rice
audra@neilcranelaw.com, neilcranecourt@neilcranelaw.com;lawofficesofneilcranellc@jubileebk.net

Alan Harrison on behalf of Creditor Christopher Mutts
alan@sandollar-law.net, alan.sandollar.law.net@recap.email

Roberta Napolitano
notices@ch13rn.com, rnapolitano13@ecf.epiqsystems.com;trusteeCTBRN@ecf.epiqsystems.com

Maria A. Santos on behalf of Creditor State of Connecticut, Department of Revenue Services
maria.santos@ct.gov

Jennifer Tremesani on behalf of Debtor Robert L. Rice
Jennifer@neilcranelaw.com, neilcranecourt@neilcranelaw.com;lawofficesofneilcranellc@jubileebk.net

U. S. Trustee

USTPRegion02.NH.ECF@USDOJ.GOV

**25-30870 Notice will not be electronically mailed to:**