United States Bankruptcy Court
District of Connecticut

| | |
|---|---|
| In re: | Case No. 25-30870-amn |
| Robert L. Rice | Chapter 13 |
| Debtor | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0205-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 20, 2026 | Form ID: pdfdoc2 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 22, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Robert L. Rice, 113 Daniel Road, Hamden, CT 06517-2210 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 22, 2026          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 20, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alan Harrison | on behalf of Creditor Christopher Mutts alan@sandollar-law.net  alan.sandollar.law.net@recap.email |
| Audra Buckland | on behalf of Debtor Robert L. Rice audra@neilcranelaw.com neilcranecourt@neilcranelaw.com;lawofficesofneilcranellc@jubileebk.net |
| Jennifer Tremesani | on behalf of Debtor Robert L. Rice Jennifer@neilcranelaw.com neilcranecourt@neilcranelaw.com;lawofficesofneilcranellc@jubileebk.net |
| Maria A. Santos | on behalf of Creditor State of Connecticut  Department of Revenue Services maria.santos@ct.gov |
| Roberta Napolitano | notices@ch13rn.com  rnapolitano13@ecf.epiqsystems.com;trusteeCTBRN@ecf.epiqsystems.com |

District/off: 0205-3 | User: admin | Page 2 of 2
Date Rcvd: Jan 20, 2026 | Form ID: pdfdoc2 | Total Noticed: 1

U. S. Trustee
    USTPRegion02.NH.ECF@USDOJ.GOV

TOTAL: 6

**File an order :**

[25-30870 Robert L. Rice](#)

| | | |
|---|---|---|
| Type: bk | Chapter: 13 v | Office: 3 (New Haven) |
| Assets: y | Judge: amn | Case Flag: DebtEd |

## U.S. Bankruptcy Court

## District of Connecticut

Notice of Electronic Filing

The following transaction was received from rs entered on 1/20/2026 at 3:03 PM EST and filed on 1/20/2026
**Case Name:**     Robert L. Rice
**Case Number:**     [25-30870](#)
**Document Number:** 30

**Docket Text:**
**ORDER TO SHOW CAUSE WHY CHAPTER 13 CASE SHOULD NOT BE DISMISSED:** Since the petition date in this Chapter 13 case, the Debtor has enjoyed the benefit of the automatic stay provided in 11 U.S.C. § 362(a) and 11 U.S.C. § 1301(a). The Debtor sought and received a continuance of the initial hearing to consider confirmation of the Chapter 13 Plan, and so the Chapter 13 Trustee is not yet authorized to distribute Chapter 13 Plan payments to creditors. The delay in confirming a Chapter 13 Plan may constitute an unreasonable delay by the debtor that is prejudicial to creditors. See 11 U.S.C. § 1307(c)(1). Accordingly, it is hereby

**ORDERED:** On or before February 19, 2026, the Debtor may file a statement detailing the reasons this case should not be dismissed, including any response to any filed objection to confirmation of the Chapter 13 Plan; and it is further

**ORDERED:** On February 26, 2026, at 11:00 a.m., a hearing will be held at 157 Church Street, 18th Floor Courtroom, New Haven, Connecticut, to consider whether this Chapter 13 case should be dismissed, and the court may enter an order dismissing the case at that time. Signed by Chief Judge Ann M Nevins on January 20, 2026. (rs)

The following document(s) are associated with this transaction:


**25-30870 Notice will be electronically mailed to:**

Audra Buckland on behalf of Debtor Robert L. Rice
audra@neilcranelaw.com, neilcranecourt@neilcranelaw.com;lawofficesofneilcranellc@jubileebk.net

Alan Harrison on behalf of Creditor Christopher Mutts
alan@sandollar-law.net, alan.sandollar.law.net@recap.email

Roberta Napolitano
notices@ch13rn.com, rnapolitano13@ecf.epiqsystems.com;trusteeCTBRN@ecf.epiqsystems.com

Maria A. Santos on behalf of Creditor State of Connecticut, Department of Revenue Services
maria.santos@ct.gov

Jennifer Tremesani on behalf of Debtor Robert L. Rice
Jennifer@neilcranelaw.com, neilcranecourt@neilcranelaw.com;lawofficesofneilcranellc@jubileebk.net

U. S. Trustee

USTPRegion02.NH.ECF@USDOJ.GOV

**25-30870 Notice will not be electronically mailed to:**