# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

## Certificate of Service for Chapter 13 Plan(s) and Notices of Hearing

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1* | Robert | L. | Rice |
| | First Name | Middle Name | Last Name |
| Debtor 2* | | | |
| Spouse, if filing | First Name | Middle Name | Last Name |
| Case number (If known) | 25-30870 | | |

*For purposes of this Chapter 13 Plan, "Debtor" means "Debtors" where applicable.

This Certificate of Service should be used in connection with the service of Chapter 13 Plans (initial, amended, or modified) and Notices of Chapter 13 Plan Confirmation Hearings or Notices of Hearing Regarding Motions to Modify Confirmed Plans in accordance with Interim Local Bankruptcy Rule 3015-2(c) and (d).

I hereby certify that true and correct copies of the following document(s) were served pursuant to Fed. R. Bankr. P. 2002(a), and (b), 3015(d), and Local Bankruptcy Rule 3015-2(c) and (d), in the manner stated below. Check all that apply:

- ☐ Initial Chapter 13 Plan — ECF#: ___
- ☒ 1st Amended Chapter 13 Plan (Indicate 1st, 2nd, etc.) — ECF#: 34
- ☐ Motion to Modify a Confirmed Chapter 13 Plan — ECF#: ___
- ☒ Notice of Chapter 13 Plan Confirmation Hearing — ECF#: 28
- ☐ Notice of Hearing on Motion to Modify Plan — ECF#: ___
- ☐ Modified Chapter 13 Plan — ECF#: ___

**1. SERVED VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to this Court's Administrative Procedures for Electronic Case Filing (Appendix A), the foregoing documents will be or were served using the Court's CM/ECF system via NEF with an embedded hyperlink to the documents. On (date) January 26, 2026, I will confirm the CM/ECF docket for this bankruptcy case and will confirm that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

```
Roberta Napolitano
Chapter 13 Trustee
10 Columbus Boulevard
Ste 6th Floor
Hartford, CT 06106

U. S. Trustee
Office of the U.S. Trustee
Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510
```

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On (date) January 26, 2026, I served the following persons and/or entities at the last known addresses in this bankruptcy case by placing a true and correct copy of the foregoing documents in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows:

```
Robert L. Rice
113 Daniel Road
Hamden, CT 06517

Wells Fargo Bank N.A., d/b/a Wells Fargo Auto
PO Box 169005
Irving, TX
75016 (9608294)
```

(cr)
Alan T. Harrison, Esquire
Attn: President / Manager
6 West River Street #112
Milford, CT 06460 (9598559)
(cr)
Attorney General of the United States
Attn: President / Manager
US Department of Justice
950 Pennsylvania Avenue
Washington, DC 20530-0001 (9598560)
(cr)
CACH, LLC
Attn: President / Manager
55 Beattie Pl, Ste. 110
Greenville, SC 29601-5115 (9598561)
(cr)
Capital One Auto Finance
Attn: President / Manager
PO Box 260848
Plano, TX 75026-0848 (9598562)
(cr)
Capital One Auto Finance, a division of Capital On
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118 (9603758)
(cr)
Christopher Mutts
c/o Alan Harrison
185 Broad Street
Milford ,CT 06460 (9598563)
(cr)
Civil Process Clerk
Attn: President / Manager
United States Attorney's Office
157 Church Street, 25th Floor
New Haven, CT 06510 (9598564)
(cr)
Clover Financial
Attn: President / Manager
255 Fiserv Drive
Brookfield, WI 53045 (9598565)
(cr)
Connecticut Department of Revenue Services
Attn: Litigation Division
450 Columbus Blvd
Hartford, CT 06103 (9609139)
(cr)
Connecticut Housing Finance Authority by its servi
4910 Tiedeman Rd.
Brooklyn, OH 44144 (9606650)
(cr)
CT Housing Finance Authority
Attn: President / Manager
999 West Street
Rocky Hill, CT 06067 (9598566)
(cr)
Enterprise Auto Finance c/o Chase
Attn: President / Manager
PO Box 78232
Phoenix, AZ 85062-8232 (9598567)
(cr)
First National Bank of Omaha
Attn: President / Manager
PO Box 2557
Omaha, NE 68103-2557 (9598568)
(cr)

Hamden Corporation Counsel
Attn: President/Managera
430 Westwoods Road
Hamden, CT 06518 (9598569)
(cr)
Holiday Inn Club Vacations
Attn: President / Manager
PO Box 9205
Coral Springs, FL 33075-9205 (9598570)
(cr)
Internal Revenue Service
Attn: President / Manager
PO Box 7346
Philadelphia, PA 19101-7346 (9598571)
(cr)
Jefferson Capital Systems, LLC
PO BOX 7999
SAINT CLOUD, MN 56302-9617 (9611435)
(cr)
KeyBank NA
Attn: President / Manager
PO Box 89438
Cleveland, OH 44101 (9598572)
(cr)
Kimya M. Rice
Attn: President / Manager
113 Daniel Road
Hamden, CT 06517 (9598573)
(cr)
Law Offices of Howard Lee Schiff, P.C.
Attn: President/Manager
P O Box 147
East Hampton, CT 06424-0147 (9598574)
(cr)
Law Offices of Martin Philpot Jr., LLC
Attn: President / Manager
409 Orange Street
New Haven, CT 06511-6000 (9598575)
(cr)
Marinosci Law Group, PC
Attn: President / Manager
275 West Natick Road, Ste. 500
Warwick, RI 02886 (9598576)
(cr)
Secretary Housing & Urban Dev.
Attn: President / Manager
451 Seventh Street, SW
Washington, DC 20410 (9598577)
(cr)
SPG Advance
Attn: President / Manager
1221 McDonald Avenue
Brooklyn, NY 11230 (9598578)
(cr)
T-Mobile Wireless
Attn: President / Manager
PO Box 742596
Cincinnati, OH 45274 (9598580)
(cr)
The Edge Fitness
Attn: President / Manager
2300 Dixwell Avenue
Hamden, CT 06514 (9598581)
(cr)
Town of Hamden Community Development
Attn: President/Manager

11 Pine Street
Hamden, CT 06514 (9598582)
(cr)
United States Attorney
District of Connecticut
Attn: President / Manager
157 Church Street, 25th Floor
New Haven, CT 06510 (9598583)
(cr)

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email with the foregoing documents as follows:

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 26, 2026 | Jennifer Tremesani | /s/Jennifer Tremesani, Esq |
|---|---|---|
| Date | Printed Name | Signature |