# United States Bankruptcy Court

## District of Connecticut



Filed and Entered
On Docket
January 15, 2026

In re:
    Robert L. Rice
    Debtor*

Case Number: 25–30870
Chapter: 13

### NOTICE OF CHAPTER 13 PLAN CONFIRMATION HEARING

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

**PLEASE TAKE NOTICE** that a Confirmation Hearing on the Debtor's Chapter 13 Plan, and any amended or modified plan filed before confirmation in accordance with 11 U.S.C. § 1323, will be held at **157 Church Street, 18th Floor, New Haven, CT 06510** on **February 26, 2026** at **11:00 AM** to consider and act upon the following matter(s):

    **Chapter 13 Plan Filed by Audra Buckland on behalf of Robert L. Rice Debtor (Re: Doc #10)**

**NOTICE IS FURTHER GIVEN** that, unless otherwise ordered by the court the initial hearing on the foregoing will be a non–evidentiary hearing, and, may be continued or adjourned without further notice.

If you want the court to consider your response on the above–mentioned matter(s), then you or your attorney must be in attendance on the above scheduled date. If you or your attorney do not attend the above scheduled hearing, the court may decide that you do not oppose the relief sought in the above–referenced matter and may enter an order granting that relief.

**OBJECTION(S) TO THE PLAN SHALL BE FILED ON OR BEFORE: February 19, 2026** before 4:00 p.m. Untimely objections may not be considered.

**CERTIFICATE OF SERVICE:** The Debtor's attorney, or the Debtor, if not represented by counsel, shall file a certificate of service pursuant to Local Bankr. R. 3015–2(c) within three (3) business days of the date of this Notice.

NOTE: Pursuant to Local Bankr. R. 3015–2(b), the Debtor's attorney, or the Debtor, if not represented by counsel, must appear at the confirmation hearing unless specifically excused by Court order. Failure to attend may result in denial of confirmation of the Chapter 13 Plan.

Dated: January 15, 2026

                                                          Pietro Cicolini
                                                          Clerk of Court

United States Bankruptcy Court  Tel. (203) 773–2009
District of Connecticut  VCIS* (866) 222–8029
157 Church Street, 18th Floor  * Voice Case Information System
New Haven, CT 06510  http://www.ctb.uscourts.gov
 Form 112 – sms