**Fill in this information to identify the case:**

Debtor 1: Robert L. Rice

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: _____ District of Connecticut (State)

Case number: 25-30870

Official Form 410S1

# Notice of Mortgage Payment Change    12/25

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Connecticut Housing Finance Authority by its servicing agent KayBank NA as s/b/m to First Niagara Bank NA

**Court claim no.** (if known): 4

**Last 4 digits** of any number you use to identify the debtor's account: 1 8 5 1

**Date of payment change:** Must be at least 21 days after date of this notice: 03/01/2026

**New total payment:** Principal, interest, and escrow, if any — $2649.23
*For HELOC payment amounts, see Part 3*

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**
   - ☐ No
   - ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $1272.32     New escrow payment: $1180.38

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**
   - ☑ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%     New interest rate: _____%

   Current principal and interest payment: $_____     New principal and interest payment: $_____

## Part 3: Annual HELOC Notice

3. **Will there be a change in the debtor's home-equity line-of-credit (HELOC) payment for the year going forward?**
   - ☑ No
   - ☐ Yes.

   Current HELOC payment: $_____

   Reconciliation amount: + $_____ or
   - $_____

Debtor 1 Robert   L.   Rice   Case number (*if known*) 25-30870
       First Name   Middle Name   Last Name

---

|  |  |
|---|---|
| Amount of next payment (including reconciliation amount) | $_____ |
| Amount of the new payment thereafter (without reconciliation amount) | $_____ |

### Part 4: Other Payment Change

**4. Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☑ No

☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

Reason for change: _____

Current mortgage payment: $ _____    New mortgage payment: $ _____

### Part 5: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☑ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/Doreen Arra   Date 01/29/2026
Signature

Print: Doreen     Arra   Title Senior Specialist
       First Name   Middle Name   Last Name

Company: KeyBank N.A.

Address: 4910   Tiedeman Road
         Number   Street

Brooklyn   OH   44144
City   State   ZIP Code

Contact phone ( 866 ) 325 – 9723   Email BK_Specialists@keybank.com

KeyBank  
Mortgage Loan Servicing  
4910 Tiedeman Rd  
OH-01-MS-SER1  
Brooklyn, OH 44144

Page 1 of 4

January 26, 2026

# ESCROW ACCOUNT DISCLOSURE STATEMENT

LOAN NUMBER: xxxxxxxx1851

ROBERT L RICE  
KIMYA M RICE  
113 DANIEL RD  
HAMDEN CT 06517-2210

**PLEASE REVIEW THIS STATEMENT CLOSELY-YOUR MORTGAGE PAYMENT MAY BE AFFECTED**

Please retain this statement for comparison with the actual activity in your account at the end of the next escrow accounting computation year.

**Clients that Utilize Auto Debit** - If you control an automatic payment function and your payment is scheduled for a future payment change, please remember to update the amount you wish to send. If you have authorized KeyBank to debit your payments, the new payment below will automatically be debited on your auto-pay date.

| Your current payment is: | | Your **new monthly payment** for the next 12 months **effective 03/01/26** is: | |
|---|---:|---|---:|
| PRINCIPAL & INTEREST | 1,468.85 | PRINCIPAL & INTEREST | 1,468.85 |
| ESCROW | 887.02 | ESCROW | 1,051.66 |
| TOTAL PAYMENT: | 2,355.87 | SHORTAGE ADJUSTMENT | 128.72 |
| | | TOTAL | 2,649.23 |

## ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT- ACCOUNT HISTORY

THIS IS A STATEMENT OF ACTUAL ACTIVITY IN YOUR ESCROW ACCOUNT FROM OCT 2025 THROUGH FEB 2026 (LAST YEAR'S PROJECTIONS ARE NEXT TO THE ACTUAL ACTIVITY.)

