**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**NEW HAVEN DIVISION**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| | : | |
| Robert L. Rice | : | Case No. 25-30870 |
| Debtor | : | |
| | : | February 19, 2026 |

**MOTION FOR CONTINUANCE OF THE CONFIRMATION HEARING WITH CONSENT FROM THE CHAPTER 13 TRUSTEE AND MOTION FOR NOTICE OF CONFIRMATION HEARING TO ENTER**

The Debtor, through his counsel, THE LAW OFFICES OF NEIL CRANE, LLC, hereby respectfully requests that this Court continue the scheduled confirmation hearing of February 26, 2026 to April 2, 2026 on the following grounds:

1. The Debtor filed a voluntary petition for relief under Chapter 13 of the United States Bankruptcy Code on September 12, 2025.
2. To date the Debtor has paid a total of $2,800.00 to the Chapter 13 Trustee and is due for his February payment, which became due on February 12, 2026 in the amount of $700.00. There is a payment processing on TFS as of February 19, 2026 in the amount of $700.00 to bring his case current.
3. The Debtor’s 341 Meeting of Creditors was deemed completed on January 23, 2026, Doc no. 33.
4. On January 26, 2026, the Debtor filed a First Amended Chapter 13 Plan to match filed claims, reduce the interest rate on the balance of an auto loan to Wells Fargo Bank from 8% to 7% and include a nonstandard provision regarding estimated claims of the IRS and DRS claims.

5. Service of the 1st amended plan and the notice of confirmation hearing scheduled and February 26, 2026 has been made on the Debtor and all creditors of record.

6. The Debtor has recently received notice from the State of CT, Department of Labor, Wage & Workplace regarding a civil penalty. This creditor will be added to the case and would need notice of the plan and hearing. The Debtor requests that the Court enter a Notice of Confirmation that can be served on the creditor.

7. Debtor's counsel and the Chapter 13 Trustee need additional time to review this case including the possible surrender of the timeshare and overall feasibility of the case.

8. The Debtor indicated that he is current on his mortgage payments; the auto loan on the 2013 Dodge Caravan is included in the plan; and indicates that he has a payment plan on the 2014 Mercedes-Benx E class.

9. Debtor's counsel believes that confirmation can proceed at the next confirmation hearing date.

10. The Chapter 13 Trustee consents to the continuance of the confirmation hearing.

WHEREFORE, the Debtor respectfully requests that this Court continue the confirmation hearing scheduled for February 26, 2026 to April 2, 2026, enter a Notice of Confirmation Notice that can be served on the Debtor and all creditors and allow such other and further relief as the Court deems just and proper.

Dated at Hamden, Connecticut on this 19th day of February 2026

THE DEBTOR:
Robert L. Rice

BY: /s/ Jennifer Tremesani

Jennifer Tremesani, Esquire
Law Offices of Neil Crane, LLC
2679 Whitney Avenue
Hamden, CT 06518
(203) 230-2233
Fed Bar #ct29824

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**NEW HAVEN DIVISION**

| IN RE: | : | Chapter 13 |
|---|---|---|
| | : | |
| Robert L. Rice | : | Case No. 25-30870 |
| Debtor | : | |
| | : | |

**ORDER ON MOTION FOR CONTINUANCE OF THE CONFIRMATION HEARING WITH CONSENT FROM THE CHAPTER 13 TRUSTEE AND MOTION FOR NOTICE OF CONFIRMATION HEARING TO ENTER**

The Debtor by and through his attorney, The Law Offices of Neil Crane, LLC, having filed a *Motion for Continuance of the Confirmation Hearing with Consent from the Chapter 13 Trustee*, and good cause existing for the granting thereof, it is hereby

ORDERED that the confirmation hearing will be continued to _____ at _______ a.m/p/m and notice of the hearing be given via the Court's CM/ECF electronic service on all parties qualified to receive electronic notice, or sent by First Class Mail postage prepaid on or before ______ upon the Office of the United States Trustee, the Chapter 13 Trustee and the creditors.

BY THE COURT

Dated:

_____________________________
The Honorable Ann M. Nevins
Chief U.S. Bankruptcy Court Judge

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**NEW HAVEN DIVISION**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| | : | |
| Robert L. Rice | : | Case No. 25-30870 |
| Debtor | : | |
| | : | February 19, 2026 |

**CERTIFICATION OF SERVICE**

The undersigned hereby certifies that on the 19th day of February 2026 I served via the Court's CM/ECF electronic service on all parties qualified to receive electronic notice, or sent by First Class mail, postage prepaid, as indicated, a copy of the Debtor's *Motion for Continuance of the Confirmation Hearing with Consent from the Chapter 13 Trustee*, all as attached hereto upon the following:

**Via ECF Service**

U.S. Trustee
Office of the U.S. Trustee
Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510

