**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| | : | |
| Robert L. Rice | : | Case No. 25-30870 |
|   Debtor | : | |
| | : | February 19, 2026 |

**RESPONSE TO ORDER TO SHOW CAUSE**

The Debtor, Robert L. Rice, through his counsel, THE LAW OFFICES OF NEIL CRANE, LLC, hereby respectfully responds to the Court's Order to Show Cause Why Chapter 13 Case Should Not Be Dismissed as follows:

1. To date the Debtor has paid a total of $2,800.00 to the Chapter 13 Trustee and is due for his February payment, which became due on February 12, 2026 in the amount of $700.00. There is a payment processing on TFS as of February 19, 2026 in the amount of $700.00 to bring his case current.

2. The Debtor's 341 Meeting of Creditors was deemed completed on January 23, 2026, Doc no. 33.

3. On January 26, 2026, the Debtor filed a First Amended Chapter 13 Plan to match filed claims, reduce the interest rate on the balance of an auto loan to Wells Fargo Bank from 8% to 7% and include a nonstandard provision regarding estimated claims of the IRS and DRS claims.

4. Service of the 1st amended plan and the notice of confirmation hearing scheduled and February 26, 2026 has been made on the Debtor and all creditors of record.

5. The Debtor has recently received notice from the State of CT, Department of Labor, Wage & Workplace regarding a civil penalty. This creditor will be added to the

      case and would need notice of the plan and hearing. The Debtor requests that the Court enter a Notice of Confirmation that can be served on the creditor.

6. Debtor's counsel and the Chapter 13 Trustee need additional time to review this case including the possible surrender of the timeshare and overall feasibility of the case. Preliminarily, it appears that the case is feasible.

7. The Debtor indicated that he is current on his mortgage payments; the auto loan on the 2013 Dodge Caravan is included in the plan; and indicates that he has a payment plan on the 2014 Mercedes-Benx E class.

8. Debtor's counsel believes that confirmation can proceed at the next confirmation hearing date.

WHEREFORE, the Debtor respectfully requests that this Chapter 13 case not be dismissed and grant such other and further relief as the Court deems just and proper.

Dated at Hamden, Connecticut on this 19th day of February 2026

                        THE DEBTOR:
                        Robert L. Rice

                        BY: /s/ Jennifer Tremesani, Esq.
                        Jennifer Tremesani, Esquire
                        Law Offices of Neil Crane, LLC
                        2679 Whitney Avenue
                        Hamden, CT 06518
                        (203) 230-2233
                        Fed Bar #ct29824

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| | : | |
| Robert L. Rice | : | Case No. 25-30870 |
|    Debtor | : | |
| | : | February 19, 2026 |

**CERTIFICATION OF SERVICE**

     The undersigned hereby certifies that on the 19th day of February 2026 I served via the Court's CM/ECF electronic service on all parties qualified to receive electronic notice, or sent by First Class mail, postage prepaid, as indicated, the foregoing *Response to Order to Show Cause* as attached hereto upon the following:

US Trustee
Office of U.S. Trustee
Giaimo Federal Building
150 Court Street, Room 309
New Haven, CT  06510
VIA ECF

Roberta Napolitano, Esquire
Chapter 13 Trustee
10 Columbus Blvd.
Hartford, CT  06103
VIA ECF

Robert L. Rice
113 Daniel Road
Hamden, CT 06517

                          THE DEBTOR:

                          Robert L. Rice

                          BY:  /s/ Jennifer Tremesani, Esq.
                          Jennifer Tremesani, Esquire
                          Law Offices of Neil Crane, LLC
                          2679 Whitney Avenue
                          Hamden, CT 06518
                          (203) 230-2233
                          Fed Bar #ct29824