# File an Order:

[25-30870 Robert L. Rice](#)

Type: bk  
Assets: y

Chapter: 13 v  
Judge: amn

Office: 3 (New Haven)  
Case Flag: DebtEd

## U.S. Bankruptcy Court

## District of Connecticut

Notice of Electronic Filing

The following transaction was received from sms entered on 2/19/2026 at 4:10 PM EST and filed on 2/19/2026

**Case Name:** Robert L. Rice  
**Case Number:** [25-30870](#)  
**Document Number:** 40

**Docket Text:**

**ORDER GRANTING MOTION FOR CONTINUANCE:** The Motion for Continuance, ECF No. 38 filed by Robert L. Rice, debtor, is GRANTED. The hearing on the First Amended Chapter 13 Plan, ECF No. 34, and the Court's Order to Show Cause, ECF No. 30 currently set for February 26, 2026, is continued to March 26, 2026, at 1:30 p.m., at United States Bankruptcy Court, 157 Church Street, 18th Floor Courtroom, New Haven, CT. As requested, a new Notice of Confirmation Hearing will be issued. Signed by Chief Judge Ann M. Nevins on February 19, 2026. [(RE: [30] Order to Show Cause, [34] First Amended Chapter 13 Plan (Before Confirmation) filed by Debtor Robert L. Rice)](#) (sms)

The following document(s) are associated with this transaction:

**25-30870 Notice will be electronically mailed to:**

Audra Buckland on behalf of Debtor Robert L. Rice  
audra@neilcranelaw.com, neilcranecourt@neilcranelaw.com;lawofficesofneilcranellc@jubileebk.net

Alan Harrison on behalf of Creditor Christopher Mutts  
alan@sandollar-law.net, alan.sandollar.law.net@recap.email

Roberta Napolitano  
notices@ch13rn.com, rnapolitano13@ecf.epiqsystems.com;trusteeCTBRN@ecf.epiqsystems.com

Maria A. Santos on behalf of Creditor State of Connecticut, Department of Revenue Services  
maria.santos@ct.gov

Jennifer Tremesani on behalf of Debtor Robert L. Rice  
Jennifer@neilcranelaw.com, neilcranecourt@neilcranelaw.com;lawofficesofneilcranellc@jubileebk.net

U. S. Trustee  
USTPRegion02.NH.ECF@USDOJ.GOV

**25-30870 Notice will not be electronically mailed to:**

KeyBank N.A.
4910 Tiedeman Road
Brooklyn, OH 44144