United States Bankruptcy Court
District of Connecticut

In re:  Case No. 25-30870-amn
Robert L. Rice  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0205-3     User: admin     Page 1 of 2
Date Rcvd: Feb 19, 2026     Form ID: pdfdoc2     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**  **Definition**
+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 21, 2026:**

**Recip ID**      **Recipient Name and Address**
db     + Robert L. Rice, 113 Daniel Road, Hamden, CT 06517-2210

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 21, 2026     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 19, 2026 at the address(es) listed below:**

**Name**      **Email Address**

Alan Harrison
    on behalf of Creditor Christopher Mutts alan@sandollar-law.net alan.sandollar.law.net@recap.email

Audra Buckland
    on behalf of Debtor Robert L. Rice audra@neilcranelaw.com
    neilcranecourt@neilcranelaw.com;lawofficesofneilcranellc@jubileebk.net

Jennifer Tremesani
    on behalf of Debtor Robert L. Rice Jennifer@neilcranelaw.com
    neilcranecourt@neilcranelaw.com;lawofficesofneilcranellc@jubileebk.net

Maria A. Santos
    on behalf of Creditor State of Connecticut Department of Revenue Services maria.santos@ct.gov

Roberta Napolitano
    notices@ch13rn.com rnapolitano13@ecf.epiqsystems.com;trusteeCTBRN@ecf.epiqsystems.com

District/off: 0205-3     User: admin     Page 2 of 2
Date Rcvd: Feb 19, 2026     Form ID: pdfdoc2     Total Noticed: 1

U. S. Trustee
             USTPRegion02.NH.ECF@USDOJ.GOV

TOTAL: 6

## File an Order:

[25-30870 Robert L. Rice](#)

| | | |
|---|---|---|
| Type: bk | Chapter: 13 v | Office: 3 (New Haven) |
| Assets: y | Judge: amn | Case Flag: DebtEd |

## U.S. Bankruptcy Court

## District of Connecticut

Notice of Electronic Filing

The following transaction was received from sms entered on 2/19/2026 at 4:10 PM EST and filed on 2/19/2026
**Case Name:** Robert L. Rice
**Case Number:** [25-30870](#)
**Document Number:** 40

**Docket Text:**

**ORDER GRANTING MOTION FOR CONTINUANCE:** The Motion for Continuance, ECF No. 38 filed by Robert L. Rice, debtor, is GRANTED. The hearing on the First Amended Chapter 13 Plan, ECF No. 34, and the Court's Order to Show Cause, ECF No. 30 currently set for February 26, 2026, is continued to March 26, 2026, at 1:30 p.m., at United States Bankruptcy Court, 157 Church Street, 18th Floor Courtroom, New Haven, CT. As requested, a new Notice of Confirmation Hearing will be issued. Signed by Chief Judge Ann M. Nevins on February 19, 2026. [(RE: [30] Order to Show Cause, [34] First Amended Chapter 13 Plan (Before Confirmation) filed by Debtor Robert L. Rice)](#) (sms)

The following document(s) are associated with this transaction:

**25-30870 Notice will be electronically mailed to:**

Audra Buckland on behalf of Debtor Robert L. Rice
audra@neilcranelaw.com, neilcranecourt@neilcranelaw.com;lawofficesofneilcranellc@jubileebk.net

Alan Harrison on behalf of Creditor Christopher Mutts
alan@sandollar-law.net, alan.sandollar.law.net@recap.email

Roberta Napolitano
notices@ch13rn.com, rnapolitano13@ecf.epiqsystems.com;trusteeCTBRN@ecf.epiqsystems.com

Maria A. Santos on behalf of Creditor State of Connecticut, Department of Revenue Services
maria.santos@ct.gov

Jennifer Tremesani on behalf of Debtor Robert L. Rice
Jennifer@neilcranelaw.com, neilcranecourt@neilcranelaw.com;lawofficesofneilcranellc@jubileebk.net

U. S. Trustee
USTPRegion02.NH.ECF@USDOJ.GOV

**25-30870 Notice will not be electronically mailed to:**

KeyBank N.A.
4910 Tiedeman Road
Brooklyn, OH 44144