**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| In Re: | : | CHAPTER 13 |
| | : | |
| Robert L. Rice | : | Case No. 25-30870 |
| Debtor | : | |
| | : | February 27, 2026 |

## MOTION TO SHORTEN NOTICE

Robert L. Rice (the "Debtor") through his counsel, THE LAW OFFICES OF NEIL CRANE, LLC, hereby respectfully files this *Motion to Shorten Notice* and in support thereof, represents as follows:

1. The Debtor filed a Voluntary Petition under Chapter 13 of the United States Bankruptcy Code on October 31, 2025.

2. On February 19, 2026, the Court granted a Motion to Continue the hearing on confirmation until March 26, 2026 (ECF Nos. 38 & 40).

3. On February 27, 2026, the Debtor filed a Second Amended Chapter 13 Plan to include a surrender of his timeshare in Plan Section 3.4 (ECF No. 45). Said Plan was served on the Debtor and all creditors on February 27, 2026, along with the Notice of Confirmation Hearing for March 26, 2026 (ECF No. 46).

4. Counsel for the Debtor did not account for the shortened month of February and respectfully requests that this Court shorten the notice period from 28 days to 27 days for the continued confirmation hearing so that this case can proceed with confirmation on March 26, 2026.

WHEREFORE, the Debtor, Robert L. Rice, respectfully requests that this Court shorten the notice period to 27 days for the continued confirmation hearing of March 26, 2026, and grant such other and further relief as the Court deems just and proper.

Dated at Hamden, Connecticut on the 27th day of February 2026.

    THE DEBTOR:
Robert. L Rice

BY: /s/ Jennifer Tremesani, Esq.
Jennifer Tremesani, Esquire
Law Offices of Neil Crane, LLC
2679 Whitney Avenue
Hamden, CT 06518
(203) 230-2233
Fed Bar #ct29824

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| In Re: | : | CHAPTER 13 |
| | : | |
| Robert L. Rice | : | Case No. 25-30870 |
| Debtor | : | |
| | : | |

## ORDER ON MOTION TO SHORTEN NOTICE

The Debtor by and through his attorney, The Law Offices of Neil Crane, LLC, having filed a *Motion to Shorten Notice*, and good cause existing for the granting thereof, it is hereby

ORDERED: That the notice period for the continued confirmation hearing of March 26, 2026, is shortened from 28 days to 27 days.

BY THE COURT

Dated: _____

The Honorable Ann M. Nevins
Chief U.S. Bankruptcy Court Judge

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| In Re: | : | CHAPTER 13 |
| | : | |
| Robert L. Rice | : | Case No. 25-30870 |
| Debtor | : | |
| | : | February 27, 2026 |

**CERTIFICATION OF SERVICE**

The undersigned hereby certifies that on the 27th day of February 2026, I served via the Court's CM/ECF electronic service on all parties qualified to receive electronic notice, or sent by First Class mail, postage prepaid, as indicated, the foregoing *Motion to Shorten Notice* and Proposed Order, as attached hereto, upon the following:

**Via Electronic Service:**

U.S. Trustee:
USTPRegion02.NH.ECF@USDOJ.GOV

Roberta Napolitano, Chapter 13 Trustee:
notices@ch13rn.com, rnapolitano13@ecf.epiqsystems.com; trusteeCTBRN@ecf.epiqsystems.com

Alan Harrison c/o Christopher Mutts:
alan@sandollar-law.net, alan.sandollar.law.net@recap.email

Maria A. Santos c/o State of CT - DRS:
maria.santos@ct.gov

**Via First-Class Mail:**

Robert L. Rice
113 Daniel Road
Hamden, CT 06517

Wells Fargo Bank N.A. dba Wells Fargo Auto
Attn: President / Manager
PO Box 169005
Irving, TX 75016

Alan T. Harrison, Esquire
Attn: President / Manager
6 West River Street #112
Milford, CT 06460

Attorney General of the United States
Attn: President / Manager
US Department of Justice
950 Pennsylvania Avenue
Washington, DC 20530-0001

CACH, LLC
Attn: President / Manager
55 Beattie Pl, Ste. 110
Greenville, SC 29601-5115

Capital One Auto Finance
Attn: President / Manager
PO Box 260848
Plano, TX 75026-0848

Capital One Auto Finance, a div. of Capital On
Attn: President / Manager / Dept. APS
4515 N. Santa Fe Ave.
Oklahoma City, OK 73118

Christopher Mutts c/o Alan Harrison
Attn: President / Manager
185 Broad Street
Milford ,CT 06460

Civil Process Clerk
Attn: President / Manager
United States Attorney's Office
157 Church Street, 25th Floor
New Haven, CT 06510

Clover Financial
Attn: President / Manager
255 Fiserv Drive
Brookfield, WI 53045

Connecticut Department of Revenue Services
Attn: Litigation Division
450 Columbus Blvd
Hartford, CT 06103

Connecticut Housing Finance Authority
Attn: President / Manager
4910 Tiedeman Rd.
Brooklyn, OH 44144

CT Housing Finance Authority
Attn: President / Manager
999 West Street
Rocky Hill, CT 06067

Enterprise Auto Finance c/o Chase
Attn: President / Manager
PO Box 78232
Phoenix, AZ 85062-8232

First National Bank of Omaha
Attn: President / Manager
PO Box 2557
Omaha, NE 68103-2557

Hamden Corporation Counsel
Attn: President / Manager
430 Westwoods Road
Hamden, CT 06518

Holiday Inn Club Vacations
Attn: President / Manager
PO Box 9205
Coral Springs, FL 33075-9205

Internal Revenue Service
Attn: President / Manager
PO Box 7346
Philadelphia, PA 19101-7346

Jefferson Capital Systems, LLC
Attn: President / Manager
PO BOX 7999
SAINT CLOUD, MN 56302-9617

KeyBank NA
Attn: President / Manager
PO Box 89438
Cleveland, OH 44101

KeyBank N.A.
Attn: President / Manager
4910 Tiedeman Road
Brooklyn, OH 44144

Kimya M. Rice
Attn: President / Manager
113 Daniel Road
Hamden, CT 06517

Law Offices of Howard Lee Schiff, P.C.
Attn: President/Manager
P O Box 147
East Hampton, CT 06424-0147

Law Offices of Martin Philpot Jr., LLC
Attn: President / Manager
409 Orange Street
New Haven, CT 06511-6000

Marinosci Law Group, PC
Attn: President / Manager
275 West Natick Road, Ste. 500
Warwick, RI 02886

Secretary Housing & Urban Dev.
Attn: President / Manager
451 Seventh Street, SW
Washington, DC 20410

SPG Advance
Attn: President / Manager
1221 McDonald Avenue
Brooklyn, NY 11230

State of Connecticut
Attn: President / Manager
Department of Labor
200 Folly Brook Boulevard
Wethersfield, CT 06109

T-Mobile Wireless
Attn: President / Manager
PO Box 742596
Cincinnati, OH 45274

The Edge Fitness
Attn: President / Manager
2300 Dixwell Avenue
Hamden, CT 06514

Town of Hamden Community Development
Attn: President / Manager
11 Pine Street
Hamden, CT 06514

United States Attorney
District of Connecticut
Attn: President / Manager
157 Church Street, 25th Floor
New Haven, CT 06510

THE DEBTOR:
Robert L. Rice

BY: /s/ Jennifer Tremesani, Esq.
Jennifer Tremesani, Esquire
Law Offices of Neil Crane, LLC
2679 Whitney Avenue
Hamden, CT 06518
(203) 230-2233
Fed Bar #ct29824