## File an Order:

[25-30870 Robert L. Rice](#)

Type: bk                    Chapter: 13 v              Office: 3 (New Haven)

Assets: y                   Judge: amn                 Case Flag: DebtEd

### U.S. Bankruptcy Court

### District of Connecticut

Notice of Electronic Filing

The following transaction was received from sms entered on 3/2/2026 at 3:55 PM EST and filed on 3/2/2026

**Case Name:**        Robert L. Rice

**Case Number:**      [25-30870](#)

**Document Number:** 50

**Docket Text:**

**ORDER GRANTING MOTION TO SHORTEN NOTICE:** The Debtor filed a Motion to Shorten Notice, ECF No. 47, requesting that the Court reduce the required notice period for the Debtor's Second Amended Chapter 13 Plan, ECF No. 45, from 28 days to 27 days. The Court finds cause to grant the motion to promote judicial efficiency so that a hearing may be held on March 26, 2026, as previously announced. Accordingly, it is hereby

**ORDERED:** The Motion to Shorten Notice, ECF No. 47, is GRANTED. Signed by Chief Judge Ann M. Nevins on March 2, 2026. (RE: [47]) . (sms)

The following document(s) are associated with this transaction:

**25-30870 Notice will be electronically mailed to:**

Audra Buckland on behalf of Debtor Robert L. Rice
audra@neilcranelaw.com, neilcranecourt@neilcranelaw.com;lawofficesofneilcranellc@jubileebk.net

Alan Harrison on behalf of Creditor Christopher Mutts
alan@sandollar-law.net, alan.sandollar.law.net@recap.email

Roberta Napolitano
notices@ch13rn.com, rnapolitano13@ecf.epiqsystems.com;trusteeCTBRN@ecf.epiqsystems.com

Maria A. Santos on behalf of Creditor State of Connecticut, Department of Revenue Services
maria.santos@ct.gov

Jennifer Tremesani on behalf of Debtor Robert L. Rice
Jennifer@neilcranelaw.com, neilcranecourt@neilcranelaw.com;lawofficesofneilcranellc@jubileebk.net

U. S. Trustee
USTPRegion02.NH.ECF@USDOJ.GOV

**25-30870 Notice will not be electronically mailed to:**

KeyBank N.A.
4910 Tiedeman Road
Brooklyn, OH 44144