ct200 06/23

# United States Bankruptcy Court

### District of Connecticut



In re:

Robert L. Rice

Case Number: 25-30870

Chapter: 13

Debtor*

## ORDER SETTING BANKRUPTCY CASE DEADLINES FOR ADDED CREDITORS

The above-referenced Debtor filed a Chapter 13 case on September 12, 2025. A Notice of Chapter 13 Bankruptcy Case, ECF No. 3, was served on all creditors listed on the list of creditors and/or schedule of assets and liabilities, which contained bankruptcy case deadlines for filing proofs of claim, a motion or complaint to object to the Debtor's discharge, a complaint to determine dischargeability of a debt, and an objection to the Debtor's list of claimed exemptions.

On February 27, 2026, the Debtor filed Amended Schedule(s) EF, and Amended list of creditors, ECF No. 44, adding creditors (the "Affected Creditors"), to the Debtor's bankruptcy case. The Affected Creditors have not been provided with adequate notice and service of the bankruptcy case deadlines contained in the Notice of Chapter 13 Bankruptcy Case.

**THEREFORE, IT IS HEREBY ORDERED**: The bankruptcy case deadlines for the Affected Creditors are:

1. May 14, 2026, to file a Proof of Claim;
2. May 4, 2026, to file a motion under 11 U.S.C. § 1328(f) objecting to the Debtor's discharge or complaint to determine the dischargeability of a debt under 11 U.S.C. § 523(a)(2) or (4);
3. April 6, 2026, to file an objection to the Debtor's list of claimed exemptions. It is further

**ORDERED:** At or before 5:00 p.m. on March 2, 2026, the Clerk's Office shall serve this Order on the Affected Creditors listed on the amended Schedule(s) EF, and Amended List.

BY THE COURT

Dated: March 2, 2026

*Ann M. Nevins*
Chief United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
157 Church Street, 18th Floor
New Haven, CT 06510

*For the purposes of this order, "Debtor" means "Debtors" where applicable.