United States Bankruptcy Court
District of Connecticut

In re:  
Robert L. Rice  
    Debtor

Case No. 25-30870-amn  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0205-3     User: admin     Page 1 of 2  
Date Rcvd: Mar 02, 2026     Form ID: pdfdoc2     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 04, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Robert L. Rice, 113 Daniel Road, Hamden, CT 06517-2210 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 04, 2026     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 2, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alan Harrison | on behalf of Creditor Christopher Mutts alan@sandollar-law.net alan.sandollar.law.net@recap.email |
| Audra Buckland | on behalf of Debtor Robert L. Rice audra@neilcranelaw.com neilcranecourt@neilcranelaw.com;lawofficesofneilcranellc@jubileebk.net |
| Jennifer Tremesani | on behalf of Debtor Robert L. Rice Jennifer@neilcranelaw.com neilcranecourt@neilcranelaw.com;lawofficesofneilcranellc@jubileebk.net |
| Maria A. Santos | on behalf of Creditor State of Connecticut Department of Revenue Services maria.santos@ct.gov |
| Roberta Napolitano | notices@ch13rn.com rnapolitano13@ecf.epiqsystems.com;trusteeCTBRN@ecf.epiqsystems.com |

District/off: 0205-3 | User: admin | Page 2 of 2
Date Rcvd: Mar 02, 2026 | Form ID: pdfdoc2 | Total Noticed: 1

U. S. Trustee
                USTPRegion02.NH.ECF@USDOJ.GOV

TOTAL: 6

**File an Order:**

[25-30870 Robert L. Rice](#)

Type: bk     Chapter: 13 v     Office: 3 (New Haven)
Assets: y     Judge: amn     Case Flag: DebtEd

## U.S. Bankruptcy Court

## District of Connecticut

Notice of Electronic Filing

The following transaction was received from sms entered on 3/2/2026 at 3:55 PM EST and filed on 3/2/2026
**Case Name:** Robert L. Rice
**Case Number:** [25-30870](#)
**Document Number:** 50

**Docket Text:**

**ORDER GRANTING MOTION TO SHORTEN NOTICE:** The Debtor filed a Motion to Shorten Notice, ECF No. 47, requesting that the Court reduce the required notice period for the Debtor's Second Amended Chapter 13 Plan, ECF No. 45, from 28 days to 27 days. The Court finds cause to grant the motion to promote judicial efficiency so that a hearing may be held on March 26, 2026, as previously announced. Accordingly, it is hereby

**ORDERED:** The Motion to Shorten Notice, ECF No. 47, is GRANTED. Signed by Chief Judge Ann M. Nevins on March 2, 2026. [(RE: [47])](#) . (sms)

The following document(s) are associated with this transaction:


**25-30870 Notice will be electronically mailed to:**

Audra Buckland on behalf of Debtor Robert L. Rice
audra@neilcranelaw.com, neilcranecourt@neilcranelaw.com;lawofficesofneilcranellc@jubileebk.net

Alan Harrison on behalf of Creditor Christopher Mutts
alan@sandollar-law.net, alan.sandollar.law.net@recap.email

Roberta Napolitano
notices@ch13rn.com, rnapolitano13@ecf.epiqsystems.com;trusteeCTBRN@ecf.epiqsystems.com

Maria A. Santos on behalf of Creditor State of Connecticut, Department of Revenue Services
maria.santos@ct.gov

Jennifer Tremesani on behalf of Debtor Robert L. Rice
Jennifer@neilcranelaw.com, neilcranecourt@neilcranelaw.com;lawofficesofneilcranellc@jubileebk.net

U. S. Trustee
USTPRegion02.NH.ECF@USDOJ.GOV

**25-30870 Notice will not be electronically mailed to:**

KeyBank N.A.
4910 Tiedeman Road
Brooklyn, OH 44144