United States Bankruptcy Court
District of Connecticut

| | |
|---|---|
| In re: | Case No. 25-30870-amn |
| Robert L. Rice | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0205-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 02, 2026 | Form ID: pdfdoc2 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 04, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Robert L. Rice, 113 Daniel Road, Hamden, CT 06517-2210 |
| 9632949 | + State of Connecticut, Attn: President / Manager, Department of Labor, 200 Folly Brook Boulevard, Wethersfield, CT 06109-1153 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Mar 04, 2026 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 2, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alan Harrison | on behalf of Creditor Christopher Mutts alan@sandollar-law.net alan.sandollar.law.net@recap.email |
| Audra Buckland | on behalf of Debtor Robert L. Rice audra@neilcranelaw.com neilcranecourt@neilcranelaw.com;lawofficesofneilcranellc@jubileebk.net |
| Jennifer Tremesani | on behalf of Debtor Robert L. Rice Jennifer@neilcranelaw.com neilcranecourt@neilcranelaw.com;lawofficesofneilcranellc@jubileebk.net |
| Maria A. Santos | on behalf of Creditor State of Connecticut Department of Revenue Services maria.santos@ct.gov |
| Roberta Napolitano | notices@ch13rn.com rnapolitano13@ecf.epiqsystems.com;trusteeCTBRN@ecf.epiqsystems.com |

District/off: 0205-3 | User: admin | Page 2 of 2
Date Rcvd: Mar 02, 2026 | Form ID: pdfdoc2 | Total Noticed: 2

U. S. Trustee
                USTPRegion02.NH.ECF@USDOJ.GOV

TOTAL: 6

ct200 06/23

# United States Bankruptcy Court

## District of Connecticut



In re:

Robert L. Rice

Debtor*

Case Number: 25-30870

Chapter: 13

### ORDER SETTING BANKRUPTCY CASE DEADLINES FOR ADDED CREDITORS

The above-referenced Debtor filed a Chapter 13 case on September 12, 2025. A Notice of Chapter 13 Bankruptcy Case, ECF No. 3, was served on all creditors listed on the list of creditors and/or schedule of assets and liabilities, which contained bankruptcy case deadlines for filing proofs of claim, a motion or complaint to object to the Debtor's discharge, a complaint to determine dischargeability of a debt, and an objection to the Debtor's list of claimed exemptions.

On February 27, 2026, the Debtor filed Amended Schedule(s) EF, and Amended list of creditors, ECF No. 44, adding creditors (the "Affected Creditors"), to the Debtor's bankruptcy case. The Affected Creditors have not been provided with adequate notice and service of the bankruptcy case deadlines contained in the Notice of Chapter 13 Bankruptcy Case.

**THEREFORE, IT IS HEREBY ORDERED**: The bankruptcy case deadlines for the Affected Creditors are:

1. May 14, 2026, to file a Proof of Claim;
2. May 4, 2026, to file a motion under 11 U.S.C. § 1328(f) objecting to the Debtor's discharge or complaint to determine the dischargeability of a debt under 11 U.S.C. § 523(a)(2) or (4);
3. April 6, 2026, to file an objection to the Debtor's list of claimed exemptions. It is further

**ORDERED:** At or before 5:00 p.m. on March 2, 2026, the Clerk's Office shall serve this Order on the Affected Creditors listed on the amended Schedule(s) EF, and Amended List.

BY THE COURT

Dated: March 2, 2026

Ann M. Nevins
Chief United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
157 Church Street, 18th Floor
New Haven, CT 06510

*For the purposes of this order, "Debtor" means "Debtors" where applicable.