UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

IN RE:                                                          CHAPTER 13

ROBERT L. RICE,                                      CASE NO. 25-30870

      Debtor.                                              March 17, 2026

## APPEARANCE AND REQUEST FOR NOTICE

The undersigned hereby enters its appearance for Capital One Auto Finance, a division of Capital One, N.A., a creditor and party in interest in the above estate and, pursuant to Bankruptcy Rules 2002 and 9007, requests that all notices given or required to be given in the above- captioned case be served upon the undersigned at the address set forth below.

The foregoing request includes not only notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by hand delivery, mail delivery, telephone, telegraph, telex or otherwise, which affects the debtor or the property of the Debtor.

Dated: March 17, 2026              By:    */s/ Linda St. Pierre*
                                          Linda St. Pierre, Esq.
                                          McCalla Raymer Leibert Pierce, LLP
                                          280 Trumbull St FL 23
                                          Hartford, CT 06103
                                          (860) 808-0606
                                          Federal Bar No. CT22287

NOA

<u>CERTIFICATION</u>

I hereby certify that a copy of the foregoing was served via first class, postage prepaid U.S. mail and/or via ECF e-mail this seventeenth day of March, 2026 to:

Robert L. Rice
113 Daniel Road
Hamden, CT 06517
(Debtor)

Audra Buckland
2679 Whitney Avenue
Hamden, CT 06518
(Debtor's Attorney)

Roberta Napolitano
10 Columbus Boulevard
6th Floor
Hartford, CT 06106
(Trustee)

U. S. Trustee
Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510


Dated:   March 17, 2026                    By:   */s/ Linda St. Pierre*
                                                 Linda St. Pierre, Esq.
                                                 McCalla Raymer Leibert Pierce, LLP
                                                 280 Trumbull St FL 23
                                                 Hartford, CT 06103
                                                 (860) 808-0606
                                                 Federal Bar No. CT22287

NOA