| In Re: | **Robert L. Rice** | | **Case No.** | **25-30870** | |
|---|---|---|---|---|---|
| **Plan filed:** | **9/26/2025 ECF No.** | **10** | **2nd Amended filed:** | **2/27/2026** | **ECF No.** **45** |

## CHAPTER 13 WORKSHEET

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1 Debtor's Employer: | **PC Richard & Son** | | | Occupation: | **Salesman** | | |
| 2 Debtor #2 or Spouse's Employer: | **New Haven BoE** | | | Occupation: | **ESL Teacher** | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 3 **Monthly Finances** | **Net Income:** | **$10,022.75** | **Expenses:** | **$9,212.44** | **Available:** | **$810.31** | **Cushion:** $110.31 |
| | | | | | | | **To fund plan:** ($2,138.11) |
| 4 **Plan** | **Monthly Payment:** | **$700.00** | **Term (months):** | 60 | **Total Pymnts:** | $44,800.00 | **Dividend:** **0.000%** |
| | **Plus pre-confirmation payments of:** | **$2,800.00** | | | Term X Monthly | $42,000.00 | |
| | **Plus Lump Sum:** | 0.00 | | | Total Monthly: | $42,000.00 | |
| | **Tier 2 pyt:** | $0.00 | **Tier 2 months:** | 0 | 0 | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 5 **Debts** | **Priority:** | **$72,595.71** | Provided for: | **Secured:** | $194,327.90 | **Unsecured:** $48,233.19 |
| 6 | | | | | | **Unsecured w/o s** $48,233.19 |
| POC **Real Estate/Auto Values:** | | | | | | **Unsecured non s** $48,233.19 |
| 4 | $350,000.00 | 113 Daniel Road, Hamden | Mortgage(s): | $181,578.69 | Lien(s): $0.00 | Equity: $168,421.31 |
| 3 | $5,314.00 | 2014 Mercedes | Mortgage(s): | | Lien(s): $11,097.67 | Equity: -$5,783.67 |
| 5 | $709.00 | 2013 Dodge Caravan | Mortgage(s): | | Lien(s): $1,651.54 | Equity: -$942.54 |

| SECURED CLAIMS IN PLAN | AMOUNT | INTEREST % | TOTAL TO BE PAID | 511, 1322(d)(A)(5) satisfied | Monthly Payment |
|---|---|---|---|---|---|
| 7 | | | | | |
| KeyBank, N.A. | $40,856.80 | 0.00% | $40,856.80 | y | $2,649.23 per Notice of Change ECF No. 37 |
| Capital One Auto Finance, a division | $499.11 | 0.00% | $499.11 | y | $479.11 (claim 3) |
| Wells Fargo Auto | $1,651.54 | 7.00% | $2,029.59 | y | (balance inside plan) |
| $0.00 | $0.00 | 0.00% | $0.00 | | $0.00 |
| | Total: | | $43,385.50 | | |

### Chapter 7 Test, 1325(a)(4)

### Chapter 13 Plan Analysis

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8 Liquidation Analysis | | **Payroll Deduction or Direct Pay:** | **Direct pay** | | | | |
| Assets | $374,262.67 | **Amount of Payment:** | **$700.00** | Total Payment | **$44,800.00** | | |
| Preferences | $0.00 | **Payment Frequency:** | **Monthly** | Less | | | |
| Total Available | $374,262.67 | **Beginning:** | **4/12/26 (dof 9/12)** | Trustee Commission | ($4,480.00) | Total Claims Paid | ($117,978.21) |
| Less | | **Plan Length** | **60 months** | Attorney Fee | ($1,997.00) | Total with Commission | ($131,086.90) |
| Priorities | -$72,595.71 | **FJR if solvent, add " +FJR"** | **N/A** | Priority | ($72,595.71) | Less Lump sums: | $2,800.00 |
| Secured Debt | -$194,327.90 | **Dividend- not less than:** | **0.00%** | Secured Debt Paid | ($43,385.50) | Subtotal | ($128,286.90) |
| Exemptions | -$266,550.00 | **Preconfirmation:** | **$2,800.00** | Unsecured Claims Paid | $0.00 | Plan Payment | ($2,138.11) |
| Total Deductions | -$533,473.61 | **Lump sum:** | **$0.00** | TOTAL | ($122,458.21) | | |
| NET AVAILABLE | -$159,210.94 | **Debtor is or is not solvent:** | **Debtor is not solvent** | Net available | ($77,658.21) | | |
| Plus FJR% interest/minimum to uns: | | | | | | | |

### Attorney Fees and Expenses

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 13 Total Fees: | **$6,000.00** | Paid: | **$4,003.00** | Unpaid: | $1,997.00 | Timesheets: | **n/a** |
| Total Expenses: | **$313.00** | Paid: | **$313.00** | Unpaid: | $0.00 | | |
| Plan complies with all provisions of 11 USC 1325, except: | None | | | | | | |
| 9 Prohibition on property transfer: | No | | | Paid all pre-confirmation pyts/1326(a)(1): | **$700 is overdue for the 2/12/26 pyt, as of 2/16/26** | | |
| 10 | | | | | | | |
| Exemptions correct? | **yes** | Education loans: | $0.00 | Amount: | **$0.00** | | |
| 11 | | | | | | | |
| Current payments outside plan: | Property taxes: | **yes** | Mortgage: | **yes** | Auto: | **yes (2)** | |

12 **Special Circumstances:**
Clerk's Evidence of Repeat Filings
Robert L. Rice          14-31233          Ch13 filed in Connecticut on 06/27/2014, Standard Discharge on 09/13/201