UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| ROBERT L. RICE | : CASE NO. 25-30870-AMN |
| | : |
| Debtor | : March 19, 2026 |

**WITHDRAWAL OF STATEMENT**

The Chapter 13 Standing Trustee Roberta Napolitano ("Trustee") hereby withdraws her Notice of Intent to Confirm Chapter 13 Plan (ECF No. 57).

Roberta Napolitano
Chapter 13 Standing Trustee

*/s/ Roberta Napolitano, Trustee*
Roberta Napolitano, Trustee
Chapter 13 Standing Trustee
10 Columbus Blvd., 6th Floor
Hartford, CT 06106
Tel: (860) 278-9410
Email: rnapolitano@ch13rn.com
Federal Bar No.: tr08378

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
New Haven Division

IN RE:                                  : CHAPTER 13
ROBERT L. RICE                          : CASE NO. 25-30870-AMN
                                        :
        Debtor                          : March 19, 2026

CERTIFICATE OF SERVICE

In accordance with the applicable provisions of the Federal Rules of Bankruptcy Procedure, 2002 and 7004, the undersigned certifies that on the date set forth above, the following documents were served on the U.S. Trustee and all appearing parties via the court's electronic filing system, or by first class mail on the parties listed in section 2 below:

1.  **Documents Served:** Withdrawal of Notice of Intent to Confirm

2.  **Parties Served Via First Class Mail:**
    Debtor(s):
    ROBERT L. RICE
    113 DANIEL ROAD
    HAMDEN, CT 06517

3.  **Parties Served Electronically Include:**
    Debtor's Attorney: AUDRA BUCKLAND, ESQ.
    Email: audra@neilcranelaw.com
    Office of the United States Trustee:
    Kim McCabe, Assistant United States Trustee
    ustpregion02.nh.ecf@usdoj.gov
    Alan Harrison      alan@sandollar-law.net,
    alan.sandollar.law.net@recap.email
    Maria A. Santos      maria.santos@ct.gov

                        /s/ Roberta Napolitano
                        Roberta Napolitano
                        Chapter 13 Standing Trustee
                        10 Columbus Blvd., 6th Floor
                        Hartford, CT 06106
                        Tel: (860) 278-9410
                        Email: rnapolitano@ch13rn.com
                        Federal Bar No.: tr08378