UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| ROBERT L. RICE | : | CASE NO. 25-30870-AMN |
| | : | |
| Debtor | : | March 19, 2026 |

OBJECTION TO CONFIRMATION

Roberta Napolitano, Chapter 13 Standing Trustee, ("Trustee") objects to the confirmation of the Chapter 13 Plan (ECF No. 45, "Plan") of the above-captioned Debtor(s) ("Debtor") for the following reason(s):

1. The Plan is not feasible under Section 1325(a)(6) of the Bankruptcy Code. The Debtor's excess income over expenses, according to Schedules I and J, is $810.31.  A plan curing the mortgage and auto arrearages, satisfying the matured auto lien, and paying all priority debt would require a monthly payment of at least $2,138.11 over a period of 60 months.

Wherefore, the Trustee requests that Confirmation of the Plan be denied.

/s/ Roberta Napolitano, Trustee
Roberta Napolitano, Trustee
Chapter 13 Standing Trustee
10 Columbus Blvd., 6th Floor
Hartford, CT 06106
Tel: (860) 278-9410
Email: rnapolitano@ch13rn.com
Federal Bar No.: tr08378

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
New Haven Division

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| ROBERT L. RICE | : CASE NO. 25-30870-AMN |
| | : |
| Debtor. | : March 19, 2026 |

CERTIFICATE OF SERVICE

In accordance with the applicable provisions of the Federal Rules of Bankruptcy Procedure, 2002 and 7004, the undersigned certifies that on the date set forth above, the following documents were served on the U.S. Trustee and all appearing parties via the court's electronic filing system, or by first class mail on the parties listed in section 2 below:

1. **Documents Served:** Objection to Confirmation

2. **Parties Served Via First Class Mail:**
   Debtor(s):
   ROBERT L. RICE
   113 DANIEL ROAD
   HAMDEN, CT 06517

3. **Parties Served Electronically Include:**
   Debtor's Attorney: AUDRA BUCKLAND, ESQ.
   Email: audra@neilcranelaw.com
   Office of the United States Trustee:
   Kim McCabe, Assistant United States Trustee
   ustpregion02.nh.ecf@usdoj.gov
   Alan Harrison     alan@sandollar-law.net,
   alan.sandollar.law.net@recap.email
   Maria A. Santos     maria.santos@ct.gov

   */s/ Roberta Napolitano*
   Roberta Napolitano
   Chapter 13 Standing Trustee
   10 Columbus Blvd., 6th Floor
   Hartford, CT 06106
   Tel: (860) 278-9410
   Email: rnapolitano@ch13rn.com
   Federal Bar No.: tr08378