# File an order :

[25-30870 Robert L. Rice](#)

Type: bk                    Chapter: 13 v                    Office: 3 (New Haven)

Assets: y                   Judge: amn                      Case Flag: DebtEd, BLOCK

## U.S. Bankruptcy Court

## District of Connecticut

Notice of Electronic Filing

The following transaction was received from sms entered on 3/30/2026 at 4:27 PM EDT and filed on 3/30/2026

**Case Name:**      Robert L. Rice

**Case Number:**     [25-30870](#)

**Document Number:** 64

**Docket Text:**

**SCHEDULING ORDER SETTING DEADLINE TO FILE STIPULATION ALLOWING CHAPTER 13 TRUSTEE TO PAY PRE-CONFIRMATION ADEQUATE PROTECTION PAYMENTS TO SECURED CREDITORS:** Robert L. Rice (the 'Debtor') commenced this case on September 12, 2025, by filing a petition under Chapter 13 of the bankruptcy code. Despite the length of time this case has been pending, the Debtor has not confirmed a Chapter 13 plan to date.

As a result of this delay, the Court entered an Order to Show Cause (the 'Order') directing the Debtor to explain why this case should not be dismissed for unreasonable delay that is prejudicial to creditors. See ECF No. 30, 11 U.S.C. § 1307(c)(1).

At a hearing held on March 26, 2026 on the Order and the Debtor's Amended Chapter 13 Plan, ECF No. 45, the Court advised counsel for the Debtor that the case would be dismissed unless the Debtor filed a stipulation authorizing the Chapter 13 Trustee to disburse pre-confirmation plan payments to secured creditors as adequate protection payments pending confirmation of a Chapter 13 plan.

Accordingly, it is hereby

**ORDERED:** That, should the Debtor file a stipulation authorizing the Chapter 13 Trustee to disburse pre-confirmation adequate protection payments to secured creditors on or before April 10, 2026, the hearing on the Order to Show Cause, ECF No. 30, and the Debtor's Amended Chapter 13 Plan, ECF No. 45, shall be continued to May 21, 2026 at 11:30 am. And it is further

**ORDERED:** In the absence of a stipulation being filed before this date, the hearing will not be continued, and the Debtor's case shall be dismissed pursuant to the Order to Show Cause under 11 U.S.C. § 1307(c)(1) for unreasonable delay that is prejudicial to creditors. Signed by Chief Judge Ann M. Nevins on March 30, 2026. (RE: [30] Order to Show Cause, [45] Amended Chapter 13 Plan (Before Confirmation) filed by Debtor Robert L. Rice). (sms)

The following document(s) are associated with this transaction:

**25-30870 Notice will be electronically mailed to:**

Audra Buckland on behalf of Debtor Robert L. Rice
audra@neilcranelaw.com, neilcranecourt@neilcranelaw.com;lawofficesofneilcranellc@jubileebk.net

Alan Harrison on behalf of Creditor Christopher Mutts
alan@sandollar-law.net, alan.sandollar.law.net@recap.email

Roberta Napolitano
notices@ch13rn.com, rnapolitano13@ecf.epiqsystems.com;trusteeCTBRN@ecf.epiqsystems.com

Maria A. Santos on behalf of Creditor State of Connecticut, Department of Revenue Services
maria.santos@ct.gov

Linda St. Pierre on behalf of Creditor Capital One Auto Finance, a division of Capital One, N.A.
linda.st.pierre@mccalla.com, Linda.St.Pierre@mccalla.com;mccallaecf@ecf.courtdrive.com

Jennifer Tremesani on behalf of Debtor Robert L. Rice
Jennifer@neilcranelaw.com, neilcranecourt@neilcranelaw.com;lawofficesofneilcranellc@jubileebk.net

U. S. Trustee
USTPRegion02.NH.ECF@USDOJ.GOV

**25-30870 Notice will not be electronically mailed to:**

KeyBank N.A.
4910 Tiedeman Road
Brooklyn, OH 44144