United States Bankruptcy Court

District of Connecticut

In re:                                                                                    Case No. 25-30870-amn

Robert L. Rice                                                                      Chapter 13

　　　Debtor

# CERTIFICATE OF NOTICE

| District/off: 0205-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 30, 2026 | Form ID: pdfdoc2 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol      Definition**

+                    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 01, 2026:**

**Recip ID                   Recipient Name and Address**
db                     +  Robert L. Rice, 113 Daniel Road, Hamden, CT 06517-2210

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 01, 2026                        Signature:           /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 30, 2026 at the address(es) listed below:**

**Name                              Email Address**

Alan Harrison
                                          on behalf of Creditor Christopher Mutts alan@sandollar-law.net  alan.sandollar.law.net@recap.email

Audra Buckland
                                          on behalf of Debtor Robert L. Rice audra@neilcranelaw.com
                                          neilcranecourt@neilcranelaw.com;lawofficesofneilcranellc@jubileebk.net

Jennifer Tremesani
                                          on behalf of Debtor Robert L. Rice Jennifer@neilcranelaw.com
                                          neilcranecourt@neilcranelaw.com;lawofficesofneilcranellc@jubileebk.net

Linda St. Pierre
                                          on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A. linda.st.pierre@mccalla.com,
                                          Linda.St.Pierre@mccalla.com;mccallaecf@ecf.courtdrive.com

Maria A. Santos
                                          on behalf of Creditor State of Connecticut  Department of Revenue Services maria.santos@ct.gov

District/off: 0205-3                          User: admin                                      Page 2 of 2
Date Rcvd: Mar 30, 2026                       Form ID: pdfdoc2                                 Total Noticed: 1

Roberta Napolitano
                        notices@ch13rn.com  rnapolitano13@ecf.epiqsystems.com;trusteeCTBRN@ecf.epiqsystems.com

U. S. Trustee
                        USTPRegion02.NH.ECF@USDOJ.GOV


TOTAL: 7

**File an order :**

[25-30870 Robert L. Rice](#)

| | | |
|---|---|---|
| Type: bk | Chapter: 13 v | Office: 3 (New Haven) |
| Assets: y | Judge: amn | Case Flag: DebtEd, BLOCK |

**U.S. Bankruptcy Court**

**District of Connecticut**

Notice of Electronic Filing

The following transaction was received from sms entered on 3/30/2026 at 4:27 PM EDT and filed on 3/30/2026

**Case Name:** Robert L. Rice

**Case Number:** [25-30870](#)

**Document Number:** 64

**Docket Text:**

**SCHEDULING ORDER SETTING DEADLINE TO FILE STIPULATION ALLOWING CHAPTER 13 TRUSTEE TO PAY PRE-CONFIRMATION ADEQUATE PROTECTION PAYMENTS TO SECURED CREDITORS:** Robert L. Rice (the 'Debtor') commenced this case on September 12, 2025, by filing a petition under Chapter 13 of the bankruptcy code. Despite the length of time this case has been pending, the Debtor has not confirmed a Chapter 13 plan to date.

As a result of this delay, the Court entered an Order to Show Cause (the 'Order') directing the Debtor to explain why this case should not be dismissed for unreasonable delay that is prejudicial to creditors. See ECF No. 30, 11 U.S.C. § 1307(c)(1).

At a hearing held on March 26, 2026 on the Order and the Debtor's Amended Chapter 13 Plan, ECF No. 45, the Court advised counsel for the Debtor that the case would be dismissed unless the Debtor filed a stipulation authorizing the Chapter 13 Trustee to disburse pre-confirmation plan payments to secured creditors as adequate protection payments pending confirmation of a Chapter 13 plan.

Accordingly, it is hereby

**ORDERED:** That, should the Debtor file a stipulation authorizing the Chapter 13 Trustee to disburse pre-confirmation adequate protection payments to secured creditors on or before April 10, 2026, the hearing on the Order to Show Cause, ECF No. 30, and the Debtor's Amended Chapter 13 Plan, ECF No. 45, shall be continued to May 21, 2026 at 11:30 am. And it is further

**ORDERED:** In the absence of a stipulation being filed before this date, the hearing will not be continued, and the Debtor's case shall be dismissed pursuant to the Order to Show Cause under 11 U.S.C. § 1307(c)(1) for unreasonable delay that is prejudicial to creditors. Signed by Chief Judge Ann M. Nevins on March 30, 2026. (RE: [30] Order to Show Cause, [45] Amended Chapter 13 Plan (Before Confirmation) filed by Debtor Robert L. Rice). (sms)

The following document(s) are associated with this transaction:

**25-30870 Notice will be electronically mailed to:**

Audra Buckland on behalf of Debtor Robert L. Rice
audra@neilcranelaw.com, neilcranecourt@neilcranelaw.com;lawofficesofneilcranellc@jubileebk.net

Alan Harrison on behalf of Creditor Christopher Mutts
alan@sandollar-law.net, alan.sandollar.law.net@recap.email

Roberta Napolitano
notices@ch13rn.com, rnapolitano13@ecf.epiqsystems.com;trusteeCTBRN@ecf.epiqsystems.com

Maria A. Santos on behalf of Creditor State of Connecticut, Department of Revenue Services
maria.santos@ct.gov

Linda St. Pierre on behalf of Creditor Capital One Auto Finance, a division of Capital One, N.A.
linda.st.pierre@mccalla.com, Linda.St.Pierre@mccalla.com;mccallaecf@ecf.courtdrive.com

Jennifer Tremesani on behalf of Debtor Robert L. Rice
Jennifer@neilcranelaw.com, neilcranecourt@neilcranelaw.com;lawofficesofneilcranellc@jubileebk.net

U. S. Trustee
USTPRegion02.NH.ECF@USDOJ.GOV

**25-30870 Notice will not be electronically mailed to:**

KeyBank N.A.
4910 Tiedeman Road
Brooklyn, OH 44144