UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | |
|---|---|
| In re:<br>ROBERT L. RICE<br>　　　Debtor. | Chapter 13<br>Case No. 25-30870-AMN |

## JOINT MOTION TO APPROVE STIPULATION

NOW COME the parties, through their respective undersigned counsel, and

request that this Honorable Court enter the following stipulation as an order

of the Court.

| | |
|---|---|
| ROBERT L. RICE<br>Debtor,<br>By her attorney,<br><br>*/s/Jennifer Tremesani*<br>JENNIFER TREMESANI, ESQ.<br>LAW OFFICES OF NEIL CRANE<br>2679 WHITNEY AVENUE<br>HAMDEN, CT 06518<br>(203)230-2233<br>audra@neilcranelaw.com | Chapter 13 Trustee<br><br><br>*/s/Roberta Napolitano, Trustee*<br>Roberta Napolitano, Trustee<br>10 Columbus Boulevard<br>Ste 6th Floor<br>Hartford, CT 06106<br>860-278-9410<br>notices@ch13rn.com |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
New Haven Division

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| ROBERT L. RICE | : CASE NO. 25-30870-AMN |
| | : |
| Debtor. | : April 10, 2026 |

CERTIFICATE OF SERVICE

In accordance with the applicable provisions of the Federal Rules of Bankruptcy Procedure, 2002 and 7004, the undersigned certifies that on the date set forth above, the following documents were served on the U.S. Trustee and all appearing parties via the court's electronic filing system, or by first class mail on the parties listed in section 2 below:

1. **Documents Served:** Joint Motion to Approve Stipulation

2. **Parties Served Via First Class Mail:**
   Debtor(s):
   ROBERT L. RICE
   113 DANIEL ROAD
   HAMDEN, CT 06517

Internal Revenue Service
Attn: President / Manager
PO Box 7346
Philadelphia, PA 19101-7346

3. **Parties Served Electronically Include:**
   Debtor's Attorney: AUDRA BUCKLAND, ESQ.
   Email: audra@neilcranelaw.com
   Office of the United States Trustee:
   Kim McCabe, Assistant United States Trustee
   ustpregion02.nh.ecf@usdoj.gov
   Alan Harrison     alan@sandollar-law.net,
   alan.sandollar.law.net@recap.email
   Maria A. Santos     maria.santos@ct.gov
   Linda St. Pierre     linda.st.pierre@mccalla.com,
   Linda.St.Pierre@mccalla.com;mccallaecf@ecf.courtdrive.com
   Jennifer Tremesani     Jennifer@neilcranelaw.com,
   neilcranecourt@neilcranelaw.com;lawofficesofneilcranellc@jubileebk.net

/s/ Roberta Napolitano
Roberta Napolitano
Chapter 13 Standing Trustee
10 Columbus Blvd., 6th Floor
Hartford, CT 06106
Tel: (860) 278-9410
Email: rnapolitano@ch13rn.com
Federal Bar No.: tr08378