UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

| In re: | Chapter 13 |
|---|---|
| ROBERT L. RICE | Case No. 25-30870-AMN |
| Debtor. | |

## **STIPULATION**

NOW COME the parties, through their respective undersigned counsel, and request that this Honorable Court, enter the following stipulation as an order of the Court, and authorize preconfirmation distributions by the Trustee pursuant to 11 U.S.C. § 1326(a)(3).

1.     Before they filed bankruptcy, ROBERT L. RICE (the "**Debtor**") asserted an ownership interest in the real property known as 113 Daniel Road, Hamden, CT 06517 (the "**Property**").

2.     On September 12, 2025, the Debtor filed a Chapter 13 petition, commencing the above-captioned case (the "**Petition Date**").

3.     The Debtor and the Trustee anticipate a delay in confirmation of the Debtor's Chapter 13 Plan attributable to the apparent lack of feasibility of the Debtor's Plan.  Mr. Rice's Schedules I and J show his income exceeds his assets by $810.31.

4.     To date, the Debtor has paid $3,500.00 to the Trustee.

5.     The Debtor's Second Amended Chapter 13 Plan (ECF No. 45) proposes paying administrative claims first and then secured and priority claims *pro rata.*

6.    The following displays secured and priority claims filed to date, the amount necessary to cure the arrearage or satisfy the claim, interest if applicable, the pro rata share of the total claim pool (including estimated future interest) each claim represents, and the proposed allocation of proposed preconfirmation payments:

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Claim No. | Claimant | Arrearage | Amortized Interest | Pendency Interest | Subtotal | Percentage Allocation | Est. Monthly Payment after Commission | Initial Payment Distribution |
| 4 | KeyBank, N.A. | $40,856.80 | | $0.00 | $40,856.80 | 35.23% | $756.61 | $756.61 |
| 3 | Capital One Auto Finance, a division of Capital One | $499.11 | | $0.00 | $499.11 | 0.43% | $9.24 | $9.24 |
| 5 | Wells Fargo Auto | $1,651.54 | $310.61 | $67.44 | $2,029.59 | 1.75% | $37.58 | $37.58 |
| Priority | | | | | $0.00 | | | |
| 2.2 | Internal Revenue Service | $24,481.85 | | | $24,481.85 | 21.11% | $453.37 | $453.37 |
| 6.2 | Connecticut Department of Revenue Services | $48,113.86 | | | $48,113.86 | 41.48% | $891.00 | $891.00 |
| | | | | | $115,981.21 | 100.00% | $2,147.80 | $2,147.80 |

To ensure payments are made to creditors while a Chapter 13 Plan is considered, the parties STIPULATE and AGREE as follows:

   a. The Debtor shall pay at least $2,147.80 to the Trustee beginning on May 12, 2026, and continuing until a Chapter 13 plan is confirmed, unless and until relief from stay enters or the case is dismissed.

b. The Trustee shall make the disbursements set forth below with the first monthly distribution she makes after May 12, 2026, provided the Debtor makes the payment set forth in Paragraph a above.

| Claim No. | Claimant | Distribution |
|---|---|---|
| 4 | KeyBank, N.A. | $756.61 |
| 3 | Capital One Auto Finance, a division of Capital One | $9.24 |
| 5 | Wells Fargo Auto | $37.58 |

c. The terms of this Stipulation shall be null and void if the case is converted or dismissed.

| | |
|---|---|
| ROBERT L. RICE<br>Debtor,<br>By his attorney,<br><br>*/s/Jennifer Tremesani*<br>JENNIFER TREMESANI, ESQ.<br>LAW OFFICES OF NEIL CRANE<br>2679 WHITNEY AVENUE<br>HAMDEN, CT 06518<br>(203)230-2233<br>audra@neilcranelaw.com | Chapter 13 Trustee<br><br>*/s/Roberta Napolitano, Trustee*<br>Roberta Napolitano, Trustee<br>10 Columbus Boulevard<br>Ste 6th Floor<br>Hartford, CT 06106<br>860-278-9410<br>notices@ch13rn.com |

DATE:

So ordered.

Dated at New Haven, Connecticut, this          day of                    , 2026.

3

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
New Haven Division

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| ROBERT L. RICE | : CASE NO. 25-30870-AMN |
| | : |
| Debtor. | : April 10, 2026 |

CERTIFICATE OF SERVICE

In accordance with the applicable provisions of the Federal Rules of Bankruptcy Procedure, 2002 and 7004, the undersigned certifies that on the date set forth above, the following documents were served on the U.S. Trustee and all appearing parties via the court's electronic filing system, or by first class mail on the parties listed in section 2 below:

1. **Documents Served:** Stipulation

2. **Parties Served Via First Class Mail:**
   Debtor(s):
   ROBERT L. RICE
   113 DANIEL ROAD
   HAMDEN, CT 06517

   Internal Revenue Service
   Attn: President / Manager
   PO Box 7346
   Philadelphia, PA 19101-7346

3. **Parties Served Electronically Include:**
   Debtor's Attorney: AUDRA BUCKLAND, ESQ.
   Email: audra@neilcranelaw.com
   Office of the United States Trustee:
   Kim McCabe, Assistant United States Trustee
   ustpregion02.nh.ecf@usdoj.gov
   Alan Harrison     alan@sandollar-law.net,
   alan.sandollar.law.net@recap.email
   Maria A. Santos     maria.santos@ct.gov
   Linda St. Pierre     linda.st.pierre@mccalla.com,
   Linda.St.Pierre@mccalla.com;mccallaecf@ecf.courtdrive.com
   Jennifer Tremesani     Jennifer@neilcranelaw.com,
   neilcranecourt@neilcranelaw.com;lawofficesofneilcranellc@jubileebk.net

*/s/ Roberta Napolitano*
Roberta Napolitano
Chapter 13 Standing Trustee
10 Columbus Blvd., 6th Floor
Hartford, CT 06106
Tel: (860) 278-9410
Email: rnapolitano@ch13rn.com
Federal Bar No.: tr08378

5