**File an Order:**

[25-30870 Robert L. Rice](#)

| | | |
|---|---|---|
| Type: bk | Chapter: 13 v | Office: 3 (New Haven) |
| Assets: y | Judge: amn | Case Flag: DebtEd, BLOCK |

## U.S. Bankruptcy Court

### District of Connecticut

Notice of Electronic Filing

The following transaction was received from sms entered on 4/10/2026 at 3:56 PM EDT and filed on 4/10/2026

**Case Name:**        Robert L. Rice

**Case Number:**        [25-30870](#)

**Document Number:** 68

**Docket Text:**

**ORDER GRANTING MOTION TO APPROVE STIPULATION:** After review of the Motion to Approve Stipulation ('Motion') and the Stipulation filed as ECF No. 67 between the Chapter 13 Trustee and the debtor, Robert L. Rice, authorizing the Chapter 13 Trustee to make pre-confirmation distributions pursuant to 11 U.S.C. § 1326(a)(3), it is hereby

**ORDERED:** That, the Motion is GRANTED, and the Stipulation is APPROVED as an Order of the court. Signed by Chief Judge Ann M. Nevins on April 10, 2026. [(RE: [67])](#). (sms)

The following document(s) are associated with this transaction:

**25-30870 Notice will be electronically mailed to:**

Audra Buckland on behalf of Debtor Robert L. Rice
audra@neilcranelaw.com, neilcranecourt@neilcranelaw.com;lawofficesofneilcranellc@jubileebk.net

Alan Harrison on behalf of Creditor Christopher Mutts
alan@sandollar-law.net, alan.sandollar.law.net@recap.email

Roberta Napolitano
notices@ch13rn.com, rnapolitano13@ecf.epiqsystems.com;trusteeCTBRN@ecf.epiqsystems.com

Maria A. Santos on behalf of Creditor State of Connecticut, Department of Revenue Services
maria.santos@ct.gov

Linda St. Pierre on behalf of Creditor Capital One Auto Finance, a division of Capital One, N.A.
linda.st.pierre@mccalla.com, Linda.St.Pierre@mccalla.com;mccallaecf@ecf.courtdrive.com

Jennifer Tremesani on behalf of Debtor Robert L. Rice
Jennifer@neilcranelaw.com, neilcranecourt@neilcranelaw.com;lawofficesofneilcranellc@jubileebk.net

U. S. Trustee
USTPRegion02.NH.ECF@USDOJ.GOV

**25-30870 Notice will not be electronically mailed to:**

KeyBank N.A.
4910 Tiedeman Road
Brooklyn, OH 44144