United States Bankruptcy Court

District of Connecticut

In re:                                                                                                  Case No. 25-30870-amn

Robert L. Rice                                                                                  Chapter 13

        Debtor

# CERTIFICATE OF NOTICE

District/off: 0205-3                                            User: admin                                            Page 1 of 2

Date Rcvd: Apr 10, 2026                                    Form ID: pdfdoc2                                    Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol        Definition**

+                        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                        regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 12, 2026:**

**Recip ID                    Recipient Name and Address**
db                        +  Robert L. Rice, 113 Daniel Road, Hamden, CT 06517-2210

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2026                            Signature:            /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 10, 2026 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Alan Harrison | on behalf of Creditor Christopher Mutts alan@sandollar-law.net  alan.sandollar.law.net@recap.email |
| Audra Buckland | on behalf of Debtor Robert L. Rice audra@neilcranelaw.com neilcranecourt@neilcranelaw.com;lawofficesofneilcranellc@jubileebk.net |
| Jennifer Tremesani | on behalf of Debtor Robert L. Rice Jennifer@neilcranelaw.com neilcranecourt@neilcranelaw.com;lawofficesofneilcranellc@jubileebk.net |
| Linda St. Pierre | on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A. linda.st.pierre@mccalla.com, Linda.St.Pierre@mccalla.com;mccallaecf@ecf.courtdrive.com |
| Maria A. Santos | on behalf of Creditor State of Connecticut  Department of Revenue Services maria.santos@ct.gov |

District/off: 0205-3                          User: admin                                Page 2 of 2
Date Rcvd: Apr 10, 2026                       Form ID: pdfdoc2                           Total Noticed: 1

Roberta Napolitano

    notices@ch13rn.com  rnapolitano13@ecf.epiqsystems.com;trusteeCTBRN@ecf.epiqsystems.com

U. S. Trustee

    USTPRegion02.NH.ECF@USDOJ.GOV


TOTAL: 7

**File an Order:**

[25-30870 Robert L. Rice](#)

Type: bk        Chapter: 13 v        Office: 3 (New Haven)

Assets: y        Judge: amn        Case Flag: DebtEd, BLOCK

# U.S. Bankruptcy Court

## District of Connecticut

Notice of Electronic Filing

The following transaction was received from sms entered on 4/10/2026 at 3:56 PM EDT and filed on 4/10/2026

**Case Name:** Robert L. Rice

**Case Number:** [25-30870](#)

**Document Number:** 68

**Docket Text:**

**ORDER GRANTING MOTION TO APPROVE STIPULATION:** After review of the Motion to Approve Stipulation ('Motion') and the Stipulation filed as ECF No. 67 between the Chapter 13 Trustee and the debtor, Robert L. Rice, authorizing the Chapter 13 Trustee to make pre-confirmation distributions pursuant to 11 U.S.C. § 1326(a)(3), it is hereby

**ORDERED:** That, the Motion is GRANTED, and the Stipulation is APPROVED as an Order of the court. Signed by Chief Judge Ann M. Nevins on April 10, 2026. (RE: [67]). (sms)

The following document(s) are associated with this transaction:

**25-30870 Notice will be electronically mailed to:**

Audra Buckland on behalf of Debtor Robert L. Rice
audra@neilcranelaw.com, neilcranecourt@neilcranelaw.com;lawofficesofneilcranellc@jubileebk.net

Alan Harrison on behalf of Creditor Christopher Mutts
alan@sandollar-law.net, alan.sandollar.law.net@recap.email

Roberta Napolitano
notices@ch13rn.com, rnapolitano13@ecf.epiqsystems.com;trusteeCTBRN@ecf.epiqsystems.com

Maria A. Santos on behalf of Creditor State of Connecticut, Department of Revenue Services
maria.santos@ct.gov

Linda St. Pierre on behalf of Creditor Capital One Auto Finance, a division of Capital One, N.A.
linda.st.pierre@mccalla.com, Linda.St.Pierre@mccalla.com;mccallaecf@ecf.courtdrive.com

Jennifer Tremesani on behalf of Debtor Robert L. Rice
Jennifer@neilcranelaw.com, neilcranecourt@neilcranelaw.com;lawofficesofneilcranellc@jubileebk.net

U. S. Trustee
USTPRegion02.NH.ECF@USDOJ.GOV

**25-30870 Notice will not be electronically mailed to:**

KeyBank N.A.
4910 Tiedeman Road
Brooklyn, OH 44144