Connecticut Local Form Order B315 (172)                                                                          Revised 05/2025

# United States Bankruptcy Court

## District of Connecticut



In re:

  Robert L. Rice

                                                                    Case Number:  25-30870

                                                                    Chapter:        13

  Debtor*

### ORDER CONFIRMING THIRD AMENDED CHAPTER 13 PLAN

The above-named Debtor filed a Third Amended Chapter 13 Plan, on May 14, 2026 (ECF No. 71).  The Third Amended Plan or a previously filed plan was transmitted to the creditors pursuant to Federal Rule of Bankruptcy Procedure 3015(d).  The Court finds that the Third Amended Plan meets the requirements of 11 U.S.C. § 1325. Accordingly, it is hereby

**ORDERED:** The Debtor's Third Amended Plan is **CONFIRMED** with the following provisions:

Payments shall be made to the Chapter 13 Standing Trustee (the "Trustee"), in the amount of $1917.00 monthly beginning on June 12, 2026, for a period of 60 months, and until a 0.00% dividend is paid to creditors holding allowed unsecured claims; and it is further

**ORDERED:** The Debtor is to obtain bank or certified checks or money orders drawn in the name of the Trustee and mail payments to the Trustee at the address below on or before each due date until further order of this Court.

**Mail Checks Payable to the Trustee to this Address**
Roberta Napolitano, Chapter 13 Standing Trustee
PO Box 610
Memphis, TN 38101-0610

**ORDERED:** Property of the estate shall vest in the Debtor upon entry of this Order Confirming Chapter 13 Plan.

**ORDERED:** The Debtor's attorney is awarded attorney's fees in the amount of $6,000.00 and expenses in the amount of $313.00, of which $4,316.00, has been paid, leaving $1,997.00 due  and payable through the Debtor's confirmed Third Amended Plan.

 Dated: May 22, 2026                                                     BY THE COURT

                                                                    *Ann M. Nevins*
                                                           Chief United States Bankruptcy Judge
                                                                District of Connecticut

United States Bankruptcy Court
District of Connecticut
157 Church Street, 18th Floor
New Haven, CT 06510

*For the purposes of this order, "Debtor" means "Debtors" where applicable.