United States Bankruptcy Court

District of Connecticut

| | |
|---|---|
| In re: | Case No. 25-30870-amn |
| Robert L. Rice | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0205-3 | User: admin | Page 1 of 3 |
| Date Rcvd: May 22, 2026 | Form ID: pdfdoc1 | Total Noticed: 33 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 24, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert L. Rice, 113 Daniel Road, Hamden, CT 06517-2210 |
| 9598559 | + | Alan T. Harrison, Esquire, Attn: President / Manager, 6 West River Street #112, Milford, CT 06460-9456 |
| 9598563 | + | Christopher Mutts, c/o Alan Harrison, 185 Broad Street, Milford ,CT 06460-4756 |
| 9598565 | + | Clover Financial, Attn: President / Manager, 255 Fiserv Drive, Brookfield, WI 53045-5815 |
| 9606650 | + | Connecticut Housing Finance Authority, KeyBank, N.A, 4910 Tiedeman Rd, Brooklyn OH 44144-2338 |
| 9598569 | + | Hamden Corporation Counsel, Attn: President/Managera, 430 Westwoods Road, Hamden, CT 06518-1918 |
| 9598580 | ++ | JEFFERSON CAPITAL SYSTEM LLC, MAILROOM, 200 14TH AVE E, SARTELL MN 56377-4500 address filed with court:, T-Mobile Wireless, Attn: President / Manager, PO Box 742596, Cincinnati, OH 45274 |
| 9598573 | + | Kimya M. Rice, Attn: President / Manager, 113 Daniel Road, Hamden, CT 06517-2210 |
| 9598574 | | Law Offices of Howard Lee Schiff, P.C., Attn: President/Manager, P O Box 147, East Hampton, CT 06424-0147 |
| 9598575 | + | Law Offices of Martin Philpot Jr., LLC, Attn: President / Manager, 409 Orange Street, New Haven, CT 06511-6406 |
| 9598578 | + | SPG Advance, Attn: President / Manager, 1221 McDonald Avenue, Brooklyn, NY 11230-3322 |
| 9632949 | + | State of Connecticut, Attn: President / Manager, Department of Labor, 200 Folly Brook Boulevard, Wethersfield, CT 06109-1153 |
| 9598581 | + | The Edge Fitness, Attn: President / Manager, 2300 Dixwell Avenue, Hamden, CT 06514-2108 |
| 9598582 | + | Town of Hamden Community Development, Attn: President/Manager, 11 Pine Street, Hamden, CT 06514-4924 |
| 9598583 | ++ | UNITED STATES ATTORNEY S OFFICE, DISTRICT OF CONNECTICUT, ATTN CIVIL PROCESS CLERK, CONNECTICUT FINANCIAL CENTER, 157 CHURCH STREET NEW HAVEN CT 06510-2100 address filed with court:, United States Attorney, District of Connecticut, Attn: President / Manager, 157 Church Street, 25th Floor, New Haven, CT 06510 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: BankruptcyECFMail@mccalla.com | May 22 2026 18:20:00 | Capital One Auto Finance, a division of Capital On, c/o McCalla Raymer Leibert Pierce, LLP, Bankruptcy Department, 280 Trumbull St FL 23, Hartford, CT 06103-3599 |
| cr | + | Email/Text: key_bankruptcy_ebnc@keybank.com | May 22 2026 18:20:00 | KeyBank N.A., 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| 9598560 | ^ | MEBN | May 22 2026 18:20:14 | Attorney General of the United States, Attn: President / Manager, US Department of Justice, 950 Pennsylvania Avenue, Washington, DC 20530-0001 |
| 9598561 | | Email/PDF: resurgentbknotifications@resurgent.com | May 22 2026 18:32:24 | CACH, LLC, Attn: President / Manager, 55 Beattie Pl, Ste. 110, Greenville, SC 29601-5115 |
| 9609139 | | Email/Text: DRS.Bankruptcy@ct.gov | May 22 2026 18:20:00 | Connecticut Department of Revenue Services, Attn: Litigation Division, 450 Columbus Blvd, Hartford, CT 06103 |
| 9598566 | + | Email/Text: bankruptcynotices@chfa.org | May 22 2026 18:20:00 | CT Housing Finance Authority, Attn: President / Manager, 999 West Street, Rocky Hill, CT 06067-3019 |
| 9598562 | | Email/PDF: acg.coaf.ebn@aisinfo.com | May 22 2026 18:32:33 | Capital One Auto Finance, Attn: President / |

