ct118                                                                                                                    06/2025

# United States Bankruptcy Court
## District of Connecticut



In re:

    Robert L. Rice

Case Number: 25-30870

Chapter: 13

    Debtor *

Capital One Auto Finance, a division of Capital One, N.A.

Movant(s)

v.

Robert L. Rice, Debtor

Roberta Napolitano, Trustee

Respondent(s)

### ORDER GRANTING RELIEF FROM AUTOMATIC STAY

Upon the Motion for Relief from Stay dated May 29, 2026 (the "Motion", ECF No. 81), filed by Capital One Auto Finance, a division of Capital One, N.A. (the "Movant"), after notice and a hearing, see 11 U.S.C. § 102(1), and in accordance with 11 U.S.C. § 362(d)(1) and in compliance with the Court's Contested Matter Procedure; it is hereby

**ORDERED:** The automatic stay provided in 11 U.S.C. § 362(a) is modified pursuant to 11 U.S.C. § 362(d)(1) to permit the Movant and/or their successors and assignees, to exercise their rights, if any, with respect to vehicle commonly known as 2014 Mercedes-Benz E-Class, VIN: WDDHF8JB8EB025892, in accordance with applicable non-bankruptcy law; and it is further

**ORDERED:** The fourteen (14) day stay provided in Fed. R. Bankr. P. 4001(a)(4) is not hereby waived.

BY THE COURT

Dated: June 25, 2026

*Ann M. Nevins*
Chief United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
157 Church Street, 18th Floor
New Haven, CT 06510

*For the purposes of this order, "Debtor" means "Debtors" where applicable.