UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
New Haven Division

IN RE:                                    : CHAPTER 13
ROBERT L. RICE                            : CASE NO. 25-30870-AMN
                                          : July 7, 2026
          Debtor(s)

MOTION TO DISMISS CASE

Roberta Napolitano, Chapter 13 Standing Trustee, ("Trustee") represents that the above-captioned Debtor ("Debtor") has failed to properly prosecute this bankruptcy case in one or more of the following respects. The Trustee seeks dismissal of the case for cause pursuant to 11 U.S.C. Sections 305(a) and 1307(c) based on the deficiencies indicated below.

1. The Court confirmed the Debtor's Third Amended Plan (ECF No. 71, the "Plan") on May 22, 2026. The Debtor was ordered to remit $1,917.00 monthly starting June 12, 2026 for a period of 60 months.

2. On June 30, 2026, Connecticut Housing Finance Authority filed Proof of Claim No. 4-3 asserting an increased mortgage arrearage from $30,165.58 to $38,208.88.

3. As a result, the Plan is now underfunded.

Wherefore, the Trustee requests that the court dismiss the case.

/s/ Roberta Napolitano, Trustee
Roberta Napolitano, Trustee
Chapter 13 Standing Trustee
10 Columbus Blvd., 6th Floor
Hartford, CT 06106
Tel: (860) 278-9410
Email: rnapolitano@ch13rn.com
Federal Bar No.: tr08378

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
New Haven Division

IN RE: : CHAPTER 13
ROBERT L. RICE : CASE NO. 25-30870-AMN
: July 7, 2026

Debtor(s)

## CERTIFICATE OF SERVICE

In accordance with the applicable provisions of the Federal Rules of Bankruptcy Procedure, 2002 and 7004, the undersigned certifies that on the date set forth above, the following documents were served on the U.S. Trustee and all appearing parties via the court's electronic filing system, or by first class mail on the parties listed in section 2 below:

1. **Documents Served:** Motion to Dismiss Case and proposed Order

2. **Parties Served Via First Class Mail:**
   Debtor:
   ROBERT L. RICE
   113 DANIEL ROAD
   HAMDEN, CT 06517

3. **Parties Served Electronically Include:**
   Audra Buckland    audra@neilcranelaw.com, neilcranecourt@neilcranelaw.com;lawofficesofneilcranellc@jubileebk.net
   Alan Harrison    alan@sandollar-law.net, alan.sandollar.law.net@recap.email
   Maria A. Santos    maria.santos@ct.gov
   Linda St. Pierre    linda.st.pierre@mccalla.com, Linda.St.Pierre@mccalla.com;mccallaecf@ecf.courtdrive.com
   Jennifer Tremesani    Jennifer@neilcranelaw.com, neilcranecourt@neilcranelaw.com;lawofficesofneilcranellc@jubileebk.net
   U. S. Trustee    USTPRegion02.NH.ECF@USDOJ.GOV

/s/ Roberta Napolitano
Roberta Napolitano
Chapter 13 Standing Trustee
10 Columbus Blvd., 6th Floor
Hartford, CT 06106
Tel: (860) 278-9410
Email: rnapolitano@ch13rn.com
Federal Bar No.: tr08378

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
New Haven Division

IN RE:                                          : CHAPTER 13
ROBERT L. RICE                                  : CASE NO. 25-30870-AMN
                                                :
    Debtor(s)

PROPOSED ORDER GRANTING TRUSTEE'S MOTION TO DISMISS CASE
FOR UNDERFUNDED PLAN

On July 7, 2026, Roberta Napolitano, the Chapter 13 trustee (the "Trustee") filed a Motion to Dismiss the Debtor's case (the "Motion to Dismiss," ECF No. __) alleging the Debtor's confirmed Chapter 13 plan (ECF No. 71) was under-funded due to the amended Proof of Claim No. 4-3 filed by the Connecticut Housing Finance Authority on June 30, 2026, which increased the claimed mortgage arrearage from $30,165.58 to $38,208.88.

On _____, a hearing was held on the Motion to Dismiss. Accordingly, pursuant to 11 U.S.C. § 1307(c), for the reasons set forth in the Motion to Dismiss and during the hearing, it is hereby:

ORDERED: the motion is GRANTED and the case is DISMISSED.