United States Bankruptcy Court

District of Connecticut

In re:

Robert L. Rice

      Debtor

Case No. 25-30870-amn

Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0205-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 07, 2026 | Form ID: 112appxm | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2026:**

**Recip ID**      **Recipient Name and Address**
db      + Robert L. Rice, 113 Daniel Road, Hamden, CT 06517-2210

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2026      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 7, 2026 at the address(es) listed below:**

**Name**      **Email Address**

Alan Harrison
      on behalf of Creditor Christopher Mutts alan@sandollar-law.net  alan.sandollar.law.net@recap.email

Audra Buckland
      on behalf of Debtor Robert L. Rice audra@neilcranelaw.com neilcranecourt@neilcranelaw.com;lawofficesofneilcranellc@jubileebk.net

Jennifer Tremesani
      on behalf of Debtor Robert L. Rice Jennifer@neilcranelaw.com neilcranecourt@neilcranelaw.com;lawofficesofneilcranellc@jubileebk.net

Linda St. Pierre
      on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A. linda.st.pierre@mccalla.com, Linda.St.Pierre@mccalla.com;mccallaecf@ecf.courtdrive.com

Maria A. Santos
      on behalf of Creditor State of Connecticut  Department of Revenue Services maria.santos@ct.gov

District/off: 0205-3                     User: admin                                Page 2 of 2
Date Rcvd: Jul 07, 2026                  Form ID: 112appxm                          Total Noticed: 1

Roberta Napolitano
                    notices@ch13rn.com  rnapolitano13@ecf.epiqsystems.com;trusteeCTBRN@ecf.epiqsystems.com

Roberta Napolitano

                    on behalf of Trustee Roberta Napolitano notices@ch13rn.com
                    rnapolitano13@ecf.epiqsystems.com;trusteeCTBRN@ecf.epiqsystems.com

U. S. Trustee

                    USTPRegion02.NH.ECF@USDOJ.GOV


TOTAL: 8

# United States Bankruptcy Court

## District of Connecticut



Filed and Entered
On Docket
July 7, 2026

In re:

      Robert L. Rice                                     Case Number: 25–30870

      Debtor*                                          Chapter: 13

## NOTICE OF HEARING ON APPENDIX N MATTER

**TO THE RECIPIENT OF THIS NOTICE: Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

**PLEASE TAKE NOTICE** that pursuant to D. Conn. Bankr. L.R. 9014–1(n), a hearing will be held on **July 23, 2026** at **01:00 PM** at **157 Church Street, 18th Floor, New Haven, CT 06510** to consider and act upon the following matter(s):

        Motion to Dismiss Case Under–Funded with proposed Order and Certification of Service
        Filed by Roberta Napolitano, Trustee. (ECF No. 85)

In accordance with Fed. R. Bankr. P. 9006(d), any party shall file any Objection and/or Response on or before **July 16, 2026** and the Movant(s) shall file any Reply on or before **July 20, 2026.**

**NOTICE IS FURTHER GIVEN** that, unless otherwise ordered by the Court, the hearing may be continued or adjourned without further notice.

If Respondents to the Matter or other party entitled to service of the Contested Matter (the "Respondent(s)") wishes to be heard on the Matter, such party or its attorney must be in attendance during the above scheduled hearing.

In accordance with D. Conn. Bankr. L.R. 2002–1(a), 9036–1 and Appendix A, service of this Notice of Hearing upon parties who are CM/ECF Filers and/or have consented to electronic service, is made via the Court's CM/ECF System. The Notice of Electronic Filing ("NEF") of this Notice of Hearing generated by the Court's CM/ECF System shall be deemed to be a certificate of service in accordance with Appendix A, Section 4(c).

Dated: July 7, 2026

Pietro Cicolini
Clerk of Court

United States Bankruptcy Court
District of Connecticut
157 Church Street, 18th Floor
New Haven, CT 06510

Tel. (203) 773–2009
VCIS* (866) 222–8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 112 – rs