**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

In Re:                                        :          Chapter 13
                                              :
      Robert L. Rice                      :          Case No. 25-30870
        Debtor                          :
                                              :

## ORDER ON MOTION TO MODIFY A CONFIRMED PLAN

The Debtor's *Motion to Modify the Third Amended Chapter 13 Plan*, having come before

the Court, and good cause existing for the granting thereof, it is hereby

**ORDERED**: That the Debtor's *Motion to Modify the Third Amended Chapter 13 Plan* is

GRANTED.

                               UNITED STATES BANKRUPTCTY COURT

Dated:                                        _____
                               Honorable Ann M. Nevins
                               Chief United States Bankruptcy Judge