**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| Robert L. Rice | : | Case No. 25-30870 |
| Debtor | : | |
| | : | July 10, 2026 |

## <u>MOTION TO MODIFY THE THIRD AMENDED CHAPTER 13 PLAN</u>

The Debtor, Robert L. Rice, by and through his attorney, Jennifer Tremesani, Esq. of The Law Offices of Neil Crane, LLC, does hereby file this Motion to Modify the Third Amended Chapter 13 Plan and approve the Modification of the Third Amended Chapter 13 Plan, and in support thereof, does hereby state as follows:

1. On September 12, 2025, Robert L. Rice (the "Debtor") filed a voluntary petition under Chapter 13 of the United States Bankruptcy Code.

2. On May 22, 2026, the Court confirmed the Debtor's Third Amended Chapter 13 Plan (ECF Nos. 71 & 78).

3. On July 7, 2026, the Chapter 13 Trustee filed a Motion to Dismiss because Connecticut Housing Finance Authority c/o KeyBank, N.A. filed an amendment to Proof of Claim No. 4 to correct the escrow deficiency (ECF No. 85).

4. The amended claim, claim no. 4-3, increased the mortgage arrearage from $30,165.58 to $38,208.88, thereby rendering the confirmed plan underfunded.

5. The Debtor wishes to address the amended claim, and continue toward the consummation of his confirmed Chapter 13 Plan.

6. Concurrently with this Motion, the Debtor has filed a Modification of the Third Amended Chapter 13 Plan, which allows him to adequately fund his Plan over the remaining term.

WHEREFORE, the Debtor, Robert L. Rice, respectfully requests the Court approve the

Motion to Modify the Third Amended Chapter 13 Plan, approve the Modification of the Third

Amended Plan, and grant such other and further relief as the Court may appertain.

THE DEBTOR:
Robert L. Rice

BY: /s/ Jennifer Tremesani
Jennifer Tremesani, Esquire
Law Offices of Neil Crane, LLC
2679 Whitney Avenue
Hamden, CT 06518
(203) 230-2233
Fed Bar #ct29824

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

In Re:                                    :          Chapter 13
                                          :
      Robert L. Rice                     :          Case No. 25-30870
        Debtor                       :
                                          :

## <u>ORDER ON MOTION TO MODIFY A CONFIRMED PLAN</u>

The Debtor's *Motion to Modify the Third Amended Chapter 13 Plan*, having come before

the Court, and good cause existing for the granting thereof, it is hereby

**ORDERED**: That the Debtor's *Motion to Modify the Third Amended Chapter 13 Plan* is

GRANTED.

                              UNITED STATES BANKRUPTCTY COURT

Dated:                                    _____

                              Honorable Ann M. Nevins
                              Chief United States Bankruptcy Judge