Connecticut Local Form Certificate of Service - Chapter 13                                                          9/2025

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

### Certificate of Service for Chapter 13 Plan(s) and Notices of Hearing

| Fill in this information to identify your case: |
|---|

| Debtor 1* | Robert | L. | Rice |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2* | | | |
|---|---|---|---|
| Spouse, if filing | First Name | Middle Name | Last Name |

Case number   25-30870
(If known)

*For purposes of this Chapter 13 Plan, "Debtor" means "Debtors" where applicable.

This Certificate of Service should be used in connection with the service of Chapter 13 Plans (initial, amended, or modified) and Notices of Chapter 13 Plan Confirmation Hearings or Notices of Hearing Regarding Motions to Modify Confirmed Plans in accordance with Interim Local Bankruptcy Rule 3015-2(c) and (d).

I hereby certify that true and correct copies of the following document(s) were served pursuant to Fed. R. Bankr. P. 2002(a), and (b), 3015(d), and Local Bankruptcy Rule 3015-2(c) and (d), in the manner stated below. Check all that apply:

| ☐ Initial Chapter 13 Plan | ECF#: | ☐ Notice of Chapter 13 Plan Confirmation Hearing | ECF#: |
|---|---|---|---|
| ☐ ____ Amended Chapter 13 Plan (Indicate 1st, 2nd, etc.) | ECF#: | ☐ Notice of Hearing on Motion to Modify Plan | ECF#: |
| ☐ Motion to Modify a Confirmed Chapter 13 Plan | ECF#: | ☒ Modified Chapter 13 Plan | ECF#: 91 |

1. **SERVED VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to this Court's Administrative Procedures for Electronic Case Filing (Appendix A), the foregoing documents will be or were served using the Court's CM/ECF system via NEF with an embedded hyperlink to the documents. On (date) July 10, 2026          , I will confirm the CM/ECF docket for this bankruptcy case and will confirm that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

U.S. Trustee: USTPRegion02.NH.ECF@USDOJ.GOV

Roberta Napolitano, Chapter 13 Trustee: notices@ch13rn.com; rnapolitano13@ecf.epiqsystems.com; trusteeCTBRN@ecf.epiqsystems.com

Alan Harrison c/o Christopher Mutts: alan@sandollar-law.net, alan.sandollar.law.net@recap.email

Maria A. Santos c/o State of CT - DRS: maria.santos@ct.gov

Linda St. Pierre c/o Capital One Auto Finance: linda.st.pierre@mccalla.com; linda.St.Pierre@mccalla.com; mccallaecf@ecf.courtdrive.com

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL:**
On (date) July 10, 2026          , I served the following persons and/or entities at the last known addresses in this bankruptcy case by placing a true and correct copy of the foregoing documents in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows:

Robert L. Rice
113 Daniel Road
Hamden, CT 06517

Wells Fargo Bank N.A., d/b/a Wells Fargo Auto
Attn: President / Manager
PO Box 169005
Irving, TX 75016

Alan T. Harrison, Esquire

Attn: President / Manager
6 West River Street #112
Milford, CT 06460

Attorney General of the United States
Attn: President / Manager
US Department of Justice
950 Pennsylvania Avenue
Washington, DC 20530-0001

CACH, LLC
Attn: President / Manager
55 Beattie Pl, Ste. 110
Greenville, SC 29601-5115

Capital One Auto Finance
Attn: President / Manager
PO Box 260848
Plano, TX 75026-0848

Capital One Auto Finance, a division of Capital One
Attn: President / Manager / Dept. APS
4515 N. Santa Fe Ave.
Oklahoma City, OK 73118

Christopher Mutts c/o Alan Harrison
Attn: President / Manager
185 Broad Street
Milford ,CT 06460

Civil Process Clerk
Attn: President / Manager
United States Attorney's Office
157 Church Street, 25th Floor
New Haven, CT 06510

Clover Financial
Attn: President / Manager
255 Fiserv Drive
Brookfield, WI 53045

Connecticut Department of Revenue Services
Attn: Litigation Division
450 Columbus Blvd
Hartford, CT 06103

Connecticut Housing Finance Authority
Attn: President / Manager
4910 Tiedeman Rd.
Brooklyn, OH 44144

CT Housing Finance Authority
Attn: President / Manager
999 West Street
Rocky Hill, CT 06067

Enterprise Auto Finance c/o Chase
Attn: President / Manager
PO Box 78232
Phoenix, AZ 85062-8232

First National Bank of Omaha
Attn: President / Manager
PO Box 2557
Omaha, NE 68103-2557

Hamden Corporation Counsel
Attn: President / Manager
430 Westwoods Road
Hamden, CT 06518

Holiday Inn Club Vacations
Attn: President / Manager
PO Box 9205
Coral Springs, FL 33075-9205

Internal Revenue Service
Attn: President / Manager
PO Box 7346
Philadelphia, PA 19101-7346

Jefferson Capital Systems, LLC
Attn: President / Manager
PO BOX 7999
SAINT CLOUD, MN 56302-9617

KeyBank NA
Attn: President / Manager
PO Box 89438
Cleveland, OH 44101

KeyBank N.A.
Attn: President / Manager
4910 Tiedeman Road
Brooklyn, OH 44144

Kimya M. Rice
Attn: President / Manager
113 Daniel Road
Hamden, CT 06517

Law Offices of Howard Lee Schiff, P.C.
Attn: President/Manager
P O Box 147
East Hampton, CT 06424-0147

Law Offices of Martin Philpot Jr., LLC
Attn: President / Manager
409 Orange Street
New Haven, CT 06511-6000

Marinosci Law Group, PC
Attn: President / Manager
275 West Natick Road, Ste. 500
Warwick, RI 02886

Secretary Housing & Urban Dev.
Attn: President / Manager
451 Seventh Street, SW
Washington, DC 20410

SPG Advance
Attn: President / Manager
1221 McDonald Avenue
Brooklyn, NY 11230

State of Connecticut, Department of Labor
Attn: President / Manager
200 Folly Brook Boulevard
Wethersfield, CT 06109

T-Mobile Wireless

Attn: President / Manager
PO Box 742596
Cincinnati, OH 45274

The Edge Fitness
Attn: President / Manager
2300 Dixwell Avenue
Hamden, CT 06514

Town of Hamden Community Development
Attn: President / Manager
11 Pine Street
Hamden, CT 06514

United States Attorney
District of Connecticut
Attn: President / Manager
157 Church Street, 25th Floor
New Haven, CT 06510

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date)  N/A                , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email with the foregoing documents as follows:

N/A

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 10, 2026 | Jennifer Tremesani, Esq. | /s/ Jennifer Tremesani, Esq |
|---|---|---|
| Date | Printed Name | Signature |