# United States Bankruptcy Court

## District of Connecticut



Filed and Entered
On Docket
July 13, 2026

In re:

    Robert L. Rice                                    Case Number: 25−30870
    Debtor*                                              Chapter: 13

## NOTICE OF HEARING ON APPENDIX N MATTER

**TO THE RECIPIENT OF THIS NOTICE: Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

**PLEASE TAKE NOTICE** that pursuant to D. Conn. Bankr. L.R. 9014−1(n), a hearing will be held on **September 3, 2026** at **11:00 AM** at **157 Church Street, 18th Floor, New Haven, CT 06510** to consider and act upon the following matter(s), and to consider modifying the confirmred Chapter 13 Plan in accordance with any modified plan filed before the hearing:

       Motion to Modify a Confirmed Plan Filed by Jennifer Tremesani on behalf of Robert L. Rice, Debtor (ECF No. 88)

In accordance with Fed. R. Bankr. P. 9006(d), any party shall file any Objection and/or Response on or before **August 27, 2026** and the Movant(s) shall file any Reply on or before **August 31, 2026.**

**NOTICE IS FURTHER GIVEN** that, unless otherwise ordered by the Court, the hearing may be continued or adjourned without further notice.

If any party entitled to service of the Matter wishes to be heard on the Matter, such party or its attorney must be in attendance during the above scheduled hearing.

**TO THE MOVANT:**

**YOU ARE REQUIRED TO SERVE THIS NOTICE OF HEARING AND FILE A CERTIFICATE OF SERVICE.** In accordance with D. Conn. Bankr. L.R. 3015−2(d), the Movant(s) shall serve this Notice of Hearing, along with the Motion to Modify, and the Modified Plan on all creditors and parties in interest. The Movant(s) shall file a Certificate of Service on or before **July 16, 2026** before **4:00 PM** evidencing that proper service was made. Untimely certificates of service may result in the hearing not being held.

Dated: July 13, 2026

                                      Pietro Cicolini
                                      Clerk of Court

United States Bankruptcy Court                        Tel. (203) 773−2009
District of Connecticut                                VCIS* (866) 222−8029
157 Church Street, 18th Floor                      * Voice Case Information System
New Haven, CT 06510                                http://www.ctb.uscourts.gov

Form 112 – rs

Form 112 – rs