UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

IN RE:                                          : CHAPTER 13
ROBERT L. RICE                                  : CASE NO. 25-30870-AMN
                                                : July 15, 2026
          Debtor(s)

MOTION for CONTINUANCE

Roberta Napolitano, Chapter 13 Trustee, respectfully represents:

    The Trustee's Motion to Dismiss (ECF No. 85, the "Motion") is scheduled to be heard on July 23, 2026. The Trustee filed the Motion because the filing of Proof of Claim No. 4-3 caused the confirmed Third Amended Plan (ECF No. 71) to be underfunded.

    The Debtor has filed a Motion to Modify the plan (ECF No. 88) that is responsive to the concerns in the Trustee's Motion. The Debtor's Motion is scheduled for hearing on September 3, 2026. So that these matters may be heard simultaneously, the Trustee requests that her Motion be continued to September 3, 2026, or later.

    The Debtor consents to continuance of the hearing.

    WHEREFORE, the Trustee moves that the Court continue the hearing on the Trustee's Motion to Dismiss to its next available date.

                              /s/ *Roberta Napolitano, Trustee*
                              Roberta Napolitano, Trustee
                              Chapter 13 Standing Trustee
                              10 Columbus Blvd., 6th Floor
                              Hartford, CT 06106
                              Tel: (860) 278-9410
                              Email: rnapolitano@ch13rn.com
                              Federal Bar No.: tr08378

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

IN RE:                                : CHAPTER 13
ROBERT L. RICE                 : CASE NO. 25-30870-AMN
                                   : July 15, 2026

         Debtor(s)

CERTIFICATION

This is to certify that a copy of the Motion for Continuance was mailed by first class mail, postage prepaid, on the above date, to the following:

DEBTOR(S) HEREIN:
ROBERT L. RICE
113 DANIEL ROAD
HAMDEN, CT 06517

Served electronically:
ATTORNEY FOR THE DEBTOR(S): AUDRA BUCKLAND, ESQ.:
 audra@neilcranelaw.com.
OFFICE OF THE UNITED STATES TRUSTEE: USTPRegion02.NH.ECF@USDOJ.GOV.

                                /s/ *Roberta Napolitano*
                                Roberta Napolitano
                                Chapter 13 Standing Trustee
                                10 Columbus Blvd., 6th Floor
                                Hartford, CT 06106
                                Tel: (860) 278-9410
                                Email: rnapolitano@ch13rn.com
                                Federal Bar No.: tr08378

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

IN RE:                                          : CHAPTER 13
ROBERT L. RICE                                  : CASE NO. 25-30870-AMN
     Debtor(s)

## *Proposed* ORDER CONTINUING HEARING

After review of the Trustee's Motion to Continue her Motion to Dismiss, it is ORDERED that the motion is GRANTED and the hearing on the Trustee's Motion to Dismiss is continued to _____ at _____ a.m./p.m. at the United States Bankruptcy Court,  Connecticut Financial Center, 157 Church Street, 18th Floor, New Haven, CT 06510.