## File an Order:

[25-30870 Robert L. Rice](#)

Type: bk                         Chapter: 13 v                    Office: 3 (New Haven)

Assets: y                        Judge: amn                       Case Flag: DebtEd, BLOCK

### U.S. Bankruptcy Court

### District of Connecticut

Notice of Electronic Filing

The following transaction was received from sms entered on 7/16/2026 at 1:11 PM EDT and filed on 7/16/2026

**Case Name:**        Robert L. Rice

**Case Number:**      [25-30870](#)

**Document Number:** 97

**Docket Text:**

**ORDER GRANTING MOTION FOR CONTINUANCE:** The Motion for Continuance, ECF No. 96, filed by Roberta Napolitano, Trustee, is GRANTED. The hearing on the Motion to Dismiss Case, ECF No. 85, currently set for July 23, 2026, is continued to September 3, 2026, at 11:00 a.m., at United States Bankruptcy Court, 157 Church Street, 18th Floor Courtroom, New Haven, CT. Signed by Chief Judge Ann M. Nevins on July 16, 2026. (RE: [85] Motion to Dismiss Case filed by Trustee Roberta Napolitano) (sms)

The following document(s) are associated with this transaction:

**25-30870 Notice will be electronically mailed to:**

Audra Buckland on behalf of Debtor Robert L. Rice
audra@neilcranelaw.com, neilcranecourt@neilcranelaw.com;lawofficesofneilcranellc@jubileebk.net

Alan Harrison on behalf of Creditor Christopher Mutts
alan@sandollar-law.net, alan.sandollar.law.net@recap.email

Roberta Napolitano
notices@ch13rn.com, rnapolitano13@ecf.epiqsystems.com;trusteeCTBRN@ecf.epiqsystems.com

Roberta Napolitano on behalf of Trustee Roberta Napolitano
notices@ch13rn.com, rnapolitano13@ecf.epiqsystems.com;trusteeCTBRN@ecf.epiqsystems.com

Maria A. Santos on behalf of Creditor State of Connecticut, Department of Revenue Services
maria.santos@ct.gov

Linda St. Pierre on behalf of Creditor Capital One Auto Finance, a division of Capital One, N.A.
linda.st.pierre@mccalla.com, Linda.St.Pierre@mccalla.com;mccallaecf@ecf.courtdrive.com

Jennifer Tremesani on behalf of Debtor Robert L. Rice

Jennifer@neilcranelaw.com, neilcranecourt@neilcranelaw.com;lawofficesofneilcranellc@jubileebk.net

U. S. Trustee
USTPRegion02.NH.ECF@USDOJ.GOV

**25-30870 Notice will not be electronically mailed to:**

KeyBank N.A.
4910 Tiedeman Road
Brooklyn, OH 44144