United States Bankruptcy Court

District of Connecticut

In re:                                                                                          Case No. 25-30870-amn

Robert L. Rice                                                                            Chapter 13

        Debtor

# CERTIFICATE OF NOTICE

District/off: 0205-3                                    User: admin                                    Page 1 of 2

Date Rcvd: Jul 16, 2026                              Form ID: pdfdoc2                            Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2026:**

**Recip ID                    Recipient Name and Address**
db                      +  Robert L. Rice, 113 Daniel Road, Hamden, CT 06517-2210

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2026                              Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2026 at the address(es) listed below:**

**Name                          Email Address**

Alan Harrison
                        on behalf of Creditor Christopher Mutts alan@sandollar-law.net  alan.sandollar.law.net@recap.email

Audra Buckland
                        on behalf of Debtor Robert L. Rice audra@neilcranelaw.com
                        neilcranecourt@neilcranelaw.com;lawofficesofneilcranellc@jubileebk.net

Jennifer Tremesani
                        on behalf of Debtor Robert L. Rice Jennifer@neilcranelaw.com
                        neilcranecourt@neilcranelaw.com;lawofficesofneilcranellc@jubileebk.net

Linda St. Pierre
                        on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A. linda.st.pierre@mccalla.com,
                        Linda.St.Pierre@mccalla.com;mccallaecf@ecf.courtdrive.com

Maria A. Santos
                        on behalf of Creditor State of Connecticut  Department of Revenue Services maria.santos@ct.gov

District/off: 0205-3                    User: admin                                  Page 2 of 2
Date Rcvd: Jul 16, 2026                 Form ID: pdfdoc2                              Total Noticed: 1

Roberta Napolitano
                   notices@ch13rn.com  rnapolitano13@ecf.epiqsystems.com;trusteeCTBRN@ecf.epiqsystems.com

Roberta Napolitano

                   on behalf of Trustee Roberta Napolitano notices@ch13rn.com
                   rnapolitano13@ecf.epiqsystems.com;trusteeCTBRN@ecf.epiqsystems.com

U. S. Trustee

                   USTPRegion02.NH.ECF@USDOJ.GOV


TOTAL: 8

**File an Order:**

[25-30870 Robert L. Rice](#)

| | | |
|---|---|---|
| Type: bk | Chapter: 13 v | Office: 3 (New Haven) |
| Assets: y | Judge: amn | Case Flag: DebtEd, BLOCK |

## U.S. Bankruptcy Court

## District of Connecticut

Notice of Electronic Filing

The following transaction was received from sms entered on 7/16/2026 at 1:11 PM EDT and filed on 7/16/2026

**Case Name:** Robert L. Rice
**Case Number:** [25-30870](#)
**Document Number:** 97

**Docket Text:**

**ORDER GRANTING MOTION FOR CONTINUANCE:** The Motion for Continuance, ECF No. 96, filed by Roberta Napolitano, Trustee, is GRANTED. The hearing on the Motion to Dismiss Case, ECF No. 85, currently set for July 23, 2026, is continued to September 3, 2026, at 11:00 a.m., at United States Bankruptcy Court, 157 Church Street, 18th Floor Courtroom, New Haven, CT. Signed by Chief Judge Ann M. Nevins on July 16, 2026. (RE: [85] Motion to Dismiss Case filed by Trustee Roberta Napolitano) (sms)

The following document(s) are associated with this transaction:

**25-30870 Notice will be electronically mailed to:**

Audra Buckland on behalf of Debtor Robert L. Rice
audra@neilcranelaw.com, neilcranecourt@neilcranelaw.com;lawofficesofneilcranellc@jubileebk.net

Alan Harrison on behalf of Creditor Christopher Mutts
alan@sandollar-law.net, alan.sandollar.law.net@recap.email

Roberta Napolitano
notices@ch13rn.com, rnapolitano13@ecf.epiqsystems.com;trusteeCTBRN@ecf.epiqsystems.com

Roberta Napolitano on behalf of Trustee Roberta Napolitano
notices@ch13rn.com, rnapolitano13@ecf.epiqsystems.com;trusteeCTBRN@ecf.epiqsystems.com

Maria A. Santos on behalf of Creditor State of Connecticut, Department of Revenue Services
maria.santos@ct.gov

Linda St. Pierre on behalf of Creditor Capital One Auto Finance, a division of Capital One, N.A.
linda.st.pierre@mccalla.com, Linda.St.Pierre@mccalla.com;mccallaecf@ecf.courtdrive.com

Jennifer Tremesani on behalf of Debtor Robert L. Rice

Jennifer@neilcranelaw.com, neilcranecourt@neilcranelaw.com;lawofficesofneilcranellc@jubileebk.net

U. S. Trustee
USTPRegion02.NH.ECF@USDOJ.GOV

**25-30870 Notice will not be electronically mailed to:**

KeyBank N.A.
4910 Tiedeman Road
Brooklyn, OH 44144