UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| ROBERT L. RICE | : CASE NO. 25-30870-AMN |
| Debtor | : |

*PROPOSED*
ORDER GRANTING MOTION TO MODIFY and
APPROVING THIRD MODIFIED CHAPTER 13 PLAN

The above-named Debtor filed a Chapter 13 Plan (the "Plan"), on September 26, 2025 (ECF No. 10), which was amended on May 14, 2026, (ECF No. 71, the "Third Amended Plan"). The Third Amended Plan was confirmed on May 22, 2026 (ECF No. 78, the "Confirmation Order"). The Debtor filed a Motion to Modify a Confirmed Plan (ECF No. 88, the "Motion to Modify") and a Third Modified Plan (ECF No. 94, "Third Modified Plan") after confirmation on July 13, 2026, for the purpose of increasing plan payments to provide for Amended Proof of Claim No. 4-3 and reinstating plan payments. The Third Modified Plan was transmitted to the creditors under Bankruptcy Rule 3015(d). The motion to modify the Third Amended Plan having come before the Court on September 3, 2026, the court finds that the Third Modified Plan meets the requirements of 11 U.S.C. Sections 1322, 1325, and 1329.

Third Amended Plan: In the Confirmation Order, the Court ordered the following payments: $1,917.00 monthly for a period of 60 months, starting June 12, 2026; the Trustee has received payments totaling not less than $6,800.00 over the first 2 months of the Plan inclusive of pre-confirmation payments.

Accordingly, it is hereby

**ORDERED:** that the Motion to Modify, ECF No. 88, is granted, and

The Third Modified Plan, ECF No. 94, is APPROVED with the following provisions:

**Payments shall now be made to the Chapter 13 Standing Trustee (the "Trustee") as follows:**

**$2,093.00 monthly for the remaining 58 months of the Plan, beginning beginning retroactively on August 12, 2026, and until a 0 percent dividend is paid to creditors holding allowed unsecured claim**s; and it is further

**ORDERED:** that the total term of the Plan shall be 60 months; and it is further

**ORDERED:** The Debtor is to obtain bank or certified checks or money orders drawn in the name of the Trustee and mail payments to the Trustee at the address below on or before each due date until further order of this Court.

Mail Checks Payable to the Trustee to this Address
Roberta Napolitano, Chapter 13 Standing Trustee
PO Box 610
Memphis, TN 38101-0610

**ORDERED:** The Debtor's attorney was previously allowed attorney's fees in the total amount of $6,000.00 and expenses of $313.00, of which $4,316.00 had been paid, leaving $1,997.00 which was paid through the Debtor's confirmed Third Amended Plan. The Debtor's attorney is not requesting additional fees in connection with the Third Modified Plan.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
New Haven Division

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| ROBERT L. RICE | : CASE NO. 25-30870-AMN |
| | : |
| Debtor. | : August 31, 2026 |

CERTIFICATE OF SERVICE

In accordance with the applicable provisions of the Federal Rules of Bankruptcy Procedure, 2002 and 7004, the undersigned certifies that on the date set forth above, the following documents were served on the U.S. Trustee and all appearing parties via the court's electronic filing system, or by first class mail on the parties listed in section 2 below:

1. **Documents Served:** Proposed Order Approving Third Modified Chapter 13 Plan

2. **Parties Served Via First Class Mail:**
Debtor(s):
ROBERT L. RICE
113 DANIEL ROAD
HAMDEN, CT 06517

3. **Parties Served Electronically Include:**
Debtor's Attorney: AUDRA BUCKLAND, ESQ.
Email: audra@neilcranelaw.com

Office of the United States Trustee:
Kim McCabe, Assistant United States Trustee
ustpregion02.nh.ecf@usdoj.gov

*/s/ Roberta Napolitano*
Roberta Napolitano
Chapter 13 Standing Trustee
10 Columbus Blvd., 6th Floor
Hartford, CT 06106
Tel: (860) 278-9410
Email: rnapolitano@ch13rn.com
Federal Bar No.: tr08378