**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| Robert L. Rice | : | Case No. 25-30870 |
| Debtor | : | |
| | : | September 1, 2026 |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR ALL NOTICES AND PAPERS**

Please take notice that Stuart Caplan, Esquire, Law Offices of Neil Crane, LLC, 2679 Whitney Avenue, Hamden, CT 06518 represents the Debtor in the above-referenced Bankruptcy Case. The aforesaid attorney enters his appearance pursuant to Bankruptcy Rule 9010(b) and requests copies of all notices and pleadings pursuant to Bankruptcy Rules 2002(a), (b) and (f). All such notices should be addressed as follows:

Stuart Caplan, Esquire
Law Offices of Neil Crane, LLC
2679 Whitney Avenue
Hamden, CT 06518

PLEASE TAKE FURTHER NOTICE that pursuant to Section 1009(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleadings or requests, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegram, telegraph, telex, or otherwise filed with regard to the above-referenced bankruptcy proceeding.

Dated: 09/01/2026

BY: /s/ Stuart Caplan
Stuart Caplan, Esquire
Law Offices of Neil Crane, LLC
2679 Whitney Avenue
Hamden, CT 06518
(203) 230-2233
Fed Bar #CT12643

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| Robert L. Rice | : | Case No. 25-30870 |
| Debtor | : | |
| | : | September 1, 2026 |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 1st day of September 2026, in accordance with the applicable Bankruptcy Rules, I served via the Court's CM/ECF system on all parties qualified to receive electronic notice, or sent by First-Class mail, postage prepaid, as indicated, a copy of the attached Notice of Appearance and Request for all Notices and Papers, upon the following:

**Via Electronic Service:**

U.S. Trustee:
USTPRegion02.NH.ECF@USDOJ.GOV

Roberta Napolitano, Chapter 13 Trustee:
notices@ch13rn.com; rnapolitano13@ecf.epiqsystems.com;
trusteeCTBRN@ecf.epiqsystems.com

**Via First-Class Mail:**

Robert L. Rice
113 Daniel Road
Hamden, CT 06517

BY: /s/ Stuart Caplan
Stuart Caplan, Esquire
Law Offices of Neil Crane, LLC
2679 Whitney Avenue
Hamden, CT 06518
(203) 230-2233
Fed Bar #CT12643