United States Bankruptcy Court
District of Connecticut

In re: Robert L. Rice
Debtor

Case No. 25-30870-amn
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0205-3 | User: admin | Page 1 of 3
Date Rcvd: Sep 04, 2026 | Form ID: pdfdoc1 | Total Noticed: 33

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 06, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert L. Rice, 113 Daniel Road, Hamden, CT 06517-2210 |
| 9598559 | + | Alan T. Harrison, Esquire, Attn: President / Manager, 6 West River Street #112, Milford, CT 06460-9456 |
| 9598566 | + | CT Housing Finance Authority, Attn: President / Manager, 999 West Street, Rocky Hill, CT 06067-3019 |
| 9598563 | + | Christopher Mutts, c/o Alan Harrison, 185 Broad Street, Milford ,CT 06460-4756 |
| 9598565 | + | Clover Financial, Attn: President / Manager, 255 Fiserv Drive, Brookfield, WI 53045-5815 |
| 9606650 | + | Connecticut Housing Finance Authority, KeyBank, N.A, 4910 Tiedeman Rd, Brooklyn OH 44144-2338 |
| 9598569 | + | Hamden Corporation Counsel, Attn: President/Managera, 430 Westwoods Road, Hamden, CT 06518-1918 |
| 9598573 | + | Kimya M. Rice, Attn: President / Manager, 113 Daniel Road, Hamden, CT 06517-2210 |
| 9598574 | | Law Offices of Howard Lee Schiff, P.C., Attn: President/Manager, P O Box 147, East Hampton, CT 06424-0147 |
| 9598575 | + | Law Offices of Martin Philpot Jr., LLC, Attn: President / Manager, 409 Orange Street, New Haven, CT 06511-6406 |
| 9598578 | + | SPG Advance, Attn: President / Manager, 1221 McDonald Avenue, Brooklyn, NY 11230-3322 |
| 9632949 | + | State of Connecticut, Attn: President / Manager, Department of Labor, 200 Folly Brook Boulevard, Wethersfield, CT 06109-1153 |
| 9598581 | + | The Edge Fitness, Attn: President / Manager, 2300 Dixwell Avenue, Hamden, CT 06514-2108 |
| 9598582 | + | Town of Hamden Community Development, Attn: President/Manager, 11 Pine Street, Hamden, CT 06514-4924 |
| 9598583 | ++ | UNITED STATES ATTORNEY S OFFICE, DISTRICT OF CONNECTICUT, ATTN CIVIL PROCESS CLERK, CONNECTICUT FINANCIAL CENTER, 157 CHURCH STREET NEW HAVEN CT 06510-2100 address filed with court:, United States Attorney, District of Connecticut, Attn: President / Manager, 157 Church Street, 25th Floor, New Haven, CT 06510 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: BankruptcyECFMail@mccalla.com | Sep 04 2026 18:31:00 | Capital One Auto Finance, a division of Capital On, c/o McCalla Raymer Leibert Pierce, LLP, Bankruptcy Department, 280 Trumbull St FL 23, Hartford, CT 06103-3599 |
| cr | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Sep 04 2026 18:31:00 | KeyBank N.A., 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| 9598560 | ^ | MEBN | Sep 04 2026 18:29:52 | Attorney General of the United States, Attn: President / Manager, US Department of Justice, 950 Pennsylvania Avenue, Washington, DC 20530-0001 |
| 9598561 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 04 2026 18:35:32 | CACH, LLC, Attn: President / Manager, 55 Beattie Pl, Ste. 110, Greenville, SC 29601-5115 |
| 9609139 | | Email/Text: DRS.Bankruptcy@ct.gov | Sep 04 2026 18:30:00 | Connecticut Department of Revenue Services, Attn: Litigation Division, 450 Columbus Blvd, Hartford, CT 06103 |
| 9598562 | | Email/PDF: acg.coaf.ebn@aisinfo.com | Sep 04 2026 18:35:32 | Capital One Auto Finance, Attn: President / Manager, PO Box 260848, Plano, TX 75026-0848 |
| 9603758 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 04 2026 18:35:31 | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

| | | | | |
|---|---|---|---|---|
| 9598567 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 04 2026 18:35:36 | Enterprise Auto Finance c/o Chase, Attn: President / Manager, PO Box 78232, Phoenix, AZ 85062-8232 |
| 9598568 | | Email/Text: collecadminbankruptcy@fnni.com | Sep 04 2026 18:31:00 | First National Bank of Omaha, Attn: President / Manager, PO Box 2557, Omaha, NE 68103-2557 |
| 9598570 | | Email/Text: bankruptcy@holidayinnclub.com | Sep 04 2026 18:30:00 | Holiday Inn Club Vacations, Attn: President / Manager, PO Box 9205, Coral Springs, FL 33075-9205 |
| 9598571 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 04 2026 18:31:00 | Internal Revenue Service, Attn: President / Manager, PO Box 7346, Philadelphia, PA 19101-7346 |
| 9598580 | | Email/Text: JCTMO_BNC_Notices@JCAP.COM | Sep 04 2026 18:31:00 | T-Mobile Wireless, Attn: President / Manager, PO Box 742596, Cincinnati, OH 45274 |
| 9611435 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 04 2026 18:31:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 9598572 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Sep 04 2026 18:31:00 | KeyBank NA, Attn: President / Manager, PO Box 89438, Cleveland, OH 44101-6438 |
| 9598576 | ^ | MEBN | Sep 04 2026 18:30:32 | Marinosci Law Group, PC, Attn: President / Manager, 275 West Natick Road, Ste. 500, Warwick, RI 02886-1161 |
| 9598577 | + | Email/PDF: OGCRegionIBankruptcy@hud.gov | Sep 04 2026 18:35:36 | Secretary Housing & Urban Dev., Attn: President / Manager, 451 Seventh Street, SW, Washington, DC 20410-0002 |
| 9598564 | | Email/Text: marchita.beard@usdoj.gov | Sep 04 2026 18:30:35 | Civil Process Clerk, Attn: President / Manager, United States Attorney's Office, 157 Church Street, 25th Floor, New Haven, CT 06510 |
| 9608294 | + | Email/PDF: ais2.BankruptcynoticesExceptions@aisinfo.com | Sep 04 2026 18:35:37 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 169005, Irving, TX 75016-9005 |

