**United States Bankruptcy Court**

**District of Connecticut**

| | | |
|---|---|---|
| In Re: | | Case No. 26-00302 (AMN) |
| | : | |
| Proceedings to Review Voluminous Motions<br>To Withdraw Appearance of<br>Attorney Jennifer Tremesani | : | Re: ECF No. 2 |

**ORDER AUTHORIZING WITHDRAWAL OF APPEARANCE**
**BY ATTORNEY JENNIFER TREMESANI**

Attorney Jennifer Tremesani, having filed an *Ominbus Motion for Authority to Withdraw Appearance as Counsel of Record* in this miscellaneous proceeding seeking authority to withdraw her appearance for former clients in more than 400 cases, for the reason that she left the employment of The Law Office of Neil Crane, LLC on August 7, 2026, and it appearing that at least one other attorney from the Law Offices of Neil Crane LLC has appeared in each case for which Attorney Tremesani seeks to withdraw, and good cause existing for the granting of the relief sought herein, and the relief sough being consistent with D.Conn.L.Civ.R. 7(e), it is hereby

**ORDERED:** The appearance of Jennifer Tremesani, Esq. as an appearing counsel of record in the cases listed in Exhibit A to the Omnibus Motion is hereby withdrawn; and it is further

**ORDERED:** The Clerk is requested to enter a copy of this Order in each case listed in Exhibit A to the Omnibus Motion; and it is further

**ORDERED:** Attorney Tremesani shall serve a copy of this Order on each client identified in Exhibit A to the Omnibus Motion and shall file, on or before October 2, 2026, a certificate of service in this miscellaneous proceeding confirming such service.

Dated this 15th day of September, 2026, at New Haven, Connecticut.

Ann M. Nevins
Chief United States Bankruptcy Judge
District of Connecticut