| MONTH | PAYMENTS To ESCROW PROJECTED | ACTUAL | PAYMENTS FROM ESCROW PROJECTED | DESCRIPTION | ACTUAL | DESCRIPTION | ESCROW BALANCE PROJECTED | ACTUAL |
|---|---:|---:|---:|---|---:|---|---:|---:|
| STARTING BALANCE | | | | | | | 3,154.99 | (11,198.29) |
| OCT | 1,051.66 | 0.00 | 0.00 | | 0.00 | | 4,206.65 | (11,198.29) |
| NOV | 1,051.66 | 0.00 | 0.00 | | 0.00 | | 5,258.31 | (11,198.29) |
| DEC | 1,051.66 | 1,774.04 | 0.00 | | 0.00 | | 6,309.97 | (9,424.25) |
| JAN | 1,051.66 | 15,020.61 | 4,182.70 | TWN/TWNSHP/S | 4,182.70 | #TWN/TWNSHP/S | 3,178.93 | 1,413.66 |
| FEB | 1,051.66 | 1,272.32 | 0.00 | | 0.00 | # | 4,230.59 | 2,685.98 |
| MAR | 1,051.66 | 0.00 | 0.00 | | 0.00 | | 5,282.25 | 0.00 |
| APR | 1,051.66 | 0.00 | 4,254.53 | HAZARD INSUR | 0.00 | *HAZARD INSUR | 2,079.38 | 0.00 |
| MAY | 1,051.66 | 0.00 | 0.00 | | 0.00 | | 3,131.04 | 0.00 |
| JUN | 1,051.66 | 0.00 | 0.00 | | 0.00 | | 4,182.70 | 0.00 |
| JUL | 1,051.66 | 0.00 | 4,182.70 | TWN/TWNSHP/S | 0.00 | *TWN/TWNSHP/S | 1,051.66 | 0.00 |
| AUG | 1,051.66 | 0.00 | 0.00 | | 0.00 | | 2,103.32 | 0.00 |
| SEP | 1,051.66 | 0.00 | 0.00 | | 0.00 | | 3,154.98 | 0.00 |



(Continued on Reverse side of Page)



NAME:  ROBERT L RICE

Continue of Account: xxxxxxxx1851
For ESCROW DISCLOSURE STATEMENT

| MONTH | PAYMENTS To ESCROW PROJECTED | ACTUAL | PAYMENTS FROM ESCROW PROJECTED | DESCRIPTION | ACTUAL | DESCRIPTION | ESCROW BALANCE PROJECTED | ACTUAL |
|---|---|---|---|---|---|---|---|---|
| TOTALS: | $12,619.92 | $18,066.97 | $12,619.93 | | $4,182.70 | | | |

LAST YEAR, WE ANTICIPATED THAT PAYMENTS FROM YOUR ESCROW ACCOUNT WOULD BE MADE DURING THIS PERIOD EQUALING $12,619.93 . UNDER FEDERAL LAW, YOUR ACTUAL LOWEST MONTHLY BALANCE (LP) SHOULD NOT HAVE EXCEEDED $2,103.32 OR 1/6 OF THE ANTICIPATED PAYMENTS FROM YOUR ESCROW ACCOUNT, UNLESS YOUR MORTGAGE DOCUMENTS OR STATE LAW SPECIFIES A LOWER AMOUNT.

.AN ASTERISK (*) INDICATES A DIFFERENCE IN EITHER THE AMOUNT OR DATE OF THE ANTICIPATED PAYMENTS FROM ESCROW AND THE ACTUAL PAYMENTS FROM ESCROW. THE INFORMATION PROVIDED DOES NOT REQUIRE ANY ACTION ON YOUR PART. IF YOU HAVE ANY QUESTIONS, PLEASE CALL OUR TOLL FREE NUMBER 1-800-422-2442.

# = THIS YEAR PROJECTED AMOUNTS

## ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT- PROJECTIONS

THIS IS AN ESTIMATE OF ACTIVITY IN YOUR ESCROW ACCOUNT DURING THE COMING YEAR BASED ON PAYMENTS ANTICIPATED TO BE MADE FROM YOUR ACCOUNT.

********* PROJECTED ESCROW   DISBURSEMENTS ****

| | |
|---|---|
| HAZARD INS | 4,254.53 |
| TAXES | 8,365.40 |
| TOTAL PROJECTED ESCROW DISBURSEMENTS: | 12,619.93 |

ESCROW PAYMENT CALCULATION:   12,619.93 / 12 = 1051.66

| MONTH | TO ESCROW | FROM ESCROW | PROJECTED PAYMENTS DESCRIPTION | ESCROW BALANCE REQUIRED | PROJECTED |
|---|---|---|---|---|---|
| STARTING BALANCE | | | | 4,230.59 | 2,685.98 |
| MAR | 1,051.66 | 0.00 | | 5,282.25 | 3,737.64 |
| APR | 1,051.66 | 4,254.53 | HAZARD INSUR | 2,079.38 | 534.77 |
| MAY | 1,051.66 | 0.00 | | 3,131.04 | 1,586.43 |
| JUN | 1,051.66 | 0.00 | | 4,182.70 | 2,638.09 |
| JUL | 1,051.66 | 4,182.70 | TWN/TWNSHP/S | 1,051.66 | (492.95) |
| AUG | 1,051.66 | 0.00 | | 2,103.32 | 558.71 |
| SEP | 1,051.66 | 0.00 | | 3,154.98 | 1,610.37 |
| OCT | 1,051.66 | 0.00 | | 4,206.64 | 2,662.03 |
| NOV | 1,051.66 | 0.00 | | 5,258.30 | 3,713.69 |
| DEC | 1,051.66 | 0.00 | | 6,309.96 | 4,765.35 |
| JAN | 1,051.66 | 4,182.70 | TWN/TWNSHP/S | 3,178.92 | 1,634.31 |
| FEB | 1,051.66 | 0.00 | | 4,230.58 | 2,685.97 |
| TOTALS: | $12,619.92 | $12,619.93 | | | |