Roberta Napolitano, Esquire
Chapter 13 Trustee
10 Columbus Blvd., 6th Floor
Hartford, CT 06103

**Via 1st Class Mail**

Robert L. Rice
113 Daniel Road
Hamden, CT 06517

| | |
|---|---|
| **Wells Fargo Bank N.A., d/b/a Wells Fargo Auto** | |
| PO Box 169005 | (9608294) |
| Irving, TX | (cr) |
| 75016 | |
| **Alan T. Harrison, Esquire** | (9598559) |
| Attn: President / Manager | (cr) |

6 West River Street #112
Milford, CT 06460

**Attorney General of the United States**
Attn: President / Manager
US Department of Justice
950 Pennsylvania Avenue
Washington, DC 20530-0001
(9598560) (cr)

**CACH, LLC**
Attn: President / Manager
55 Beattie Pl, Ste. 110
Greenville, SC 29601-5115
(9598561) (cr)

**Capital One Auto Finance**
Attn: President / Manager
PO Box 260848
Plano, TX 75026-0848
(9598562) (cr)

**Capital One Auto Finance, a division of Capital On**
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118
(9603758) (cr)

**Christopher Mutts**
c/o Alan Harrison
185 Broad Street
Milford ,CT 06460
(9598563) (cr)

**Civil Process Clerk**
Attn: President / Manager
United States Attorney's Office
157 Church Street, 25th Floor
New Haven, CT 06510
(9598564) (cr)

**Clover Financial**
Attn: President / Manager
255 Fiserv Drive
Brookfield, WI 53045
(9598565) (cr)

**Connecticut Department of Revenue Services**
Attn: Litigation Division
450 Columbus Blvd
Hartford, CT 06103
(9609139) (cr)

**Connecticut Housing Finance Authority by its servi**
4910 Tiedeman Rd.
Brooklyn, OH 44144
(9606650) (cr)

**CT Housing Finance Authority**
Attn: President / Manager (9598566)
999 West Street (cr)
Rocky Hill, CT 06067

**Enterprise Auto Finance c/o Chase**
Attn: President / Manager (9598567)
PO Box 78232 (cr)
Phoenix, AZ 85062-8232

**First National Bank of Omaha**
Attn: President / Manager (9598568)
PO Box 2557 (cr)
Omaha, NE 68103-2557

**Hamden Corporation Counsel**
Attn: President/Managera (9598569)
430 Westwoods Road (cr)
Hamden, CT 06518

**Holiday Inn Club Vacations**
Attn: President / Manager (9598570)
PO Box 9205 (cr)
Coral Springs, FL 33075-9205

**Internal Revenue Service**
Attn: President / Manager (9598571)
PO Box 7346 (cr)
Philadelphia, PA 19101-7346

**Jefferson Capital Systems, LLC**
PO BOX 7999 (9611435)
SAINT CLOUD, MN 56302-9617 (cr)

**KeyBank NA**
Attn: President / Manager (9598572)
PO Box 89438 (cr)
Cleveland, OH 44101

**Kimya M. Rice**
Attn: President / Manager (9598573)
113 Daniel Road (cr)
Hamden, CT 06517

**Law Offices of Howard Lee Schiff, P.C.**
Attn: President/Manager (9598574)
P O Box 147 (cr)
East Hampton, CT 06424-0147

**Law Offices of Martin Philpot Jr., LLC**
Attn: President / Manager (9598575)
409 Orange Street (cr)
New Haven, CT 06511-6000

**Marinosci Law Group, PC**
Attn: President / Manager (9598576)
275 West Natick Road, Ste. 500 (cr)
Warwick, RI 02886

**Secretary Housing & Urban Dev.**
Attn: President / Manager (9598577)
451 Seventh Street, SW (cr)
Washington, DC 20410

**SPG Advance**
Attn: President / Manager (9598578)
1221 McDonald Avenue (cr)
Brooklyn, NY 11230

**T-Mobile Wireless**
Attn: President / Manager (9598580)
PO Box 742596 (cr)
Cincinnati, OH 45274

**The Edge Fitness**
Attn: President / Manager (9598581)
2300 Dixwell Avenue (cr)
Hamden, CT 06514

**Town of Hamden Community Development**
Attn: President/Manager (9598582)
11 Pine Street (cr)
Hamden, CT 06514

**United States Attorney**
District of Connecticut
Attn: President / Manager (9598583)
157 Church Street, 25th Floor (cr)
New Haven, CT 06510

THE DEBTOR:
Robert L. Rice

BY: /s/ Jennifer Tremesani

Jennifer Tremesani, Esquire
Law Offices of Neil Crane, LLC
2679 Whitney Avenue
Hamden, CT 06518
(203) 230-2233
Fed Bar #ct29824