| | | | | |
|---|---|---|---|---|
| | | | | Manager, PO Box 260848, Plano, TX 75026-0848 |
| 9603758 | + Email/PDF: acg.acg.ebn@aisinfo.com | | May 22 2026 18:32:23 | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 9598567 | Email/PDF: ais.chase.ebn@aisinfo.com | | May 22 2026 18:32:28 | Enterprise Auto Finance c/o Chase, Attn: President / Manager, PO Box 78232, Phoenix, AZ 85062-8232 |
| 9598568 | Email/Text: collecadminbankruptcy@fnni.com | | May 22 2026 18:20:00 | First National Bank of Omaha, Attn: President / Manager, PO Box 2557, Omaha, NE 68103-2557 |
| 9598570 | Email/Text: bankruptcy@holidayinnclub.com | | May 22 2026 18:20:00 | Holiday Inn Club Vacations, Attn: President / Manager, PO Box 9205, Coral Springs, FL 33075-9205 |
| 9598571 | Email/Text: sbse.cio.bnc.mail@irs.gov | | May 22 2026 18:20:00 | Internal Revenue Service, Attn: President / Manager, PO Box 7346, Philadelphia, PA 19101-7346 |
| 9598580 | Email/Text: JCTMO_BNC_Notices@JCAP.COM | | May 22 2026 18:20:00 | T-Mobile Wireless, Attn: President / Manager, PO Box 742596, Cincinnati, OH 45274 |
| 9611435 | Email/Text: JCAP_BNC_Notices@jcap.com | | May 22 2026 18:20:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 9598572 | + Email/Text: key_bankruptcy_ebnc@keybank.com | | May 22 2026 18:20:00 | KeyBank NA, Attn: President / Manager, PO Box 89438, Cleveland, OH 44101-6438 |
| 9598576 | ^ MEBN | | May 22 2026 18:20:23 | Marinosci Law Group, PC, Attn: President / Manager, 275 West Natick Road, Ste. 500, Warwick, RI 02886-1161 |
| 9598577 | + Email/PDF: OGCRegionIBankruptcy@hud.gov | | May 22 2026 18:32:24 | Secretary Housing & Urban Dev., Attn: President / Manager, 451 Seventh Street, SW, Washington, DC 20410-0002 |
| 9598564 | Email/Text: marchita.beard@usdoj.gov | | May 22 2026 18:20:12 | Civil Process Clerk, Attn: President / Manager, United States Attorney's Office, 157 Church Street, 25th Floor, New Haven, CT 06510 |
| 9608294 | + Email/PDF: ais2.BankruptcynoticesExceptions@aisinfo.com | | May 22 2026 18:32:33 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 169005, Irving, TX 75016-9005 |

TOTAL: 19

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Christopher Mutts |
| cr | | State of Connecticut, Department of Revenue Servi |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2026                          Signature:          /s/Gustava Winters

District/off: 0205-3          User: admin          Page 3 of 3
Date Rcvd: May 22, 2026          Form ID: pdfdoc1          Total Noticed: 33

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 22, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Alan Harrison | on behalf of Creditor Christopher Mutts alan@sandollar-law.net  alan.sandollar.law.net@recap.email |
| Audra Buckland | on behalf of Debtor Robert L. Rice audra@neilcranelaw.com neilcranecourt@neilcranelaw.com;lawofficesofneilcranellc@jubileebk.net |
| Jennifer Tremesani | on behalf of Debtor Robert L. Rice Jennifer@neilcranelaw.com neilcranecourt@neilcranelaw.com;lawofficesofneilcranellc@jubileebk.net |
| Linda St. Pierre | on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A. linda.st.pierre@mccalla.com, Linda.St.Pierre@mccalla.com;mccallaecf@ecf.courtdrive.com |
| Maria A. Santos | on behalf of Creditor State of Connecticut  Department of Revenue Services maria.santos@ct.gov |
| Roberta Napolitano | notices@ch13rn.com  rnapolitano13@ecf.epiqsystems.com;trusteeCTBRN@ecf.epiqsystems.com |
| Roberta Napolitano | on behalf of Trustee Roberta Napolitano notices@ch13rn.com rnapolitano13@ecf.epiqsystems.com;trusteeCTBRN@ecf.epiqsystems.com |
| U. S. Trustee | USTPRegion02.NH.ECF@USDOJ.GOV |

TOTAL: 8

Connecticut Local Form Order B315 (172)                                          Revised 05/2025

# United States Bankruptcy Court

## District of Connecticut



In re:

    Robert L. Rice

    Case Number:  25-30870

    Chapter:      13

    Debtor*

## ORDER CONFIRMING THIRD AMENDED CHAPTER 13 PLAN

The above-named Debtor filed a Third Amended Chapter 13 Plan, on May 14, 2026 (ECF No. 71).  The Third Amended Plan or a previously filed plan was transmitted to the creditors pursuant to Federal Rule of Bankruptcy Procedure 3015(d).  The Court finds that the Third Amended Plan meets the requirements of 11 U.S.C. § 1325. Accordingly, it is hereby

**ORDERED:** The Debtor's Third Amended Plan is **CONFIRMED** with the following provisions:

Payments shall be made to the Chapter 13 Standing Trustee (the "Trustee"), in the amount of $1917.00 monthly beginning on June 12, 2026, for a period of 60 months, and until a 0.00% dividend is paid to creditors holding allowed unsecured claims; and it is further

**ORDERED:** The Debtor is to obtain bank or certified checks or money orders drawn in the name of the Trustee and mail payments to the Trustee at the address below on or before each due date until further order of this Court.

**Mail Checks Payable to the Trustee to this Address**

Roberta Napolitano, Chapter 13 Standing Trustee
PO Box 610
Memphis, TN 38101-0610

**ORDERED:** Property of the estate shall vest in the Debtor upon entry of this Order Confirming Chapter 13 Plan.

**ORDERED:** The Debtor's attorney is awarded attorney's fees in the amount of $6,000.00 and expenses in the amount of $313.00, of which $4,316.00, has been paid, leaving $1,997.00 due  and payable through the Debtor's confirmed Third Amended Plan.

 Dated: May 22, 2026

BY THE COURT

*Ann M. Nevins*
Chief United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
157 Church Street, 18th Floor
New Haven, CT 06510

*For the purposes of this order, "Debtor" means "Debtors" where applicable.