TOTAL: 18

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Capital One Auto Finance, a division of Capital On |
| cr | | Christopher Mutts |
| cr | | State of Connecticut, Department of Revenue Servi |

TOTAL: 3 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 06, 2026 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 4, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alan Harrison | on behalf of Creditor Christopher Mutts alan@sandollar-law.net alan.sandollar.law.net@recap.email |
| Audra Buckland | on behalf of Debtor Robert L. Rice audra@neilcranelaw.com neilcranecourt@neilcranelaw.com;lawofficesofneilcranellc@jubileebk.net |
| Jennifer Tremesani | on behalf of Debtor Robert L. Rice jennifer@tremesanilaw.com neilcranecourt@neilcranelaw.com;lawofficesofneilcranellc@jubileebk.net |
| Linda St. Pierre | on behalf of Creditor Capital One Auto Finance a division of Capital One, N.A. linda.st.pierre@mccalla.com, Linda.St.Pierre@mccalla.com;mccallaecf@ecf.courtdrive.com |
| Maria A. Santos | on behalf of Creditor State of Connecticut Department of Revenue Services maria.santos@ct.gov |
| Roberta Napolitano | notices@ch13rn.com rnapolitano13@ecf.epiqsystems.com;trusteeCTBRN@ecf.epiqsystems.com |
| Roberta Napolitano | on behalf of Trustee Roberta Napolitano notices@ch13rn.com rnapolitano13@ecf.epiqsystems.com;trusteeCTBRN@ecf.epiqsystems.com |
| Stuart H. Caplan | on behalf of Debtor Robert L. Rice stuart@neilcranelaw.com neilcranecourt@neilcranelaw.com;LawOfficesofNeilCraneLLC@jubileebk.net;caplan.stuarth.r113119@notify.bestcase.com |
| U. S. Trustee | USTPRegion02.NH.ECF@USDOJ.GOV |

TOTAL: 9

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| ROBERT L. RICE | : CASE NO. 25-30870-AMN |
| Debtor | : |

ORDER GRANTING MOTION TO MODIFY and
APPROVING THIRD MODIFIED CHAPTER 13 PLAN

The above-named Debtor filed a Chapter 13 Plan (the "Plan"), on September 26, 2025 (ECF No. 10), which was amended on May 14, 2026, (ECF No. 71, the "Third Amended Plan"). The Third Amended Plan was confirmed on May 22, 2026 (ECF No. 78, the "Confirmation Order"). The Debtor filed a Motion to Modify a Confirmed Plan (ECF No. 88, the "Motion to Modify") and a Third Modified Plan (ECF No. 94, "Third Modified Plan") after confirmation on July 13, 2026, for the purpose of increasing plan payments to provide for Amended Proof of Claim No. 4-3 and reinstating plan payments. The Third Modified Plan was transmitted to the creditors under Bankruptcy Rule 3015(d). The motion to modify the Third Amended Plan having come before the Court on September 3, 2026, the court finds that the Third Modified Plan meets the requirements of 11 U.S.C. Sections 1322, 1325, and 1329.

Third Amended Plan: In the Confirmation Order, the Court ordered the following payments: $1,917.00 monthly for a period of 60 months, starting June 12, 2026; the Trustee has received payments totaling not less than $6,800.00 over the first 2 months of the Plan inclusive of pre-confirmation payments.

Accordingly, it is hereby

**ORDERED:** that the Motion to Modify, ECF No. 88, is granted, and

The Third Modified Plan, ECF No. 94, is APPROVED with the following provisions:

**Payments shall now be made to the Chapter 13 Standing Trustee (the "Trustee") as follows:**

**$2,093.00 monthly for the remaining 58 months of the Plan, beginning retroactively on August 12, 2026, and until a 0 percent dividend is paid to creditors holding allowed unsecured claim**s; and it is further

**ORDERED:** that the total term of the Plan shall be 60 months; and it is further

**ORDERED:** The Debtor is to obtain bank or certified checks or money orders drawn in the name of the Trustee and mail payments to the Trustee at the address below on or before each due date until further order of this Court.

Mail Checks Payable to the Trustee to this Address
Roberta Napolitano, Chapter 13 Standing Trustee
PO Box 610
Memphis, TN 38101-0610

**ORDERED:** The Debtor's attorney was previously allowed attorney's fees in the total amount of $6,000.00 and expenses of $313.00, of which $4,316.00 had been paid, leaving $1,997.00 which was paid through the Debtor's confirmed Third Amended Plan. The Debtor's attorney is not requesting additional fees in connection with the Third Modified Plan.

Dated this 4th day of September, 2026, at New Haven, Connecticut.

Ann M. Nevins
Chief United States Bankruptcy Judge
District of Connecticut