CUSHION SELECTED BY SERVICER:  1,051.66

YOUR ENDING ESCROW BALANCE FROM THE LAST MONTH OF THE ACCOUNT HISTORY IS $2,685.98, YOUR STARTING BALANCE ACCORDING TO THIS ANALYSIS SHOULD BE $4,230.59. THIS MEANS YOU HAVE A SHORTAGE OF $(1,544.61). THIS SHORTAGE WILL BE COLLECTED FROM YOU OVER A PERIOD OF 12 MONTHS $(128.72) OR MORE UNLESS THE SHORTAGE IS LESS THAN 1 MONTH'S DEPOSIT, IN WHICH CASE WE HAVE THE ADDITIONAL OPTION OF REQUESTING PAYMENT WITHIN 30 DAYS. WE HAVE DECIDED TO COLLECT IT OVER 12 MONTHS.

PLEASE KEEP THIS STATEMENT FOR COMPARISON WITH THE ACTUAL ACTIVITY IN YOUR ACCOUNT AT THE END OF THE NEXT ESCROW ACCOUNTING COMPUTATION YEAR.



(Continued on Reverse side of Page)

 

NAME:     ROBERT L RICE

Continue of Account:   xxxxxxxx1851
For  ESCROW DISCLOSURE STATEMENT

Hazard Insurance – You must carry hazard insurance in accordance with the terms of your loan. The mortgagee clause on your insurance policy must read as follows KeyBank National Association, its successors and assigns, PO Box 1868, Kennesaw GA 30156. If your loan is through State of New York Mortgage Agency (SONYMA) your mortgagee clause must read as: State of New York Mortgage Agency, C/O KeyBank National Association, its successors and assigns, PO Box 1868, Kennesaw GA 30156. If at any time we do not receive acceptable proof of property insurance in force, we will secure such property insurance at your expense. The insurance may be more expensive and not provide as much coverage as you could obtain on your own. If you incur an insurance loss, contact your local branch upon receipt of a settlement check and estimate of damage. Settlement check will include the bank as payee.

Flood Insurance – Flood insurance is required if your property is located in a special flood hazard area, as determined by the federal government. The mortgagee clause on your insurance policy must read as follows KeyBank National Association, its successors and assigns, 11501 Outlook Street, Suite 300, Overland Park KS 66211. If your loan is through State of New York Mortgage Agency (SONYMA) your mortgagee clause must read as: State of New York Mortgage Agency, C/O KeyBank National Association, its successors and assigns, 11501 Outlook Street, Suite 300, Overland Park KS 66211. If at any time we do not receive acceptable proof of property insurance in force, we will secure such property insurance at your expense. The insurance may be more expensive and not provide as much coverage as you could obtain on your own. If you incur an insurance loss, contact your local branch upon receipt of a settlement check and estimate of damage. Settlement check will include the bank as payee.

Property Taxes- We are not notified by taxing authorities of changes of assessment or exemptions. It is important for you to notify us of any changes so we can adjust your escrow accordingly. If you receive a tax bill, please send it to KeyBank National Association, 4910 Tiedeman Rd, OH-01-MS-SER3, Brooklyn, OH 44144.  Attn: Escrow Servicing. If you have any questions regarding your account, please call Escrow Servicing at 1-800-422-2442, or dial 711 for TTY/TRS.

©2025 KeyCorp®. All rights reserved. 250612-3276729



UNITED STATES BANKRUPTCY COURT
DISTRICT OF Connecticut

In Re:   
Robert L. Rice   ,

Case No. 25-30870

Chapter  13

Debtor(s).

### CERTIFICATE OF SERVICE

I hereby certify that on 01/29/2026, I electronically filed a Notice of Mortgage Payment Change with the Clerk of the Bankruptcy Court using the CM/ECF system which sent electronic notification of such filing to the following:

Debtor(s) Attorney
Audra Buckland
Jennifer Tremasani

Trustee
Roberta Napolitano

And, I hereby certify that I have mailed via the United States Postal Service the Notice of Mortgage Payment Change to the following non CM/ECF participants:

Debtor

**Robert L. Rice**
113 Daniel Road
Hamden, CT 06517

/s/Doreen Arra
Bankruptcy Specialist
KeyBank N.A.